UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer & Stevens, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: 973-696-8391
David L. Stevens, Esq. (Attorney ID 034422007)

Order Filed on December 5, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Pilgrim Medical Center, Inc.,

        Debtor.

Case No.:      16-15414

Hearing Date:    11/22/2016 at 2 p.m.

Judge:      VFP

Chapter:      11

### ORDER GRANTING ALLOWANCES
(SUBJECT TO 10% HOLDBACK)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 5, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Scura, Wigfield, Heyer & Stevens, LLP | $54,597.50* | $4,241.75 |

*subject to 10% holdback as set forth on the record on November 29, 2016 to be released after further application to and Order from this Court.

*rev.8/1/15*