UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Peter J. D'Auria, Esq. (PD 3709)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
E-Mail:   Peter.J.D'Auria@usdoj.gov

Order Filed on December 5, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Pilgrim Medical Center, Inc., *et al*.,

Debtors.

Chapter 11

Case No. 16-15414(VFP)
(Jointly Administered)

Status Conference Hearing Date:
Nov. 29, 2016 at 11:00 a.m.

Judge: Vincent F. Papalia

### ORDER ESTABLISHING DEADLINE FOR FILING OF DISCLOSURE STATEMENT AND PLAN AND RESCHEDULING CERTAIN MATTERS

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: December 5, 2016**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**(Page 2)**

Pilgrim Medical Center, Inc., *et al.*,
Jointly Administered Chapter 11 Case No. 16-15414(VFP)
**Order Setting Deadline for Filing of Disclosure Statement and Rescheduling Certain Matters**

_____

Upon consideration of the status of the case at the status conference held on November 29, 2016, and after consideration of the comments of counsel, and the Court having found cause for the entry of the within order, and for good cause shown, it is hereby **ORDERED AS FOLLOWS:**

1. The status conference in both of the above captioned jointly administered cases is continued to December 22, 2016 at 11:00 a.m.

2. No later than December ~~22~~, 2016, the Nicholas V. Campanella Debtor shall file a disclosure statement and plan.    In the event the Ad Hoc Committee of Employment Discrimination Claimants decides to file a disclosure statement and plan, such documents shall similarly be filed no later than December ~~22~~ 29 *, 2016.

3. The Cross-Motion to Reinstate Unsecured Creditors Committee or Appoint a Committee of Employment Discrimination Claimants (docket entry 113 under lead case no. 16-15414(VFP)) will be considered by the Court as a motion, and is rescheduled for a return date of December 22, 2016 at 11:00 a.m.

```
*This deadline shall apply to the Employment Discrimination Claimants
whether or not (i) the Unsecured Creditors Committee is reinstated or (ii)
an Official Committee of Employment Discrimination Claimants is formed.
This deadline also applies to the individual Employment Discrimination
Claimants in their individual capacities and to their rights to file a
Plan and Disclosure Statement individually or jointly, or any combination
thereof.
```