| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| Scura, Wigfield, Heyer & Stevens, LLP<br>1599 Hamburg Turnpike<br>P.O. Box 2031<br>Wayne, New Jersey 07470<br>Tel: 973-696-8391<br>David L. Stevens, Esq. (Attorney ID 034422007) | **Order Filed on December 5, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Pilgrim Medical Center, Inc.,<br><br>Debtor. | Case No.: 16-15414<br><br>Hearing Date: 11/22/2016 at 2 p.m.<br><br>Judge: VFP<br><br>Chapter: 11 |

### ORDER GRANTING ALLOWANCES
(SUBJECT TO 10% HOLDBACK)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 5, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Scura, Wigfield, Heyer & Stevens, LLP | $54,597.50* | $4,241.75 |

*subject to 10% holdback as set forth on the record on November 29, 2016 to be released after further application to and Order from this Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-15414-VFP
Pilgrim Medical Center, Inc.                                              Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Dec 06, 2016
                              Form ID: pdf903          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2016.
db           +Pilgrim Medical Center, Inc.,   393 Bloomfiled Ave.,   Montclair, NJ 07042-3741
aty          +Gina Campanella,   44 Engle Street, 2nd Floor,   Englewood, NJ 07631-2905
aty          +Piekarsky & Associates, LLC,   191 Godwin Avenue - Suite 9,   Wyckoff, NJ 07481-2052
aty          +Scura, Mealey, Wigfield & Heyer,   1599 Hamburg Turnpike,   Wayne, NJ 07470-4093

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2016                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2016 at the address(es) listed below:
          A. Crew   Schielke    on behalf of Debtor    Pilgrim Medical Center, Inc. crew@crewschielke.com
          Connie J Delisser    on behalf of Creditor    BANK OF AMERICA, N.A. cdelisser@mlg-defaultlaw.com,
           BKECF@mlg-defaultlaw.com
          David   Edelberg    on behalf of Creditor Committee    Official Comittee of Unsecured Creditors
           dedelberg@cullenanddykman.com
          David   Edelberg    on behalf of Creditor Tania   Mena dedelberg@cullenanddykman.com
          David   Edelberg    on behalf of Creditor Jacqueline   Jalil dedelberg@cullenanddykman.com
          David   Edelberg    on behalf of Creditor Luisa   Rojas dedelberg@cullenanddykman.com
          David   Edelberg    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
           dedelberg@cullenanddykman.com
          David L. Stevens    on behalf of Debtor    Pilgrim Medical Center, Inc. dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          David L. Stevens    on behalf of Interested Party    Pilgrim Medical Center, Inc.
           dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          Jerome M Douglas    on behalf of Creditor Nicholas V Campanella jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          Jerome M Douglas    on behalf of Debtor Nicholas V Campanella jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          Jerome M Douglas    on behalf of Debtor    Pilgrim Medical Center, Inc. jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          Jerome M Douglas    on behalf of Interested Party Nicholas K Campanella jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          John F. Murano    on behalf of Creditor Jacqueline   Jalil john@muranoroth.com,
           vicky@muranoroth.com
          John F. Murano    on behalf of Creditor Tania   Mena john@muranoroth.com,   vicky@muranoroth.com
          John F. Murano    on behalf of Creditor Luisa   Rojas john@muranoroth.com,   vicky@muranoroth.com
          John J. Scura, III    on behalf of Debtor    Pilgrim Medical Center, Inc. jscura@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
           y.com
          Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
                                                                                             TOTAL: 18