| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Peter J. D'Auria, Esq. (PD 3709)<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>E-Mail:  Peter.J.D'Auria@usdoj.gov | **Order Filed on December 5, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Pilgrim Medical Center, Inc., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 16-15414(VFP)<br>(Jointly Administered)<br><br>Status Conference Hearing Date:<br>Nov. 29, 2016 at 11:00 a.m.<br><br>Judge: Vincent F. Papalia |

**ORDER ESTABLISHING DEADLINE FOR FILING OF DISCLOSURE STATEMENT AND PLAN
AND RESCHEDULING CERTAIN MATTERS**

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: December 5, 2016**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**(Page 2)**

Pilgrim Medical Center, Inc., *et al*.,
Jointly Administered Chapter 11 Case No. 16-15414(VFP)
**Order Setting Deadline for Filing of Disclosure Statement and Rescheduling Certain Matters**

_____

Upon consideration of the status of the case at the status conference held on November 29, 2016, and after consideration of the comments of counsel, and the Court having found cause for the entry of the within order, and for good cause shown, it is hereby **ORDERED AS FOLLOWS:**

1. The status conference in both of the above captioned jointly administered cases is continued to December 22, 2016 at 11:00 a.m.

2. No later than December ~~22~~, 2016, the Nicholas V. Campanella Debtor shall file a disclosure statement and plan.  In the event the Ad Hoc Committee of Employment Discrimination Claimants decides to file a disclosure statement and plan, such documents shall similarly be filed no later than December ~~22~~ 29 *, 2016.

3. The Cross-Motion to Reinstate Unsecured Creditors Committee or Appoint a Committee of Employment Discrimination Claimants (docket entry 113 under lead case no. 16-15414(VFP)) will be considered by the Court as a motion, and is rescheduled for a return date of December 22, 2016 at 11:00 a.m.

```
*This deadline shall apply to the Employment Discrimination Claimants
whether or not (i) the Unsecured Creditors Committee is reinstated or (ii)
an Official Committee of Employment Discrimination Claimants is formed.
This deadline also applies to the individual Employment Discrimination
Claimants in their individual capacities and to their rights to file a
Plan and Disclosure Statement individually or jointly, or any combination
thereof.
```

United States Bankruptcy Court
District of New Jersey

In re:  
Pilgrim Medical Center, Inc.  
    Debtor

Case No. 16-15414-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 06, 2016  
                 Form ID: pdf903     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2016.
```
db          +Pilgrim Medical Center, Inc.,    393 Bloomfiled Ave.,    Montclair, NJ 07042-3741
aty         +Gina Campanella,    44 Engle Street, 2nd Floor,    Englewood, NJ 07631-2905
aty         +Piekarsky & Associates, LLC,    191 Godwin Avenue - Suite 9,    Wyckoff, NJ 07481-2052
aty         +Scura, Mealey, Wigfield & Heyer,    1599 Hamburg Turnpike,    Wayne, NJ 07470-4093
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2016                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2016 at the address(es) listed below:
```
              A. Crew   Schielke     on behalf of Debtor    Pilgrim Medical Center, Inc. crew@crewschielke.com
              Connie J Delisser     on behalf of Creditor    BANK OF AMERICA, N.A. cdelisser@mlg-defaultlaw.com,
               BKECF@mlg-defaultlaw.com
              David   Edelberg     on behalf of Creditor Committee    Official Comittee of Unsecured Creditors
               dedelberg@cullenanddykman.com
              David   Edelberg     on behalf of Creditor Tania   Mena dedelberg@cullenanddykman.com
              David   Edelberg     on behalf of Creditor Jacqueline   Jalil dedelberg@cullenanddykman.com
              David   Edelberg     on behalf of Creditor Luisa   Rojas dedelberg@cullenanddykman.com
              David   Edelberg     on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               dedelberg@cullenanddykman.com
              David L. Stevens     on behalf of Debtor    Pilgrim Medical Center, Inc. dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              David L. Stevens     on behalf of Interested Party    Pilgrim Medical Center, Inc.
               dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              Jerome M Douglas     on behalf of Creditor Nicholas V Campanella jdouglasatty@gmail.com,
               mmalta@debtorcounsel.com
              Jerome M Douglas     on behalf of Debtor Nicholas V Campanella jdouglasatty@gmail.com,
               mmalta@debtorcounsel.com
              Jerome M Douglas     on behalf of Debtor    Pilgrim Medical Center, Inc. jdouglasatty@gmail.com,
               mmalta@debtorcounsel.com
              Jerome M Douglas     on behalf of Interested Party Nicholas K Campanella jdouglasatty@gmail.com,
               mmalta@debtorcounsel.com
              John F. Murano     on behalf of Creditor Jacqueline   Jalil john@muranoroth.com,
               vicky@muranoroth.com
              John F. Murano     on behalf of Creditor Tania   Mena john@muranoroth.com,   vicky@muranoroth.com
              John F. Murano     on behalf of Creditor Luisa   Rojas john@muranoroth.com,   vicky@muranoroth.com
              John J. Scura, III     on behalf of Debtor    Pilgrim Medical Center, Inc. jscura@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
               y.com
              Michael Frederick Dingerdissen     on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
                                                                                             TOTAL: 18
```