Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  16−15414−VFP
        Chapter:  11
        Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pilgrim Medical Center, Inc.
   393 Bloomfiled Ave.
   Montclair, NJ 07042

Social Security No.:

Employer's Tax I.D. No.:
   22−2981240

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:    2/15/17
Time:    02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Campanella Law Office, LLC

COMMISSION OR FEES
$102,637.60

EXPENSES
−0−

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: January 25, 2017
JAN:

        Jeanne Naughton
        Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                              Case No. 16-15414-VFP
Pilgrim Medical Center, Inc.                                        Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                  Page 1 of 3                  Date Rcvd: Jan 25, 2017
                              Form ID: 137                 Total Noticed: 115

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2017.
db             +Pilgrim Medical Center, Inc.,    393 Bloomfiled Ave.,    Montclair, NJ 07042-3741
aty            +Gina Campanella,    44 Engle Street, 2nd Floor,    Englewood, NJ 07631-2905
aty            +Piekarsky & Associates, LLC,    191 Godwin Avenue - Suite 9,    Wyckoff, NJ 07481-2052
aty            +Scura, Mealey, Wigfield & Heyer,    1599 Hamburg Turnpike,    Wayne, NJ 07470-4093
acc            +Anthony Van Anzelmo,    552 High Mountain Road,    Suite 2,    North Haledon, NJ 07508-2689
cr             +Jacqueline Jalil,    Murano & Roth, LLC,    800 Kinderkamack Road,    Oradell, NJ 07649-1546
cr             +Luisa Rojas,    Murano & Roth, LLC,    800 Kinderkamack Road,    Oradell, NJ 07649-1546
intp           +Nicholas K Campanella,    384 Sunset Blvd,    Wyckoff, NJ 07481-2420
crcm           +Official Comittee of Unsecured Creditors,    c/o David Edelberg, Esq.,    Cullen and Dykman LLP,
                 433 Hackensack Avenue,    Hackensack, NJ 07601-6319
op             +Phoenix Healthment Manage,    Phoenix Healthment Manage,    44 Engle Street,   2nd Floor,
                 Englewood, NJ 07631-2905
cr             +Tania Mena,    Murano & Roth, LLC,    800 Kinderkamack Road,    Oradell, NJ 07649-1546
516074363      +A&E AmerTel,    88 W. Newell Ave,    PO Box 292,    Rutherford, NJ 07070-0292
516157510       AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
516074364      +Advanced Infection Control Concepts,    609 Lincoln Ave.,    Palmyra, NJ 08065-2001
516074365      +American Express,    PO Box 1270,    Newark, NJ 07101-1270
516293447       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                 Carol Stream, IL  60197-5008
516074366      +Ameriwaste,    105 Stratford Pl.,    Lakewood, NJ 08701-1468
516074367      +Amtrust North America,    PO Box 6939,    Cleveland, OH 44101-1939
516074368      +AnswerNet,    3930 Commerce Ave.,    Willow Grove, PA 19090-1705
516074369      +Artic Falls,    58 Sand Park Road,    Cedar Grove, NJ 07009-1210
516074371      +Berkeley Medevices,    1330 S. 51st St.,    Richmond, CA 94804-4628
516074373      +BioReference Laboratories,    481 Edward H. Ross Drive,    Elmwood Park, NJ 07407-3128
516074372       Biomed Technologies, Inc.,    11 Howard Bldv - Ste. 100B,    Mount Arlington, NJ 07856
516074374      +Bowco Laboratories, Inc.,    75 Freeman St.,    PO Box 1219,    Woodbridge, NJ 07095-7219
516074375      +Burgess Chemist #2,    559 N. Franklin Ave.,    Nutley, NJ 07110-1746
516074391     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Home Depot,    PO Box 653000,    Dallas, TX 75265-3000)
516074376      +Chase Bank N.A.,    270 Park Ave.,    Attn: Bankruptcy,    New York, NY 10017-2070
516074377      +Choice Helalth,    1310 Madrid St. - Ste. 101,    Marshall, MN 56258-4002
516074378      +Civco Medical Solutions,    PO Box 933598,    Atlanta, GA 31193-3598
516074379      +Comenity my BJ’s,    PO Box 659834,    San Antonio, TX 78265-9134
516074380      +Day to Day Essentials,    472 US Highway Rt. 46,    Fairfield, NJ 07004-1906
516275175      +De Lage Landen Financial Services, Inc.,    1111 Old Eagle School Road,    Wayne PA 19087-1453
516074381      +Deutsch Atkins, P.C.,    25 Main St. - Ste. 104,    Court Plaza North,
                 Hackensack, NJ 07601-7032
516074383      +DiTizii & Son,    204 Forest St.,    Montclair, NJ 07042-3906
516074382      +Diagnostic Technology, Inc.,    240 Vanderbilt Motor Parkway,    Hauppauge, NY 11788-5105
516074384      +Document Solutions,    PO Box 911608,    Denver, CO 80291-1608
516074385      +Electronic Unlimited, Inc.,    152 English Street,    Fort Lee, NJ 07024-6904
516074386      +Erie Cotton,    PO Box 267,    Erie, PA 16512-0267
516074387      +Ever Bank Financial Corp.,    501 Riverside Ave.,    Jacksonville, FL 32202-4934
516346828      +Everbank Commercial Finance, Inc,    10 Waterview BLVD,    Parsippany, NJ 07054-7607
516074388      +FedEx,    PO Box 371461,    Pittsburgh, PA 15250-7461
516074389      +First Insurance Funding Corp.,    PO Box 66468,    Chicago, IL 60666-0468
516074394      +HPSRX Enterprises, Inc.,    1640 Roanoke Blvd,    Salem, VA 24153-6420
516140431       Hartford Fire Ins. Co.,    Bankruptcy Unit, NP3-R,    Hartford Plaza,    Hartford, CT  06115
516074390      +Henry Schein,    PO Box 371952,    Pittsburgh, PA 15250-7952
516074392      +Horizon Blue Cross & Blue Shield,    PO Box 10130,    Newark, NJ 07101-3130
516074393      +Hospira Worldwide, Inc.,    75 Remittance Drive Ste. 6136,    Chicago, IL 60675-6136
516074396      +IDM Medical Gas Co.,    620 Braen Ave.,    Wyckoff, NJ 07481-2914
516074402      +IWS-NJ,    PO Box 554046,    Detroit, MI 48255-4046
516074397      +Immucor, Inc.,    PO Box 102118,    Atlanta, GA 30368-2118
516115899       Immucor, Inc.,    POB 5625,    Norcross, GA  30091-5625
516074398      +Information Distruction Systems,    101 7th St.,    Passaic, NJ 07055-7909
516074399      +Integrated Medical Systems Int. Inc.,    PO Box 2725,    Columbus, GA 31902-2725
516074400      +Interstate Locksmith, Inc.,    2277 Rt. 33 East,    Golden Crest Corp. Center 407,
                 Trenton, NJ 08690-1700
516074401      +Interstate Waste of New Jersey,    PO Box 554046,    Detroit, MI 48255-4046
516305615      +Jacqueline Jalil,    Murano & Roth, LLC,    800 Kinderkamack Rd,    Suite 202N,
                 Oradell, NJ 07649-1546
516074403      +Jacqueline Jalil,    c/o Deutsch Atkins, P.C.,    25 Main St., Ste. 104,    Court Plaza North,
                 Hackensack, NJ 07601-7032
516074404      +Jadoo & Zalenski,    c/o Michael Zalenski, Esq.,    100 South Van Brunt St.,
                 Englewood, NJ 07631-3455
516074405      +Keane Insurance Group, Inc.,    135 W. Adams,    Saint Louis, MO 63122-4022
516074406      +KinSaa Consulting,    201 Porter Ave.,    Bergenfield, NJ 07621-2525
516074409      +LBR Scientific, Inc.,    79 Hackensack St.,    East Rutherford, NJ 07073-1415
516074407      +Lauren D. Kafka,    28 West Pamrapo Court,    Glen Rock, NJ 07452-2846
516074408     #+Law Office of Crew Schielke, LLC,    Crew Schielke, Esq.,    39 Park Place - Ste. 204,
                 Englewood, NJ 07631-2918
516074410      +Linda Snyder,    83 Rose Ave.,    Woodcliff Lake, NJ 07677-7926
516074411       +Lotito Painting & Contracting,    PO Box 889,    Cliffside Park, NJ 07010-0889
```

```
District/off: 0312-2            User: admin              Page 2 of 3              Date Rcvd: Jan 25, 2017
                                Form ID: 137             Total Noticed: 115


516305741     +Luisa Rojas,    Murano & Roth, LLC,    800 Kinderkamack Rd,    Suite 202N,
                Oradell, NJ 07649-1546
516074413     +Luisa Rojas,    c/o Deutsch Atkins, P.C.,    25 Main St., Ste. 104,    Court Plaza North,
                Hackensack, NJ 07601-7032
516074418     +MCN Properties,    393 Bloomfield Ave.,    Montclair, NJ 07042-3741
516074419     +MD Advantage,    100 Franklin Corner Rd.,    Lawrence Township, NJ 08648-2104
516074424    ++MEDLINE INDUSTRIES INC,    ATTN ANNE KISHA,    ONE MEDLINE PL,    MUNDELEIN IL 60060-4486
              (address filed with court: Medline Industries, Inc.,    PO Box 382075,    Pittsburgh, PA 15251)
516074414     +Mary Ann Keller,    265 Rt. 517,    Hamburg, NJ 07419-9668
516074415     +McCormick Plumbing,    127 Valley Rd. #4,    Montclair, NJ 07042-2300
516074416     +McKesson Medical Surgical,    PO Box 634404,    Cincinnati, OH 45263-4404
516074417     +McKesson Specialty Health,    15212 Collections Center Drive,    Chicago, IL 60693-0152
516074420     +Med Label, Inc.,    4 Briarhurst Dr.,    PO Box 721,    Flanders, NJ 07836-0721
516074421     +MedGyn,    PO Box 3126,    Hinsdale, IL 60522-3126
516074425     +MedRecon,    257 South Ave.,    Garwood, NJ 07027-1341
516074422     +Medica Corporation,    5 Oak Park Dr.,    Bedford, MA 01730-1430
516074423     +Medicus Health,    4767 Broadmoor Ave. SE - Ste. 6,    Grand Rapids, MI 49512-9397
516074426     +Meli Plumbing & Heating Co.,    PO Box 100,    Hackensack, NJ 07602-0100
516074427     +Melissa Bazalar,    17 12th Ave.,    Paterson, NJ 07501-1001
516074428     +Memorial Sloan Kettering,    1275 York Ave.,    New York, NY 10065-6094
516074430     +Metro Fire & Safety,    509 Washington Ave.,    Carlstadt, NJ 07072-2802
516074431     +New Jersey Dept. of Health,    Attn: Cindy Smith,    369 S. Warren St. - 7th Fl.,    PO Box 360,
                Trenton, NJ 08625-0360
516074432     +Nicholas V. Campanella,    384 Sunset Blvd,    Wyckoff, NJ 07481-2420
516074433     +Nino Paradiso RPH,    75 Route 23,    Little Falls, NJ 07424-1107
516074434     +Northeastern Infection Control Educators,    65 Elizabeth St.,    Pemberton, NJ 08068-1217
516074435     +Obstetrics Gynecology Assoc. of Tenafly,    2 Dean Drive - Ste. 2,    Tenafly, NJ 07670-2870
516074436     +Ofis Lab,    44 Engle Street,    Englewood, NJ 07631-2905
516074437     +Otis Elevator,    One Farm Springs,    Farmington, CT 06032-2572
516074441      PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
516074439     +Pilgrim Gynecology Group,    393 Bloomfied Ave.,    Montclair, NJ 07042-3741
516074440     +Pro Health Capital,    PO Box 41602,    Philadelphia, PA 19101-1602
516074443      RX Value Canada,    Accounting Dept.,    5624 Blossom Montreal,    Quebec H4W 2T1, Canada
516074444      Sears,    PO Box 183082,    Columbus, OH 43218-3082
516074445     +Sears Credit Cards,    PO Box 688957,    Des Moines, IA 50368-8957
516074447     +Signius Communications,    7 Elk St. - Lower Level,    New York, NY 10007-1277
516074448     +Sinartec,    441 B 7th St.,    Palisades Park, NJ 07650-3141
516074449     +Stericycle, Inc.,    PO Box 6582,    Carol Stream, IL 60197-6582
516074450     +Studio 42,    423 Bloomfield Ave.,    Montclair, NJ 07042-3505
516305729     +Tania Mena,    Murano & Roth, LLC,    800 Kinderkamack Rd,    Suite 202N,    Oradell, NJ 07649-1546
516074451     +Tania Mena,    c/o Deutsch Atkins, P.C.,    25 Main St., Ste. 104,    Court Plaza North,
                Hackensack, NJ 07601-7032
516074452     +The Hartford Insurance Co.,    PO Box 660916,    Dallas, TX 75266-0916
516074453     +The Ruhof Corporation,    393 Sagamore Ave.,    Mineola, NY 11501-1919
516262114     +U.S. Bank, N.A. dba U.S. Bank Equipment Finance,    1310 Madrid Street,
                Marshall, MN 56258-4099
516074454     +Ultimate Security Systems, Inc.,    3 Royal Ave.,    PO Box 2086,    Livingston, NJ 07039-7686
516074455     +Verizon,    PO Box 4833,    Trenton, NJ 08650-4833
516074456     +Women's Health Management,    44 Engle St.,    Englewood, NJ 07631-2905

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: cio.bncmail@irs.gov Jan 25 2017 23:12:23      Dist Dir of IRS,
                Insolvency Function,    PO Box 724,    Springfield, NJ 07081-0724
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 25 2017 23:13:00      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 25 2017 23:12:57       United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516074370    ++E-mail/Text: g20956@att.com Jan 25 2017 23:13:37      AT&T,    PO Box 2969,
                Omaha, NE 68103-2969
516074412     +E-mail/PDF: gecsedi@recoverycorp.com Jan 25 2017 23:07:18      Lowes,    PO Box 530914,
                Atlanta, GA 30353-0914
516074429     +E-mail/Text: litigationintake@metlife.com Jan 25 2017 23:13:50       MetLife Insurance,
                200 Park Ave.,    New York, NY 10166-0188
516074446     +E-mail/Text: Bankruptcy@selective.com Jan 25 2017 23:12:36       Selective Insurance Co.,
                PO Box 371468,    Pittsburgh, PA 15250-7468
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516074442      RC Service,    PO Box 248
cr*           +Nicholas V Campanella,    384 Sunset Blvd,    Wyckoff, NJ 07481-2420
516115100*    +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
                Philadelphia, PA 19101-7346
516074395    ##+HR Direct,    PO Box 451179,    Fort Lauderdale, FL 33345-1179
516074438    ##+Peaceful Corporation,    One Alpha Ave. #20,    Voorhees, NJ 08043-1049
                                                                                     TOTALS: 1, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0312-2           User: admin              Page 3 of 3              Date Rcvd: Jan 25, 2017
                               Form ID: 137             Total Noticed: 115
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2017                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2017 at the address(es) listed below:

```
              A. Crew  Schielke    on behalf of Debtor    Pilgrim Medical Center, Inc. crew@crewschielke.com
              Connie J Delisser    on behalf of Creditor    BANK OF AMERICA, N.A. cdelisser@mlg-defaultlaw.com,
               BKECF@mlg-defaultlaw.com
              David  Edelberg    on behalf of Creditor Committee    Official Comittee of Unsecured Creditors
               dedelberg@cullenanddykman.com
              David  Edelberg    on behalf of Creditor Tania  Mena dedelberg@cullenanddykman.com
              David  Edelberg    on behalf of Creditor Jacqueline  Jalil dedelberg@cullenanddykman.com
              David  Edelberg    on behalf of Creditor Luisa  Rojas dedelberg@cullenanddykman.com
              David  Edelberg    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               dedelberg@cullenanddykman.com
              David L. Stevens    on behalf of Debtor    Pilgrim Medical Center, Inc. dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              David L. Stevens    on behalf of Interested Party    Pilgrim Medical Center, Inc.
               dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              David L. Stevens    on behalf of Creditor Nicholas V Campanella dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              Jerome M Douglas    on behalf of Interested Party Nicholas K Campanella jdouglasatty@gmail.com,
               mmalta@debtorcounsel.com
              Jerome M Douglas    on behalf of Creditor Nicholas V Campanella jdouglasatty@gmail.com,
               mmalta@debtorcounsel.com
              Jerome M Douglas    on behalf of Debtor Nicholas V Campanella jdouglasatty@gmail.com,
               mmalta@debtorcounsel.com
              Jerome M Douglas    on behalf of Debtor    Pilgrim Medical Center, Inc. jdouglasatty@gmail.com,
               mmalta@debtorcounsel.com
              John F. Murano    on behalf of Creditor Luisa  Rojas john@muranoroth.com,  vicky@muranoroth.com
              John F. Murano    on behalf of Creditor Jacqueline  Jalil john@muranoroth.com,
               vicky@muranoroth.com
              John F. Murano    on behalf of Creditor Tania  Mena john@muranoroth.com,  vicky@muranoroth.com
              John J. Scura, III    on behalf of Debtor    Pilgrim Medical Center, Inc. jscura@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
               y.com
              Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 20
```