UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Adv. Pro. No.: _____

Chapter: _____

Hearing Date: _____

Judge: _____

**ADJOURNMENT REQUEST**

1. I, _____,

   ☐ am the attorney for: _____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: _____

   Current hearing date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

2. Consent to adjournment:

   ☐ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

   No objection has been filed yet in regards to the above mentioned Fee Application. However, the Debtor would like to resolve any anticipated objections and kindly requests the Fee Application hearing date is adjourned two (2) weeks.

I certify under penalty of perjury that the foregoing is true.

Date: _____          _____
                                                                                Signature

**COURT USE ONLY:**

The request for adjournment is:

☐ Granted            New hearing date: _____          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*