Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

———————————————————————————————

Case No.:  16–15414–VFP
Chapter:  11
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pilgrim Medical Center, Inc.
   393 Bloomfiled Ave.
   Montclair, NJ 07042

Social Security No.:

Employer's Tax I.D. No.:
   22–2981240

———————————————————————————————

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/30/17 at 02:30 PM

to consider and act upon the following:


*146* – Application for Compensation for Campanella Law Office, LLC, attorney, period: to, fee: $102,637.60, expenses: $. Filed by Campanella Law Office, LLC. Hearing scheduled for 2/15/2017 at 02:00 PM at VFP – Courtroom 3B, Newark. (Attachments: # 1 Exhibit A (Invoice) # 2 Exhibit B (Order of Retention) # 3 Proposed Order # 4 Certificate of Service) (Stevens, David)


Dated: 3/1/17

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court