Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 16−15414−VFP
    Chapter: 11
    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Pilgrim Medical Center, Inc.
    393 Bloomfiled Ave.
    Montclair, NJ 07042

Social Security No.:

Employer's Tax I.D. No.:
    22−2981240

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 3/30/17 at 02:30 PM

to consider and act upon the following:

*146* − Application for Compensation for Campanella Law Office, LLC, attorney, period: to, fee: $102,637.60, expenses: $. Filed by Campanella Law Office, LLC. Hearing scheduled for 2/15/2017 at 02:00 PM at VFP − Courtroom 3B, Newark. (Attachments: # 1 Exhibit A (Invoice) # 2 Exhibit B (Order of Retention) # 3 Proposed Order # 4 Certificate of Service) (Stevens, David)

Dated: 3/1/17

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Pilgrim Medical Center, Inc.  
    Debtor

Case No. 16-15414-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Mar 01, 2017  
                        Form ID: ntchrgbk      Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2017.
```
db          +Pilgrim Medical Center, Inc.,   393 Bloomfiled Ave.,   Montclair, NJ 07042-3741
aty         +Gina Campanella,   44 Engle Street, 2nd Floor,   Englewood, NJ 07631-2905
aty         +Piekarsky & Associates, LLC,   191 Godwin Avenue - Suite 9,   Wyckoff, NJ 07481-2052
aty         +Scura, Mealey, Wigfield & Heyer,   1599 Hamburg Turnpike,   Wayne, NJ 07470-4093
acc         +Anthony Van Anzelmo,   552 High Mountain Road,   Suite 2,   North Haledon, NJ 07508-2689
cr          +Jacqueline Jalil,   Murano & Roth, LLC,   800 Kinderkamack Road,   Oradell, NJ 07649-1546
cr          +Luisa Rojas,   Murano & Roth, LLC,   800 Kinderkamack Road,   Oradell, NJ 07649-1546
intp        +Nicholas K Campanella,   384 Sunset Blvd,   Wyckoff, NJ 07481-2420
cr          +Nicholas V Campanella,   384 Sunset Blvd,   Wyckoff, NJ 07481-2420
crcm        +Official Comittee of Unsecured Creditors,   c/o David Edelberg, Esq.,   Cullen and Dykman LLP,
              433 Hackensack Avenue,   Hackensack, NJ 07601-6319
op          +Phoenix Healthment Manage,   Phoenix Healthment Manage,   44 Engle Street,   2nd Floor,
              Englewood, NJ 07631-2905
cr          +Tania Mena,   Murano & Roth, LLC,   800 Kinderkamack Road,   Oradell, NJ 07649-1546
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2017                                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2017 at the address(es) listed below:
```
          A. Crew Schielke    on behalf of Debtor    Pilgrim Medical Center, Inc. crew@crewschielke.com
          Connie J Delisser    on behalf of Creditor    BANK OF AMERICA, N.A. cdelisser@mlg-defaultlaw.com,
           BKECF@mlg-defaultlaw.com
          David Edelberg    on behalf of Creditor Committee    Official Comittee of Unsecured Creditors
           dedelberg@cullenanddykman.com
          David Edelberg    on behalf of Creditor Tania Mena dedelberg@cullenanddykman.com
          David Edelberg    on behalf of Creditor Jacqueline Jalil dedelberg@cullenanddykman.com
          David Edelberg    on behalf of Creditor Luisa Rojas dedelberg@cullenanddykman.com
          David Edelberg    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
           dedelberg@cullenanddykman.com
          David L. Stevens    on behalf of Debtor    Pilgrim Medical Center, Inc. dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          David L. Stevens    on behalf of Interested Party    Pilgrim Medical Center, Inc.
           dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          David L. Stevens    on behalf of Creditor Nicholas V Campanella dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          Jerome M Douglas    on behalf of Interested Party Nicholas K Campanella jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          Jerome M Douglas    on behalf of Creditor Nicholas V Campanella jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          Jerome M Douglas    on behalf of Debtor Nicholas V Campanella jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          Jerome M Douglas    on behalf of Debtor    Pilgrim Medical Center, Inc. jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          John F. Murano    on behalf of Creditor Luisa Rojas john@muranoroth.com,   vicky@muranoroth.com
```

```
District/off: 0312-2          User: admin                Page 2 of 2            Date Rcvd: Mar 01, 2017
                              Form ID: ntchrgbk          Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        John F. Murano    on behalf of Creditor Jacqueline  Jalil john@muranoroth.com, vicky@muranoroth.com
        John F. Murano    on behalf of Creditor Tania  Mena john@muranoroth.com, vicky@muranoroth.com
        John J. Scura, III    on behalf of Debtor    Pilgrim Medical Center, Inc. jscura@scuramealey.com, cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com
        Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 20