**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

*Order Filed on April 18, 2017*
*by Clerk*
*U.S. Bankruptcy Court*
*District of New Jersey*

In Re:

Pilgrim Medical Center, Inc.;

Nicholas V. Campanella

Case No.: 16-15414 & 16-21185

Chapter: 11

Judge: Vincent F. Papalia

**ORDER SHORTENING TIME PERIOD FOR NOTICE,**
**SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: April 18, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

After review of the application of ___David L. Stevens on behalf of debtor___ for the reduction of time for a hearing on ___Motion to approve settlement between Pilgrim Medical Center, Inc. and Nicholas Campanella, Jacqueline Jalil, Luisa Rojas & Tiana Mena___ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___May 2, 2017___ at ___10:00am___ in the United States Bankruptcy Court, ___50 Walnut Street, Newark, NJ 07102___, Courtroom No. ___3B___.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: ___David Edelberg as counsel for the Ad Hoc Committee of Employment and all parties to the settlement___

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email (if available), ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: ___all creditors and their counsel if available; any other party having filed a notice of appearance in this case and the related case ( Nicholas V. Campanella 16-21185 )___

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email (If available), ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within ___1___ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

⊠ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ ~~day(s) prior to the scheduled hearing; or~~ by 2:00pm on April 28, 2017.

☐ may be presented orally at the hearing.

8. ⊠ Court appearances are required to prosecute the motion/application and any objections.

⊠ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*