UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| | | |
|---|---|---|
| **A&E AmerTel**<br>88 W. Newell Ave<br>PO Box 292<br>Rutherford, NJ 07070 | **Advanced Infection Control Concepts**<br>609 Lincoln Ave.<br>Palmyra, NJ 08065 | **American Express**<br>PO Box 1270<br>Newark, NJ 07101 |
| **AMERICAN EXPRESS BANK, FSB**<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | **American InfoSource LP as agent for**<br>DIRECTV, LLC<br>PO Box 5008<br>Carol Stream, IL 60197-5008 | **Ameriwaste**<br>105 Stratford Pl.<br>Lakewood, NJ 08701 |
| **Amtrust North America**<br>PO Box 6939<br>Cleveland, OH 44101 | **AnswerNet**<br>3930 Commerce Ave.<br>Willow Grove, PA 19090 | **Artic Falls**<br>58 Sand Park Road<br>Cedar Grove, NJ 07009 |
| **AT&T**<br>PO Box 2969<br>Omaha, NE 68103 | **Berkeley Medevices**<br>1330 S. 51st St.<br>Richmond, CA 94804 | **Biomed Technologies, Inc.**<br>11 Howard Bldv - Ste. 100B<br>Mount Arlington, NJ 07856 |
| **BioReference Laboratories**<br>481 Edward H. Ross Drive<br>Elmwood Park, NJ 07407 | **Bowco Laboratories, Inc.**<br>75 Freeman St.<br>PO Box 1219<br>Woodbridge, NJ 07095 | **Burgess Chemist #2**<br>559 N. Franklin Ave.<br>Nutley, NJ 07110 |
| **Chase Bank N.A.**<br>270 Park Ave.<br>Attn: Bankruptcy<br>New York, NY 10017 | **Choice Health**<br>1310 Madrid St. - Ste. 101<br>Marshall, MN 56258 | **Civco Medical Solutions**<br>PO Box 933598<br>Atlanta, GA 31193 |
| **Comenity my BJ's**<br>PO Box 659834<br>San Antonio, TX 78265 | **Day to Day Essentials**<br>472 US Highway Rt. 46<br>Fairfield, NJ 07004 | **De Lage Landen Financial Services, Inc.**<br>1111 Old Eagle School Road<br>Wayne PA 19087 |
| **Department of Treasury**<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101 | **Deutsch Atkins, P.C.**<br>25 Main St. - Ste. 104<br>Court Plaza North<br>Hackensack, NJ 07601 | **Diagnostic Technology, Inc.**<br>240 Vanderbilt Motor Parkway<br>Hauppauge, NY 11788 |
| **DiTizii & Son**<br>204 Forest St.<br>Montclair, NJ 07042 | **Document Solutions**<br>PO Box 911608<br>Denver, CO 80291 | **Electronic Unlimited, Inc.**<br>152 English Street<br>Fort Lee, NJ 07024 |
| **Erie Cotton**<br>PO Box 267<br>Erie, PA 16512 | **Ever Bank Financial Corp.**<br>501 Riverside Ave.<br>Jacksonville, FL 32202 | **Everbank Commercial Finance, Inc**<br>10 Waterview BLVD<br>Parsippany, NJ 0705 |

| | | |
|---|---|---|
| **FedEx**<br>PO Box 371461<br>Pittsburgh, PA 15250 | **First Insurance Funding Corp.**<br>PO Box 66468<br>Chicago, IL 60666 | **Hartford Fire Ins. Co.**<br>Bankruptcy Unit, NP3-R<br>Hartford Plaza<br>Hartford, CT 06115 |
| **Henry Schein**<br>PO Box 371952<br>Pittsburgh, PA 15250 | **Home Depot**<br>PO Box 653000<br>Dallas, TX 75265-3000 | **Horizon Blue Cross & Blue Shield**<br>PO Box 10130<br>Newark, NJ 07101 |
| **Hospira Worldwide, Inc.**<br>75 Remittance Drive Ste. 6136<br>Chicago, IL 60675 | **HPSRX Enterprises, Inc.**<br>1640 Roanoke Blvd<br>Salem, VA 24153 | **HR Direct**<br>PO Box 451179<br>Fort Lauderdale, FL 33345 |
| **IDM Medical Gas Co.**<br>620 Braen Ave.<br>Wyckoff, NJ 07481 | **Immucor, Inc.**<br>POB 5625<br>Norcross, GA 30091-5625 | **Immucor, Inc.**<br>PO Box 102118<br>Atlanta, GA 30368 |
| **Information Distruction Systems**<br>101 7th St.<br>Passaic, NJ 07055 | **Integrated Medical Systems Int. Inc.**<br>PO Box 2725<br>Columbus, GA 31902 | **Interstate Locksmith, Inc.**<br>2277 Rt. 33 East<br>Golden Crest Corp. Center 407<br>Trenton, NJ 08690 |
| **Interstate Waste of New Jersey**<br>PO Box 554046<br>Detroit, MI 48255 | **Jacqueline Jalil**<br>Murano & Roth, LLC<br>800 Kinderkamack Rd<br>Suite 202N<br>Oradell, NJ 07649 | **Jacqueline Jalil**<br>c/o Deutsch Atkins, P.C.<br>25 Main St., Ste. 104<br>Court Plaza North<br>Hackensack, NJ 07601 |
| **Jadoo & Zalenski**<br>c/o Michael Zalenski, Esq.<br>100 South Van Brunt St.<br>Englewood, NJ 07631 | **Keane Insurance Group, Inc.**<br>135 W. Adams<br>Saint Louis, MO 63122 | **KinSaa Consulting**<br>201 Porter Ave.<br>Bergenfield, NJ 07621 |
| **Lauren D. Kafka**<br>28 West Pamrapo Court<br>Glen Rock, NJ 07452 | **Law Office of Crew Schielke, LLC**<br>Crew Schielke, Esq.<br>39 Park Place - Ste. 204<br>Englewood, NJ 07631 | **LBR Scientific, Inc.**<br>79 Hackensack St.<br>East Rutherford, NJ 07073 |
| **Linda Snyder**<br>83 Rose Ave.<br>Woodcliff Lake, NJ 07677 | **Lotito Painting & Contracting**<br>PO Box 889<br>Cliffside Park, NJ 07010 | **Lowes**<br>PO Box 530914<br>Atlanta, GA 30353 |
| **Luisa Rojas**<br>Murano & Roth, LLC<br>800 Kinderkamack Rd<br>Suite 202N<br>Oradell, NJ 07649 | **Luisa Rojas**<br>c/o Deutsch Atkins, P.C.<br>25 Main St., Ste. 104<br>Court Plaza North<br>Hackensack, NJ 07601 | **Mary Ann Keller**<br>265 Rt. 517<br>Hamburg, NJ 07419 |

| | | |
|---|---|---|
| **McCormick Plumbing**<br>127 Valley Rd. #4<br>Montclair, NJ 07042 | **McKesson Medical Surgical**<br>PO Box 634404<br>Cincinnati, OH 45263 | **McKesson Specialty Health**<br>15212 Collections Center Drive<br>Chicago, IL 60693 |
| **MCN Properties**<br>393 Bloomfield Ave.<br>Montclair, NJ 07042 | **MD Advantage**<br>100 Franklin Corner Rd.<br>Lawrence Township, NJ 08648 | **Med Label, Inc.**<br>4 Briarhurst Dr.<br>PO Box 721<br>Flanders, NJ 07836 |
| **MedGyn**<br>PO Box 3126<br>Hinsdale, IL 60522 | **Medica Corporation**<br>5 Oak Park Dr.<br>Bedford, MA 01730 | **Medicus Health**<br>4767 Broadmoor Ave. SE - Ste. 6<br>Grand Rapids, MI 49512 |
| **Medline Industries, Inc.**<br>PO Box 382075<br>Pittsburgh, PA 15251 | **MedRecon**<br>257 South Ave.<br>Garwood, NJ 07027 | **Meli Plumbing & Heating Co.**<br>PO Box 100<br>Hackensack, NJ 07602 |
| **Melissa Bazalar**<br>17 12th Ave.<br>Paterson, NJ 07501 | **Memorial Sloan Kettering**<br>1275 York Ave.<br>New York, NY 10065 | **MetLife Insurance**<br>200 Park Ave.<br>New York, NY 10166 |
| **Metro Fire & Safety**<br>509 Washington Ave.<br>Carlstadt, NJ 07072 | **New Jersey Dept. of Health**<br>Attn: Cindy Smith<br>369 S. Warren St. - 7th Fl.<br>PO Box 360<br>Trenton, NJ 08625 | **Nicholas V. Campanella**<br>384 Sunset Blvd<br>Wyckoff, NJ 07481 |
| **Nino Paradiso RPH**<br>75 Route 23<br>Little Falls, NJ 07424 | **Northeastern Infection Control Educators**<br>65 Elizabeth St.<br>Pemberton, NJ 08068 | **Obstetrics Gynecology Assoc. of Tenafly**<br>2 Dean Drive - Ste. 2<br>Tenafly, NJ 07670 |
| **Ofis Lab**<br>44 Engle Street<br>Englewood, NJ 07631 | **Otis Elevator**<br>One Farm Springs<br>Farmington, CT 06032 | **Peaceful Corporation**<br>One Alpha Ave. #20<br>Voorhees, NJ 08043 |
| **Pilgrim Gynecology Group**<br>393 Bloomfied Ave.<br>Montclair, NJ 07042 | **Pro Health Capital**<br>PO Box 41602<br>Philadelphia, PA 19101 | **PSE&G**<br>P.O. Box 14444<br>New Brunswick, NJ 08906-4444 |
| **RX Value Canada**<br>Accounting Dept.<br>5624 Blossom Montreal<br>Quebec H4W 2T1, Canada | **Sears**<br>PO Box 183082<br>Columbus, OH 43218-3082 | **Sears Credit Cards**<br>PO Box 688957<br>Des Moines, IA 50368 |

| **Selective Insurance Co.** | **Signius Communications** | **Sinartec** |
|---|---|---|
| PO Box 371468 | 7 Elk St. - Lower Level | 441 B 7th St. |
| Pittsburgh, PA 15250 | New York, NY 10007 | Palisades Park, NJ 07650 |
| **Stericycle, Inc.** | **Studio 42** | **Tania Mena** |
| PO Box 6582 | 423 Bloomfield Ave. | c/o Deutsch Atkins, P.C. |
| Carol Stream, IL 60197 | Montclair, NJ 07042 | 25 Main St., Ste. 104 |
|  |  | Court Plaza North |
|  |  | Hackensack, NJ 07601 |
| **Tania Mena** | **The Hartford Insurance Co.** | **The Ruhof Corporation** |
| Murano & Roth, LLC | PO Box 660916 | 393 Sagamore Ave. |
| 800 Kinderkamack Rd | Dallas, TX 75266 | Mineola, NY 11501 |
| Suite 202N |  |  |
| Oradell, NJ 07649 |  |  |
| **U.S. Bank, N.A. dba U.S. Bank Equipment Finance** | **Ultimate Security Systems, Inc.** | **Verizon** |
| 1310 Madrid Street | 3 Royal Ave. | PO Box 4833 |
| Marshall, MN 56258 | PO Box 2086 | Trenton, NJ 08650 |
|  | Livingston, NJ 07039 |  |
| **Women's Health Management** | **United States Attorney** | **United States Attorney General** |
| 44 Engle St. | Peter Rodino Federal Building | United States Department of Justice |
| Englewood, NJ 07631 | 970 Broad Street, Suite 700 | Ben Franklin Station |
|  | Newark, New Jersey 07102 | P.O. Box 683 |
|  |  | Washington, D.C. 20044 |

**PHELAN HALLINAN DIAMOND & JONES, PC**
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for BANK OF AMERICA, N.A