UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
**SCURA, WIGFIELD, HEYER & STEVENS, LLP**
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: 973-696-8391 Fax: 973-696-8571
David L. Stevens (Attorney ID 034422007)
*Counsel for the Debtor*

Order Filed on June 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PILGRIM MEDICAL CENTER, INC., &
NICHOLAS V. CAMPANELLA

Debtor.

Case No. 16-15414
(Jointly Administered)

Chapter 11

Judge: Vincent F. Papalia, U.S.B.J.

**ORDER AUTHORIZING AN EXTENSION OF THE DEADLINE TO
CONFIRM THE DEBTOR'S CHAPTER 11 SMALL BUSINESS PLAN OF
REORGANIZATION AND DISCLOSURE STATEMENT
<u>PURSUANT TO 11 U.S.C. §1121(e)(3)</u>**

The relief set forth on the following page numbered two, is hereby ORDERED

**DATED: June 12, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: Pilgrim Medical Center, Inc. & Nicholas V. Campanella
Case No.: 16-15414 (Jointly Administered)
Caption of Order: ORDER AUTHORIZING AN EXTENSION OF THE DEADLINE TO CONFIRM THE DEBTOR'S CHAPTER 11 SMALL BUSINESS PLAN & DISCLOSURE STATEMENT PURSUANT TO 11 U.S.C. §1121(e)(3)

Upon the application of Pilgrim Medical Center, Inc. (the "Debtor") for an Order Authorizing an Extension of the Deadline to Confirm the Debtor's Small Business Chapter 11 Plan of Reorganization and Disclosure Statement pursuant to 11 U.S.C. §§ 1129(e) and 1121(e)(3) (the "Application"); and good cause appearing for the entry of this Order,

IT IS ORDERED as follows:

1. The Application is GRANTED as provided for herein.

2. The deadline to confirm the Debtor's Small Business Chapter 11 Plan of Reorganization and Disclosure Statement is hereby extended to August 4, 2017.