UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**SCURA, WIGFIELD, HEYER & STEVENS, LLP**
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: 973-696-8391 Fax: 973-696-8571
David L. Stevens (Attorney ID 034422007)
*Counsel for the Debtor*

Order Filed on June 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PILGRIM MEDICAL CENTER, INC., &
NICHOLAS V. CAMPANELLA

      Debtor.

Case No. 16-15414
(Jointly Administered)

Chapter 11

Judge: Vincent F. Papalia, U.S.B.J.

### ORDER AUTHORIZING AN EXTENSION OF THE DEADLINE TO CONFIRM THE DEBTOR'S CHAPTER 11 SMALL BUSINESS PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT PURSUANT TO 11 U.S.C. §1121(e)(3)

The relief set forth on the following page numbered two, is hereby ORDERED

**DATED: June 12, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: Pilgrim Medical Center, Inc. & Nicholas V. Campanella
Case No.: 16-15414 (Jointly Administered)
Caption of Order: ORDER AUTHORIZING AN EXTENSION OF THE DEADLINE TO CONFIRM THE DEBTOR'S CHAPTER 11 SMALL BUSINESS PLAN & DISCLOSURE STATEMENT PURSUANT TO 11 U.S.C. §1121(e)(3)

Upon the application of Pilgrim Medical Center, Inc. (the "Debtor") for an Order Authorizing an Extension of the Deadline to Confirm the Debtor's Small Business Chapter 11 Plan of Reorganization and Disclosure Statement pursuant to 11 U.S.C. §§ 1129(e) and 1121(e)(3) (the "Application"); and good cause appearing for the entry of this Order,

IT IS ORDERED as follows:

1. The Application is GRANTED as provided for herein.

2. The deadline to confirm the Debtor's Small Business Chapter 11 Plan of Reorganization and Disclosure Statement is hereby extended to August 4, 2017.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-15414-VFP
Pilgrim Medical Center, Inc.                                            Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Jun 12, 2017
                              Form ID: pdf903          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2017.
db          +Pilgrim Medical Center, Inc.,    393 Bloomfiled Ave.,    Montclair, NJ 07042-3741
aty         +Gina Campanella,    44 Engle Street, 2nd Floor,    Englewood, NJ 07631-2905
aty         +Piekarsky & Associates, LLC,    191 Godwin Avenue - Suite 9,    Wyckoff, NJ 07481-2052
aty         +Scura, Mealey, Wigfield & Heyer,    1599 Hamburg Turnpike,    Wayne, NJ 07470-4093

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2017 at the address(es) listed below:
              A. Crew   Schielke    on behalf of Debtor    Pilgrim Medical Center, Inc. crew@crewschielke.com
              Connie J Delisser    on behalf of Creditor    BANK OF AMERICA, N.A. cdelisser@mlg-defaultlaw.com,
               BKECF@mlg-defaultlaw.com
              David   Edelberg    on behalf of Creditor Committee    Official Comittee of Unsecured Creditors
               dedelberg@cullenanddykman.com
              David   Edelberg    on behalf of Creditor Tania   Mena dedelberg@cullenanddykman.com
              David   Edelberg    on behalf of Creditor Jacqueline   Jalil dedelberg@cullenanddykman.com
              David   Edelberg    on behalf of Creditor Luisa   Rojas dedelberg@cullenanddykman.com
              David   Edelberg    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               dedelberg@cullenanddykman.com
              David L. Stevens    on behalf of Creditor Nicholas V Campanella dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Debtor    Pilgrim Medical Center, Inc. dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              David L. Stevens    on behalf of Interested Party    Pilgrim Medical Center, Inc.
               dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
              Jerome M Douglas    on behalf of Creditor Nicholas V Campanella jdouglasatty@gmail.com,
               mmalta@debtorcounsel.com
              Jerome M Douglas    on behalf of Debtor Nicholas V Campanella jdouglasatty@gmail.com,
               mmalta@debtorcounsel.com
              Jerome M Douglas    on behalf of Debtor    Pilgrim Medical Center, Inc. jdouglasatty@gmail.com,
               mmalta@debtorcounsel.com
              Jerome M Douglas    on behalf of Interested Party Nicholas K Campanella jdouglasatty@gmail.com,
               mmalta@debtorcounsel.com
              John F. Murano    on behalf of Creditor Jacqueline   Jalil john@muranoroth.com,
               vicky@muranoroth.com
              John F. Murano    on behalf of Creditor Tania   Mena john@muranoroth.com,  vicky@muranoroth.com
              John F. Murano    on behalf of Creditor Luisa   Rojas john@muranoroth.com,  vicky@muranoroth.com
              John J. Scura, III    on behalf of Debtor    Pilgrim Medical Center, Inc. jscura@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com
              Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 20