**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in compliance with D.N.J. LBR 9004-2(c)**

**SCUR, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: 973-696-8391 Fax: 973-696-8571
David Stevens, Esq. (Attorney ID 034422007)
Counsel for the Debtor

Order Filed on June 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Pilgrim Medical Center, Inc. and
Nicholas V. Campanella

                          Debtors.

Chapter 11

Case No.: 16-15414(VFP)
Procedurally Consolidated

Judge:    Vincent F. Papalia

## CONSENT ORDER VACATING STAY NUNC PRO TUNC

        The relief set forth on the following pages, numbered two (2) through three (3) is hereby
ORDERED.

**DATED: June 13, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor:              Pilgrim Medical Center
Adv. Pro. No.        16-1690
Caption of Order:    **CONSENT ORDER VACATING STAY**

This matter having been brought before the Court by Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, attorneys for Pilgrim Medical Center, Inc. and the Law Office of Jerome M. Douglas, attorneys for Dr. Nicholas Campanella (collectively, the "Debtors") and Cullen and Dykman, LLP, attorneys for Jacqueline Jalil, Luisa Rojas, Tania Mena (collectively, the "Plaintiffs"); it appearing that the Plaintiffs obtained a judgment against the Debtors on December 4, 2015 (the "Judgment") in the matter known as Jalil, et al. v. Pilgrim Medical Center, et al., bearing docket number ESX-L-7913-13 in the Superior Court of New Jersey; it appearing that the Debtor has prosecuted an Appeal (the "Appeal") of the Judgment,and it appearing that on May 9, 2017, the New Jersey Appellate Division affirmed the Judgment, it appearing that the Plaintiffs have applied to the New Jersey Appellate Division for counsel fees as provided by the New Jersey Law against Discrimination, and it appearing that on or about May 24, 2017, the Debtors filed a Petition for Certification with the New Jersey Supreme Court, it appearing that all of the foregoing activities, to the extent they occurred post-petition, may constitute technical violations of the automatic stay, it appearing that the parties seek an order vacating the Automatic Stay *nunc pro tunc* regarding all aspects of the Appeal; and the Court taking notice of the parties consent to the form and entry of this order; and for good cause shown;

It is ORDERED as follows:

The automatic stay is hereby vacated, *nunc pro tunc*, to allow all aspects of the parties' prosecution and defense of the Appeal to proceed, including the Plaintiffs' requests for counsel fees and costs.

Page 3

Debtor:              Pilgrim Medical Center
Adv. Pro. No.        16-1690
Caption of Order:    **CONSENT ORDER VACATING STAY**

We hereby consent to the form
And entry of the within Order

SCURA, WIGFIELD, HEYER,                    CULLEN AND DYKMAN, LLP
STEVENS & CAMMAROTA, LLP                   Attorneys for Jacqueline Jalil,
Attorneys for Pilgrim Medical Center, Inc. Luisa Rojas, and Tania Mena

By: __/s/ David Stevens_____        By: _/d/ David Edelberg_____
      David L. Stevens, Esq.                    David Edelberg, Esq.

LAW OFFICES OF JEROME M. DOUGLAS, LLC
Attorneys for Nicholas V. Campanella

By: /s/ Jerome M. Douglas
    Jerome M. Douglas

F:\EDELBERG\Campanella Nicholas\Pleadings - Pilgrim\Consent Order Vacating Stay 5.30.17.doc

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-15414-VFP
Pilgrim Medical Center, Inc.                                              Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jun 14, 2017
                             Form ID: pdf903           Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2017.
db             +Pilgrim Medical Center, Inc.,   393 Bloomfiled Ave.,   Montclair, NJ 07042-3741
aty            +Gina Campanella,   44 Engle Street, 2nd Floor,   Englewood, NJ 07631-2905
aty            +Piekarsky & Associates, LLC,   191 Godwin Avenue - Suite 9,   Wyckoff, NJ 07481-2052
aty            +Scura, Mealey, Wigfield & Heyer,   1599 Hamburg Turnpike,   Wayne, NJ 07470-4093

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2017 at the address(es) listed below:
          A. Crew Schielke    on behalf of Debtor    Pilgrim Medical Center, Inc. crew@crewschielke.com
          Connie J Delisser    on behalf of Creditor    BANK OF AMERICA, N.A. cdelisser@mlg-defaultlaw.com,
           BKECF@mlg-defaultlaw.com
          David Edelberg    on behalf of Creditor Committee    Official Comittee of Unsecured Creditors
           dedelberg@cullenanddykman.com
          David Edelberg    on behalf of Creditor Tania  Mena dedelberg@cullenanddykman.com
          David Edelberg    on behalf of Creditor Jacqueline  Jalil dedelberg@cullenanddykman.com
          David Edelberg    on behalf of Creditor Luisa  Rojas dedelberg@cullenanddykman.com
          David Edelberg    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
           dedelberg@cullenanddykman.com
          David L. Stevens    on behalf of Creditor Nicholas V Campanella dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramale
           y.com
          David L. Stevens    on behalf of Debtor    Pilgrim Medical Center, Inc. dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramale
           y.com
          David L. Stevens    on behalf of Interested Party    Pilgrim Medical Center, Inc.
           dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramale
           y.com
          Jerome M Douglas    on behalf of Creditor Nicholas V Campanella jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          Jerome M Douglas    on behalf of Debtor Nicholas V Campanella jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          Jerome M Douglas    on behalf of Debtor    Pilgrim Medical Center, Inc. jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          Jerome M Douglas    on behalf of Interested Party Nicholas K Campanella jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          John F. Murano    on behalf of Creditor Jacqueline  Jalil john@muranoroth.com,
           vicky@muranoroth.com
          John F. Murano    on behalf of Creditor Tania  Mena john@muranoroth.com,  vicky@muranoroth.com
          John F. Murano    on behalf of Creditor Luisa  Rojas john@muranoroth.com,  vicky@muranoroth.com
          John J. Scura, III    on behalf of Debtor    Pilgrim Medical Center, Inc. jscura@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramale
           y.com
          Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                   TOTAL: 20