UNITED STATES BANKRUPTCY COURT
DISTRICT OF _____

In re Nicholas V. Campanella  
Debtor

Case No. 16-21185-VFP  
Reporting Period: October, 2016

Social Security # xxx-xx-1243  
(last 4 digits only)

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | Yes | No |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | Yes | Yes |
| Copies of bank statements |  | Yes | Yes |
| Disbursement Journal | MOR-2 (INDV) | Yes | No |
| Balance Sheet | MOR-3 (INDV) | No | No |
| Copies of tax returns filed during reporting period |  | No | No |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | Yes | No |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | No | No |
| Debtor Questionnaire | MOR-6 (INDV) | Yes | No |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _____ Date 6/19/17

Signature of Joint Debtor _____ Date _____

In re <u>Nicholas V. Campanella</u>  Case No. <u>16-21185-VFP</u>
<u>Debtor</u>  Reporting Period: <u>xxx-xx-1243</u>

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | $ 158,992.65 | |
| **RECEIPTS** | | |
| Wages (Net) | $ 11,531.72 | $48,761.74 |
| **Interest and Dividend Income** | 5.51 | $20.54 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | $43,564.61 | $226,733.71 |
| **Total Receipts** | $ 55,101.84 | $275,515.99 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS** | | |
| Mortgage Payment(s) | $7,437.69 | $29,750.76 |
| Rental Payment(s) | $200.00 | $800.00 |
| **Other Secured Note Payments** | $588.80 | $3,018.61 |
| Utilities | $626.57 | $4,100.08 |
| Insurance | | |
| Auto Expense | | $48.00 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | $146.53 |
| Medical Expenses | | $104.80 |
| Food, Clothing, Hygiene | $1,921.13 | $6,115.88 |
| Charitable Contributions | | $15.00 |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | $3,915.94 | $7,876.87 |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | $80,000.00 |
| Travel and Entertainment | $862.22 | $2,328.99 |
| Gifts | $310.00 | $12,010.00 |
| Other *(attach schedule)* | $40,686.65 | $42,622.60 |
| **Total Ordinary Disbursements** | $56,549.00 | $188,938.12 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | $ 56,549.00 | $188,938.12 |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | (1,447.16) | $86,577.87 |

| In re Nicholas V. Campanella | Case No. 16-21185-VFP |
|---|---|
| Debtor | Reporting Period: xxx-xx-1243 |
| Cash - End of Month  *(Must equal reconciled bank statement)* | $ 157,545.49 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Legal order reversal | | $274.28 |
| Legal order reversal | | $125.00 |
| Bank transfer to close previous account | | $350.00 |
| Medical Insurance Refund | | $153.77 |
| Credit Card Activitiy | | $2,679.69 |
| Rent belonging to MCN Properties - deposited by mistake | | $39,781.09 |
| Phoenix Medical Director Fees for Dr. Campanella | $1,900.47 | $44,655.74 |
| Distribution from Montclair Physicians Group, LLC | | $97,050.00 |
| Distribution from Affliates | $41,664.14 | $41,664.14 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Gina Campanella - reimbursement of expenses | | $150.00 |
| Gina Campanella - reimbursement of expenses | | $320.00 |
| Credit Cards Payable | $333.22 | $1,798.87 |
| Repairs & Maintenance | $353.43 | $353.43 |
| Family Contribution to Gina from Marie | $40,000.00 | $40,000.00 |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | $56,369.31 |
|---|---|
| LESS:  TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $56,369.31 |

In re <u>Nicholas V. Campanella</u>  Case No. <u>16-21185-VFP</u>
    Debtor  Reporting Period: <u>**xxx-xx-1243**</u>

# DISBURSEMENT JOURNAL

## CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 9/30/16 | Joseph Alfano | Rent | $ 200.00 |
| 10/05/16 | PSE&G | Utilities | $ 431.31 |
| 10/18/16 | Chase Card Services | Credit Card | $ 1,500.00 |
| 10/19/16 | Township of Wyckoff | Property Taxes | $ 3,915.94 |
| 10/21/16 | Verizon | Utilities | $ 195.26 |
| 10/25/16 | Gina Campanella | Personal Gifts | $ 210.00 |
| 9/29/16 | Gina Campanella - Loan From Marie | Family Contribution | $ 40,000.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Total Cash Disbursements | | $ 46,452.51 |

## BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|---|---|---|---|---|
| 9/30/16 | Christopher Gironda | Personal Gifts | $ 100.00 | 622 |
| | | | | |
| 10/01/16 | BOA Line of Credit | LOC Interest | $ 588.80 | 623 |
| 10/01/16 | M&T Bank | Mortgage | $ 7,437.69 | 624 |
| | | | | |
| | Total Bank Account Disbursements | | $ 8,126.49 | |

| | | |
|---|---|---|
| Total Disbursements for the Month | $ | 54,579.00 |

| Nicholas V. Campanella | | Case No. | 16-21185-VFP |
|---|---|---|---|
| Debtor | | Reporting Period: | xxx-xx-1243 |

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $0.00 | $3,294.74 | $3,294.74 | | | $0.00 |
| FICA-Employee | $0.00 | $232.00 | $232.00 | | | $0.00 |
| FICA-Employer | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Unemployment | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Income | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Other: | | | | | | |
| Total Federal Taxes | $0.00 | $3,526.74 | $3,526.74 | | | $0.00 |
| **State and Local** | | | | | | |
| Withholding | $0.00 | $941.54 | $941.54 | | | $0.00 |
| Sales | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Excise | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Unemployment | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Real Property | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Personal Property | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Other: | | | | | | |
| Total State and Local | | $941.54 | $941.54 | | | |
| **Total Taxes** | $0.00 | $4,468.28 | $4,468.28 | | | $0.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 0 | | | | | 0 |
| Wages Payable | 0 | | | | | 0 |
| Taxes Payable | 0 | | | | | 0 |
| Rent/Leases-Building | 0 | | | | | 0 |
| Rent/Leases-Equipment | 0 | | | | | 0 |
| Secured Debt/Adequate Protection Payments | 0 | | | | | $0.00 |
| Professional Fees | 0 | | | | | 0 |
| Amounts Due to Insiders* | 0 | | | | | 0 |
| Other:    Condo Fees | | | | | | |
| Other:  Mortgage | | | | | | |
| **Total Postpetition Debts** | 0 | | | | | $0.00 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(04/07)

In re <u>Nicholas V. Campanella</u>  Case No. <u>16-21185-VFP</u>
     Debtor  Reporting Period: <u>October, 2016</u>

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? |  | X |
| 2. Is the Debtor delinquent in the timely filing of any post-petition tax returns? |  | X |
| 3. Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? |  | X |
| 4. Is the Debtor delinquent in paying any insurance premium payment? |  | X |
| 5. Have any payments been made on pre-petition liabilities this reporting period? |  | X |
| 6. Are any post petition State or Federal income taxes past due? |  | X |
| 7. Are any post petition real estate taxes past due? |  | X |
| 8. Are any other post petition taxes past due? |  | X |
| 9. Have any pre-petition taxes been paid during this reporting period? |  | X |
| 10. Are any amounts owed to post petition creditors delinquent? |  | X |
| 11. Have any post petition loans been been received by the Debtor from any party? |  | X |
| 12. Is the Debtor delinquent in paying any U.S. Trustee fees? |  | X |
| 13. Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? |  | X |

# Bank of America

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

NICHOLAS CAMPANELLA
MARIE T CAMPANELLA
384 SUNSET BLVD
WYCKOFF, NJ 07481-2420

📞 Customer service: 1.800.432.1000

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your combined statement
for September 27, 2016 to October 25, 2016

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---:|---|
| Adv Tiered Interest Chkg | 0038 1686 0198 | $0.00 | Page 3 |
| BofA Core Checking | 0040 9021 1159 | $58,398.67 | Page 5 |
| Rewards Money Market Sav | 0040 9020 5922 | $99,146.82 | Page 7 |
| **Total balance** | | **$157,545.49** | |

## BE MORE THAN PINK

**Every action — large or small — makes an impact in the fight against breast cancer.**

**Help save a life. Make a donation today.**

**Donate by:**
**GOING TO:** www.komen.org/donate
**CALLING:** 1-877 GO KOMEN (1-877-465-6636) option 4
**SENDING A CHECK TO:** Susan G. Komen®
PO Box 96216
Washington D.C. 20090-6126
*Please write code 328-0000 on your check*



AR75CJCC  328-0001

© 2016 Susan G. Komen®. The Running Ribbon is a registered trademark of Susan G. Komen.

NICHOLAS CAMPANELLA  |  Account #       5 0198  |  September 27, 2016 to October 25, 2016

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2016 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**



## Your checking account
Account number:    )198

# Your Adv Tiered Interest Chkg

**NICHOLAS CAMPANELLA    MARIE T CAMPANELLA**

## Account summary

| | |
|---|---:|
| Beginning balance on September 27, 2016 | $0.00 |
| Deposits and other additions | 0.00 |
| Withdrawals and other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on October 25, 2016** | **$0.00** |

*Interest Paid Year To Date: $0.43.*

---

## Show your #troopthanks

We're helping veterans transition back to civilian life with financial education, career opportunities and support of military nonprofit organizations around the country.

Join us! Tag photos and messages with **#troopthanks**, or visit **bankofamerica.com/militarysupport**.

©2016 Bank of America Corporation    SSM-07-16-0098.B | ARMT9ML7

NICHOLAS CAMPANELLA | Account #        0198 |  September 27, 2016 to October 25, 2016

This page intentionally left blank

NICHOLAS CAMPANELLA | Account #        0198 |  September 27, 2016 to October 25, 2016



**Bank of America**

**Your checking account**

Account number        |159

# Your BofA Core Checking
# Preferred Rewards Platinum Honors

MARIE T CAMPANELLA

## Account summary

| | |
|---|---|
| Beginning balance on September 27, 2016 | $20,901.34 |
| Deposits and other additions | 52,076.33 |
| Withdrawals and other subtractions | -6,452.51 |
| Checks | -8,126.49 |
| Service fees | -0.00 |
| **Ending balance on October 25, 2016** | **$58,398.67** |

*Your account has overdraft protection provided by deposit account number 0040 9020 5922.*

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 10/04/16 | BKOFAMERICA MOBILE 10/04 3483970332 DEPOSIT        *MOBILE     NJ | 2,250.00 |
| 10/04/16 | Online Banking transfer from CHK 2412 Confirmation# 3260246148 | 624.14 |
| 10/05/16 | PILGRIM MEDICAL  DES:DIRECT DEP ID:355061338892GH8  INDN:CAMPANELLA,MARIE     CO ID:9111111101 PPD | 5,765.86 |
| 10/05/16 | PHOENIX HEALTH M DES:QUICKBOOKS ID:XXXXXXXXX  INDN:CAMPANELLA, M.D., NICH CO ID:1722616653 PPD | 950.25 |
| 10/17/16 | BKOFAMERICA MOBILE 10/17 3487656298 DEPOSIT        *MOBILE     NJ | 495.00 |
| 10/19/16 | PILGRIM MEDICAL  DES:DIRECT DEP ID:504061745964GH8  INDN:CAMPANELLA,MARIE     CO ID:9111111101 PPD | 5,765.86 |
| 10/19/16 | BKOFAMERICA MOBILE 10/19 3488374533 DEPOSIT        *MOBILE     NJ | 5,275.00 |
| 10/19/16 | PHOENIX HEALTH M DES:QUICKBOOKS ID:XXXXXXXXX  INDN:CAMPANELLA, M.D., NICH CO ID:1722616653 PPD | 950.22 |
| 10/25/16 | Online Banking transfer from SAV 5922 Confirmation# 3243924218 | 30,000.00 |
| **Total deposits and other additions** | | **$52,076.33** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 09/30/16 | Online scheduled transfer to CHK 2412 Confirmation# 1079548778 | -200.00 |
| 10/05/16 | PSE&G     Bill Payment | -431.31 |

continued on the next page

NICHOLAS CAMPANELLA  |  Account #    ‌0198  |  September 27, 2016 to October 25, 2016

## Withdrawals and other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| 10/18/16 | CHASE CREDIT CARDS Bill Payment | -1,500.00 |
| 10/19/16 | Township of Wyckoff Bill Payment | -3,915.94 |
| 10/21/16 | VERIZON COMMUNICATIONS Bill Payment | -195.26 |
| 10/25/16 | Online Banking transfer to CHK 1175 Confirmation# 2440455817 | -210.00 |
| **Total withdrawals and other subtractions** | | **-$6,452.51** |

## Checks

| Date | Check # | Amount |
|---|---|---|
| 09/29/16 | 622 | -100.00 |
| 10/06/16 | 623 | -588.80 |
| 10/06/16 | 624 | -7,437.69 |

| | |
|---|---|
| **Total checks** | **-$8,126.49** |
| Total # of checks | 3 |



**Your savings account**

Account number: 5922

# Your Rewards Money Market Sav
# Preferred Rewards Platinum Honors

MARIE T CAMPANELLA

## Account summary

| | |
|---|---:|
| Beginning balance on September 27, 2016 | $138,091.31 |
| Deposits and other additions | 31,055.51 |
| Withdrawals and other subtractions | -70,000.00 |
| Service fees | -0.00 |
| **Ending balance on October 25, 2016** | **$99,146.82** |

*Annual Percentage Yield Earned this statement period: 0.06%.*
*Interest Paid Year To Date: $33.73.*

## Deposits and other additions

| Date | Description | | | Amount |
|---|---|---|---|---:|
| 10/11/16 | BKOFAMERICA MOBILE 10/08 3485206733 DEPOSIT | *MOBILE | NJ | 31,050.00 |
| 10/25/16 | Interest Earned | | | 5.51 |
| **Total deposits and other additions** | | | | **$31,055.51** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---:|
| 09/29/16 | Online Banking transfer to CHK 1175 Confirmation# 3515019426 | -40,000.00 |
| 10/25/16 | Online Banking transfer to CHK 1159 Confirmation# 3243924218 | -30,000.00 |
| **Total withdrawals and other subtractions** | | **-$70,000.00** |

NICHOLAS CAMPANELLA | Account #  )198 | September 27, 2016 to October 25, 2016

This page intentionally left blank

## Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | Employer | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Description | Amount | Description | Amount | Net Pay | Liability | Amount |

**Employee: Campanella, Marie**  SSN: xxx-xx-9008
**Department: 800 - Staff**
Pay Frequency: Biweekly

| Regular | 0.00 | | 16,000.00 | FED FIT | 3,294.74 | | | 11,531.72 | FED MEDCARE-ER | 232.00 |
| | 0.00 | | 16,000.00 | FED MEDCARE | 232.00 | | | | | 232.00 |
| | | | | NJ SIT | 941.54 | | | | | |
| | | | | | 4,468.28 | | | | | |

Check Date: 10/05/2016 / Direct Deposit / Checking / Account No: XXXXXXXXX1159  $5,765.86
Check Date: 10/19/2016 / Direct Deposit / Checking / Account No: XXXXXXXXX1159  $5,765.86

**Department Totals: 800 - Staff: 1**

| Regular | 0.00 | | $16,000.00 | FED FIT | $3,294.74 | | | $11,531.72 | FED MEDCARE-ER | $232.00 |
| | | | $16,000.00 | FED MEDCARE | $232.00 | | | | | $232.00 |
| | | | | NJ SIT | $941.54 | | | | | |
| | | | | | $4,468.28 | | | | | |

**Total Employees - 800 - Staff: 1**
Pay Frequency Totals: Biweekly

| Regular | 0.00 | | $16,000.00 | FED FIT | $3,294.74 | | | $11,531.72 | FED MEDCARE-ER | $232.00 |
| | | | $16,000.00 | FED MEDCARE | $232.00 | | | | | $232.00 |
| | | | | NJ SIT | $941.54 | | | | | |
| | | | | | $4,468.28 | | | | | |

**Total Employees - Biweekly: 1**
Company Totals:

| Regular | 0.00 | | $16,000.00 | FED FIT | $3,294.74 | | | $11,531.72 | FED MEDCARE-ER | $232.00 |
| | | | $16,000.00 | FED MEDCARE | $232.00 | | | | | $232.00 |
| | | | | NJ SIT | $941.54 | | | | | |
| | | | | | $4,468.28 | | | | | |

**Total Employees - Company: 1**

Company: Pilgrim Medical Group Inc                                      1 of 1                      Date Printed: 06/15/2017 16:05
Check dates from: 10/5/2016 - Payroll 1 to: 10/19/2016 - Payroll 1                                  22737851 - RZ/GH8
Pay Period from: 09/19/2016 to: 10/16/2016

3:07 PM
06/15/17
Accrual Basis

# Nicholas V. Campanella or Marie Campanella
## Profit & Loss
### September 27 through October 25, 2016

|  | Sep 27 - Oct 25, 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Interest Income | 5.51 |
| Other Income | 39,694.14 |
| Phoenix Medical Director - Fees | 1,900.47 |
| Salary - Pilgrim Medical Center | 11,531.72 |
| **Total Income** | 53,131.84 |
| **Gross Profit** | 53,131.84 |
| **Expense** | |
| **Food, Clothing, Hygiene** | |
| Food | 1,643.67 |
| Hygiene | 277.46 |
| **Total Food, Clothing, Hygiene** | 1,921.13 |
| **Interest Expense** | |
| LOC | 588.80 |
| **Total Interest Expense** | 588.80 |
| Meals and Entertainment | 408.42 |
| Mortgage - M&T Bank | 7,437.69 |
| Personal Gifts | 310.00 |
| **Real Estate Taxes** | |
| Wyckoff, NJ | 3,915.94 |
| **Total Real Estate Taxes** | 3,915.94 |
| Rental Expense | 200.00 |
| Repairs and Maintenance | 353.43 |
| Travel Expense | 453.80 |
| Utilities | 626.57 |
| **Total Expense** | 16,215.78 |
| **Net Ordinary Income** | 36,916.06 |
| **Net Income** | 36,916.06 |