UNITED STATES BANKRUPTCY COURT
DISTRICT OF _____

In re Nicholas V. Campanella
Debtor

Case No. 16-21185-VFP
Reporting Period: November, 2016

Social Security # xxx-xx-1243
(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | Yes | No |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | Yes | Yes |
| Copies of bank statements | | Yes | Yes |
| Disbursement Journal | MOR-2 (INDV) | Yes | No |
| Balance Sheet | MOR-3 (INDV) | No | No |
| Copies of tax returns filed during reporting period | | No | No |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | Yes | No |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | No | No |
| Debtor Questionnaire | MOR-6 (INDV) | Yes | No |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _____/s/ Nicholas V. Campanella_____    Date 6/19/17

Signature of Joint Debtor _____    Date _____

FORM MOR (INDV)
2/2008
PAGE 1 OF 8

In re Nicholas V. Campanella  
Debtor

Case No. 16-21185-VFP  
Reporting Period: xxx-xx-1243

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | $ 157,545.49 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | $ 11,531.72 | $60,293.46 |
| **Interest and Dividend Income** | 5.34 | $25.88 |
| Alimony and Child Support |  |  |
| Social Security and Pension Income |  |  |
| Sale of Assets |  |  |
| Other Income (attach schedule) | $28,580.92 | $255,314.63 |
| **Total Receipts** | $ 40,117.98 | $315,633.97 |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | $7,437.69 | $37,188.45 |
| Rental Payment(s) | $200.00 | $1,000.00 |
| **Other Secured Note Payments** | $608.43 | $3,627.04 |
| Utilities | $1,138.49 | $5,238.57 |
| Insurance |  |  |
| Auto Expense |  | $48.00 |
| Lease Payments |  |  |
| IRA Contributions |  |  |
| Repairs and Maintenance |  | $146.53 |
| Medical Expenses |  | $104.80 |
| Food, Clothing, Hygiene | $1,565.23 | $7,681.11 |
| Charitable Contributions |  | $15.00 |
| Alimony and Child Support Payments |  |  |
| Taxes - Real Estate |  | $7,876.87 |
| Taxes - Personal Property |  |  |
| Taxes - Other (attach schedule) |  | $80,000.00 |
| Travel and Entertainment | $966.82 | $3,295.81 |
| Gifts | $300.00 | $12,310.00 |
| Other (attach schedule) | $33,092.86 | $75,715.46 |
| **Total Ordinary Disbursements** | $45,309.52 | $234,247.64 |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  |  |
| U. S. Trustee Fees |  |  |
| Other Reorganization Expenses (attach schedule) |  |  |
| **Total Reorganization Items** |  |  |
|  |  |  |
| **Total Disbursements** (Ordinary + Reorganization) | $ 45,309.52 | $234,247.64 |
|  |  |  |
| **Net Cash Flow** (Total Receipts - Total Disbursements) | (5,191.54) | $81,386.33 |

| In re Nicholas V. Campanella | Case No. 16-21185-VFP |
|---|---|
| Debtor | Reporting Period: xxx-xx-1243 |
| Cash - End of Month *(Must equal reconciled bank statement)* | $ 152,353.95 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Legal order reversal | | $274.28 |
| Legal order reversal | | $125.00 |
| Bank transfer to close previous account | | $350.00 |
| Medical Insurance Refund | | $153.77 |
| Credit Card Activitiy | $179.09 | $2,858.78 |
| Rent belonging to MCN Properties - deposited by mistake | | $39,781.09 |
| Phoenix Medical Director Fees for Dr. Campanella | $1,900.43 | $46,556.17 |
| Distribution from Montclair Physicians Group, LLC | | $97,050.00 |
| Distribution from Affliates | $26,501.40 | $68,165.54 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Gina Campanella - reimbursement of expenses | | $150.00 |
| Gina Campanella - reimbursement of expenses | | $320.00 |
| Credit Cards Payable | | $1,465.65 |
| Repairs & Maintenance | $11.84 | $365.27 |
| Family Contribution to Gina from Marie | | $40,000.00 |
| Charitable Contributions | $250.00 | $250.00 |
| Capital Contribution to MCN Properties | $30,000.00 | $30,000.00 |
| Family Contribution to Joseph from Marie | $2,831.02 | $2,831.02 |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | $45,129.83 |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $45,129.83 |

In re <u>Nicholas V. Campanella</u>      Case No. <u>16-21185-VFP</u>
   Debtor     Reporting Period: <u>xxx-xx-1243</u>

# DISBURSEMENT JOURNAL

## CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 10/27/16 | PSE&G | Utilities | $ 235.06 |
| 10/28/16 | Ridgewood Water Dept | Utilities | $ 466.43 |
| 10/28/16 | Verizon | Utilities | $ 234.04 |
| 10/28/16 | Joseph Alfano | Rent | $ 200.00 |
| 11/01/16 | Joseph Alfano | Family Contribution | $ 2,831.02 |
| 11/11/16 | Cristian Hyde | Personal Gifts | $ 300.00 |
| 11/16/16 | Hassan | Travel & Entertainm | $ 64.80 |
| 11/17/16 | Verizon | Utilities | $ 202.96 |
| 11/18/16 | Chase Card Services | Chase | $ 300.00 |
| | Total Cash Disbursements | | $ 4,834.31 |

## BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|---|---|---|---|---|
| 10/26/16 | MCN Properties | Capital Contribution | $ 30,000.00 | 625 |
| 10/27/16 | BOA Line of Credit | LOC Interest | $ 608.43 | 629 |
| 10/27/16 | Wyckoff Protection Fire Co #1 | Charitable Contribut | $ 50.00 | 626 |
| 10/28/16 | St. Hubert's Animal | Charitable Contribut | $ 50.00 | 627 |
| 10/29/16 | Friends of the Wyckoff Library | Charitable Contribut | $ 100.00 | 631 |
| 10/29/16 | Manasquan First Aid | Charitable Contribut | $ 50.00 | 628 |
| 11/17/16 | M&T Bank | Mortgage | $ 7,437.69 | 634 |
| | Total Bank Account Disbursements | | $ 38,296.12 | |

| Total Disbursements for the Month | $ 43,130.43 |
|---|---|

Nicholas V. Campanella  
Debtor

Case No. 16-21185-VFP  
Reporting Period: xxx-xx-1243

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $0.00 | $4,942.11 | $4,942.11 | | | $0.00 |
| FICA-Employee | $0.00 | $348.00 | $348.00 | | | $0.00 |
| FICA-Employer | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Unemployment | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Income | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Other: | | | | | | |
| Total Federal Taxes | $0.00 | $5,290.11 | $5,290.11 | | | $0.00 |
| **State and Local** | | | | | | |
| Withholding | $0.00 | $1,412.31 | $1,412.31 | | | $0.00 |
| Sales | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Excise | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Unemployment | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Real Property | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Personal Property | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Other: | | | | | | |
| Total State and Local | | $1,412.31 | $1,412.31 | | | |
| **Total Taxes** | $0.00 | $6,702.42 | $6,702.42 | | | $0.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 0 | | | | | 0 |
| Wages Payable | 0 | | | | | 0 |
| Taxes Payable | 0 | | | | | 0 |
| Rent/Leases-Building | 0 | | | | | 0 |
| Rent/Leases-Equipment | 0 | | | | | 0 |
| Secured Debt/Adequate Protection Payments | 0 | | | | | $0.00 |
| Professional Fees | 0 | | | | | 0 |
| Amounts Due to Insiders* | 0 | | | | | 0 |
| Other:   Condo Fees | | | | | | |
| Other:  Mortgage | | | | | | |
| **Total Postpetition Debts** | 0 | | | | | $0.00 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4  
(04/07)

In re <u>Nicholas V. Campanella</u>  Case No. <u>16-21185-VFP</u>
     Debtor  Reporting Period: <u>November, 2016</u>

## DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2. Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3. Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4. Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6. Are any post petition State or Federal income taxes past due? | | X |
| 7. Are any post petition real estate taxes past due? | | X |
| 8. Are any other post petition taxes past due? | | X |
| 9. Have any pre-petition taxes been paid during this reporting period? | | X |
| 10. Are any amounts owed to post petition creditors delinquent? | | X |
| 11. Have any post petition loans been been received by the Debtor from any party? | | X |
| 12. Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13. Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

# Bank of America

P.O. Box 15284
Wilmington, DE 19850

NICHOLAS CAMPANELLA
MARIE T CAMPANELLA
384 SUNSET BLVD
WYCKOFF, NJ 07481-2420

**Customer service information**

- Customer service: 1.800.432.1000
- TDD/TTY users only: 1.800.288.4408
- En Español: 1.800.688.6086
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

## Your combined statement

for October 26, 2016 to November 23, 2016

| Your deposit accounts | Account/plan number | Ending balance | Details on |
|---|---|---:|---|
| Adv Tiered Interest Chkg | 0038 1686 0198 | $0.00 | Page 3 |
| BofA Core Checking | 0040 9021 1159 | $23,201.79 | Page 5 |
| Rewards Money Market Sav | 0040 9020 5922 | $129,152.16 | Page 7 |
| **Total balance** | | **$152,353.95** | |

### Manage your competing financial goals

Get tips and insights on how to invest for retirement when other financial priorities compete at **merrilledge.com/competinggoals**



Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center™ (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of Bank of America Corporation. Banking products are provided by Bank of America, N.A. and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

| Investment products: | **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value** | SSM-08-16-0068.B | ARVHXMX9 |



**Your checking account**

Account number         ¡ 0198

# Your Adv Tiered Interest Chkg

**NICHOLAS CAMPANELLA    MARIE T CAMPANELLA**

## Account summary

| | |
|---|---:|
| Beginning balance on October 26, 2016 | $0.00 |
| Deposits and other additions | 0.00 |
| Withdrawals and other subtractions | -0.00 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on November 23, 2016** | **$0.00** |

*Interest Paid Year To Date: $0.43.*

---

**Let's use all our connections to fight hunger**

**Go to bankofamerica.com/fighthunger to donate and encourage your friends to do the same.**

FEEDING AMERICA    GIVE

For every $1 you donate, we'll give $2 more.

*All donations, including the Bank of America Foundation's matching donations, will go to the Feeding America network (the Feeding America National Office, or affiliated local food banks). For individual donations made to Feeding America through the Give a Meal℠ program before December 31, 2016, the Foundation will match each donation (up to $1,000 per donor) two-to-one, with a maximum total Foundation donation of up to $50,000 to any individual local food bank and an aggregate maximum Foundation donation of up to $1,500,000 for all Feeding America programs. Bank of America, N.A. Member FDIC. ©2016 Bank of America Corporation    SSM-08-16-0100.B | ARBPSDKK*



Your checking account

Account number    1 1159

# Your BofA Core Checking
# Preferred Rewards Platinum Honors

MARIE T CAMPANELLA

## Account summary

| | |
|---|---|
| Beginning balance on October 26, 2016 | $58,398.67 |
| Deposits and other additions | 37,933.55 |
| Withdrawals and other subtractions | -34,534.31 |
| Checks | -38,596.12 |
| Service fees | -0.00 |
| **Ending balance on November 23, 2016** | **$23,201.79** |

Your account has overdraft protection provided by deposit account number 0040 9020 5922.

## Deposits and other additions

| Date | Description | | | Amount |
|---|---|---|---|---|
| 11/02/16 | PILGRIM MEDICAL DES:DIRECT DEP ID:925601218238GH8 INDN:CAMPANELLA,MARIE CO ID:9111111101 PPD | | | 5,765.86 |
| 11/02/16 | PHOENIX HEALTH M DES:QUICKBOOKS ID:XXXXXXXXX INDN:CAMPANELLA, M.D., NICH CO ID:1722616653 PPD | | | 950.21 |
| 11/03/16 | BKOFAMERICA MOBILE 11/03 3492593726 DEPOSIT | *MOBILE | NJ | 1,925.00 |
| 11/14/16 | BKOFAMERICA MOBILE 11/14 3495953137 DEPOSIT | *MOBILE | NJ | 15,507.02 |
| 11/14/16 | BKOFAMERICA MOBILE 11/14 3495963044 DEPOSIT | *MOBILE | NJ | 5,000.00 |
| 11/14/16 | BKOFAMERICA MOBILE 11/14 3495952614 DEPOSIT | *MOBILE | NJ | 10.87 |
| 11/15/16 | BKOFAMERICA MOBILE 11/16 3496395046 DEPOSIT | *MOBILE | NJ | 1,575.00 |
| 11/16/16 | PILGRIM MEDICAL DES:DIRECT DEP ID:940501448437GH8 INDN:CAMPANELLA,MARIE CO ID:9111111101 PPD | | | 5,765.86 |
| 11/16/16 | PHOENIX HEALTH M DES:QUICKBOOKS ID:XXXXXXXXX INDN:CAMPANELLA, M.D., NICH CO ID:1722616653 PPD | | | 950.22 |
| 11/22/16 | BKOFAMERICA MOBILE 11/22 3498271385 DEPOSIT | *MOBILE | NJ | 483.51 |
| **Total deposits and other additions** | | | | **$37,933.55** |



**Your savings account**

Account number: 5922

# Your Rewards Money Market Sav
# Preferred Rewards Platinum Honors

MARIE T CAMPANELLA

## Account summary

| | |
|---|---:|
| Beginning balance on October 26, 2016 | $99,146.82 |
| Deposits and other additions | 30,005.34 |
| Withdrawals and other subtractions | -0.00 |
| Service fees | -0.00 |
| **Ending balance on November 23, 2016** | **$129,152.16** |

*Annual Percentage Yield Earned this statement period: 0.06%.*
*Interest Paid Year To Date: $39.07.*

## Deposits and other additions

| Date | Description | Amount |
|---|---|---:|
| 11/04/16 | Online Banking transfer from CHK 1159 Confirmation# 2525604649 | 10,000.00 |
| 11/15/16 | Online Banking transfer from CHK 1159 Confirmation# 3323116727 | 20,000.00 |
| 11/23/16 | Interest Earned | 5.34 |
| **Total deposits and other additions** | | **$30,005.34** |

5:24 PM
06/15/17
Accrual Basis

# Nicholas V. Campanella or Marie Campanella
## Profit & Loss
### October 26 through November 23, 2016

|  | Oct 26 - Nov 23, 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Interest Income | 5.34 |
| Other Income | 26,501.40 |
| Phoenix Medical Director - Fees | 1,900.43 |
| Salary - Pilgrim Medical Center | 11,531.72 |
| **Total Income** | 39,938.89 |
| **Gross Profit** | 39,938.89 |
| **Expense** | |
| Charitable Contributions | 250.00 |
| Food, Clothing, Hygiene | |
|   Clothing | 278.99 |
|   Food | 880.24 |
|   Hygiene | 406.00 |
| **Total Food, Clothing, Hygiene** | 1,565.23 |
| Interest Expense | |
|   LOC | 608.43 |
| **Total Interest Expense** | 608.43 |
| Meals and Entertainment | 966.82 |
| Mortgage - M&T Bank | 7,437.69 |
| Personal Gifts | 300.00 |
| Rent Expense | 200.00 |
| Repairs and Maintenance | 11.84 |
| Utilities | 1,138.49 |
| **Total Expense** | 12,478.50 |
| **Net Ordinary Income** | 27,460.39 |
| **Net Income** | 27,460.39 |

## Payroll Details

| Description | Hours and Earnings | | | Taxes/Deductions | | | Employer Liability | |
|---|---|---|---|---|---|---|---|---|
| | Hours | Rate | Amount | Deduction | Amount | Tax | Amount | Liability | Net Pay | Amount |

**Pay Frequency:** Biweekly
**Department:** 800 - Staff
**Employee:** Campanella, Marie     SSN: xxx-xx-9008

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 24,000.00 | | | FED FIT | 4,942.11 | | 17,297.58 | FED MEDCARE-ER | 348.00 |
| | 0.00 | | 24,000.00 | | | FED MEDCARE | 348.00 | | | | 348.00 |
| | | | | | | NJ SIT | 1,412.31 | | | | |
| | | | | | | | 6,702.42 | | | | |

Check Date: 11/02/2016 / Direct Deposit / Checking / Account No: XXXXXXXX1159   $5,765.86
Check Date: 11/16/2016 / Direct Deposit / Checking / Account No: XXXXXXXX1159   $5,765.86
Check Date: 11/30/2016 / Direct Deposit / Checking / Account No: XXXXXXXX1159   $5,765.86

**Department Totals: 800 - Staff**

| Regular | 0.00 | | $24,000.00 | | | FED FIT | $4,942.11 | | $17,297.58 | FED MEDCARE-ER | $348.00 |
| | 0.00 | | $24,000.00 | | | FED | $348.00 | | | | $348.00 |
| | | | | | | MEDCARE | | | | | |
| | | | | | | NJ SIT | $1,412.31 | | | | |
| | | | | | | | $6,702.42 | | | | |

**Total Employees - 800 - Staff: 1**
**Pay Frequency Totals: Biweekly**

| Regular | 0.00 | | $24,000.00 | | | FED FIT | $4,942.11 | | $17,297.58 | FED MEDCARE-ER | $348.00 |
| | 0.00 | | $24,000.00 | | | FED | $348.00 | | | | $348.00 |
| | | | | | | MEDCARE | | | | | |
| | | | | | | NJ SIT | $1,412.31 | | | | |
| | | | | | | | $6,702.42 | | | | |

**Total Employees - Biweekly: 1**
**Company Totals:**

| Regular | 0.00 | | $24,000.00 | | | FED FIT | $4,942.11 | | $17,297.58 | FED MEDCARE-ER | $348.00 |
| | 0.00 | | $24,000.00 | | | FED | $348.00 | | | | $348.00 |
| | | | | | | MEDCARE | | | | | |
| | | | | | | NJ SIT | $1,412.31 | | | | |
| | | | | | | | $6,702.42 | | | | |

**Total Employees - Company: 1**

Company: Pilgrim Medical Group Inc                                               1 of 1             Date Printed: 06/15/2017 16:08
Check dates from: 11/2/2016 - Payroll 1 to: 11/30/2016 - Payroll 1                                                 22737851 - RZ/GH8
Pay Period from: 10/01/2016 to: 11/27/2016