UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re Nicholas V. Campanella
    Debtor

Case No. 16-21185-VFP
Reporting Period: December, 2016

Social Security # xxx-xx-1243
(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | Yes | No |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | Yes | Yes |
| Copies of bank statements | | Yes | Yes |
| Disbursement Journal | MOR-2 (INDV) | Yes | No |
| Balance Sheet | MOR-3 (INDV) | No | No |
| Copies of tax returns filed during reporting period | | No | No |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | Yes | No |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | No | No |
| Debtor Questionnaire | MOR-6 (INDV) | Yes | No |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _____ Date 6/19/17

Signature of Joint Debtor _____ Date _____

In re <u>Nicholas V. Campanella</u>  Case No. <u>16-21185-VFP</u>
<u>Debtor</u>  Reporting Period: <u>xxx-xx-1243</u>

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | $ 152,353.95 | |
| **RECEIPTS** | | |
| Wages (Net) | $ 11,531.72 | $71,825.18 |
| **Interest and Dividend Income** | 5.03 | $30.91 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | $18,190.24 | $273,504.87 |
| **Total Receipts** | $ 29,726.99 | $345,360.96 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | $7,465.79 | $44,654.24 |
| Rental Payment(s) | $285.00 | $1,285.00 |
| **Other Secured Note Payments** | $588.81 | $4,215.85 |
| Utilities | $883.86 | $6,122.43 |
| Insurance | | |
| Auto Expense | | $48.00 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | $146.53 |
| Medical Expenses | $179.68 | $284.48 |
| Food, Clothing, Hygiene | $1,277.43 | $8,958.54 |
| Charitable Contributions | | $15.00 |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | $7,876.87 |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | $80,000.00 |
| Travel and Entertainment | $327.14 | $3,622.95 |
| Gifts | $42,555.52 | $54,865.52 |
| Other *(attach schedule)* | $13,124.75 | $88,840.21 |
| **Total Ordinary Disbursements** | $66,687.98 | $300,935.62 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | . | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | | |
| | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | $ 66,687.98 | $300,935.62 |
| | | |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | (36,960.99) | $44,425.34 |

| In re Nicholas V. Campanella | Case No. 16-21185-VFP |
|---|---|
| Debtor | Reporting Period: xxx-xx-1243 |

| Cash - End of Month *(Must equal reconciled bank statement)* | $ 115,392.96 | |
|---|---|---|

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Legal order reversal | | $274.28 |
| Legal order reversal | | $125.00 |
| Bank transfer to close previous account | | $350.00 |
| Medical Insurance Refund | | $153.77 |
| Credit Card Activitiy | | $2,858.78 |
| Rent belonging to MCN Properties - deposited by mistake | | $39,781.09 |
| Phoenix Medical Director Fees for Dr. Campanella | $950.24 | $47,506.41 |
| Distribution from Montclair Physicians Group, LLC | | $97,050.00 |
| Distribution from Affliates | $17,240.00 | $85,405.54 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Gina Campanella - reimbursement of expenses | | $150.00 |
| Gina Campanella - reimbursement of expenses | | $320.00 |
| Credit Cards Payable | $843.73 | $2,309.38 |
| Repairs & Maintenance | | $365.27 |
| Family Contribution to Gina from Marie | | $40,000.00 |
| Charitable Contributions | $450.00 | $700.00 |
| Capital Contribution to MCN Properties | | $30,000.00 |
| Pilgrim Medical - Loan | $9,000.00 | $9,000.00 |
| Family Contribution to Joseph from Marie | $2,831.02 | $5,662.04 |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| **TOTAL DISBURSEMENTS** | $66,508.29 |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |

In re <u>Nicholas V. Campanella</u>　　　　　　　　　　　Case No. <u>16-21185-VFP</u>
　　　　<u>Debtor</u>　　　　　　　　　　　　　　　　Reporting Period: <u>xxx-xx-1243</u>

| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $66,508.29 |
|---|---|

In re Nicholas V. Campanella  
Debtor

Case No. 16-21185-VFP  
Reporting Period: xxx-xx-1243

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 11/29/16 | Verizon | Utilities | $ 234.04 |
| 11/30/16 | Chase Card Services | Chase | $ 500.00 |
| 11/30/16 | Joseph Alfano | Rent | $ 200.00 |
| 12/1/16 | Joseph Alfano | Family Contribution | $ 2,831.02 |
| 12/2/16 | PSE&G | Utilities | $ 170.36 |
| 12/5/16 | Joseph Alfano | Rent | $ 20.00 |
| 12/5/16 | Joseph Alfano | Rent | $ 60.00 |
| 12/5/16 | Joseph Alfano | Rent | $ 5.00 |
| 12/6/16 | Paypal | Entertainment | $ 14.50 |
| 12/14/16 | Chase Card Services | Chase | $ 2,000.00 |
| 12/21/16 | Verizon | Utilities | $ 202.96 |
| | **Total Cash Disbursements** | | **$ 6,237.88** |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|---|---|---|---|---|
| 11/29/16 | Associated Family | Medical | $ 169.00 | 583 |
| 12/1/16 | BOA Loc | Line of Credit | $ 588.81 | 633 |
| 11/29/16 | Borough of Sea Girt | Utilities | $ 276.50 | 635 |
| 12/1/16 | Elissa Hyde | Gifts | $ 14,000.00 | 636 |
| 12/1/16 | Cinna Hyde | Gifts | $ 14,000.00 | 637 |
| 12/1/16 | Julia Coppo | Gifts | $ 14,000.00 | 638 |
| 12/8/16 | M&T Bank | Mortgage | $ 7,465.79 | 639 |
| 12/8/16 | Kids Helping Kids | Contribution | $ 450.00 | 640 |
| 12/9/16 | Norma & Carmine Alfano | Gifts | $ 500.00 | 642 |
| 12/19/16 | Pilgrim Medical Center | Loan | $ 9,000.00 | 646 |
| | **Total Bank Account Disbursements** | | **$ 60,450.10** | |

| | | | |
|---|---|---|---|
| | **Total Disbursements for the Month** | | **$ 66,687.98** |

Nicholas V. Campanella
Debtor

Case No. 16-21185-VFP
Reporting Period: xxx-xx-1243

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $0.00 | $3,294.74 | $3,294.74 | | | $0.00 |
| FICA-Employee | $0.00 | $232.00 | $232.00 | | | $0.00 |
| FICA-Employer | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Unemployment | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Income | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Other: | | | | | | |
| Total Federal Taxes | $0.00 | $3,526.74 | $3,526.74 | | | $0.00 |
| **State and Local** | | | | | | |
| Withholding | $0.00 | $941.54 | $941.54 | | | $0.00 |
| Sales | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Excise | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Unemployment | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Real Property | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Personal Property | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Other: | | | | | | |
| Total State and Local | | $941.54 | $941.54 | | | |
| **Total Taxes** | $0.00 | $4,468.28 | $4,468.28 | | | $0.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 0 | | | | | 0 |
| Wages Payable | 0 | | | | | 0 |
| Taxes Payable | 0 | | | | | 0 |
| Rent/Leases-Building | 0 | | | | | 0 |
| Rent/Leases-Equipment | 0 | | | | | 0 |
| Secured Debt/Adequate Protection Payments | 0 | | | | | $0.00 |
| Professional Fees | 0 | | | | | 0 |
| Amounts Due to Insiders* | 0 | | | | | 0 |
| Other:  Condo Fees | | | | | | |
| Other:  Mortgage | | | | | | |
| **Total Postpetition Debts** | 0 | | | | | $0.00 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(04/07)

In re <u>Nicholas V. Campanella</u>  
      **Debtor**

Case No. <u>16-21185-VFP</u>  
Reporting Period: <u>December, 2016</u>

# DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 | Are any post petition State or Federal income taxes past due? | | X |
| 7 | Are any post petition real estate taxes past due? | | X |
| 8 | Are any other post petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

MARIE T CAMPANELLA
384 SUNSET BLVD
WYCKOFF, NJ 07481-2420

Preferred Rewards

**Customer service information**

1.888.888.RWDS (1.888.888.7937)
TDD/TTY users only: 1.800.288.4408
En Español: 1.800.688.6086
bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Please see the Account Changes section of your statement for details regarding important changes to your account.

# Your BofA Core Checking
# Preferred Rewards Platinum Honors

for November 24, 2016 to December 23, 2016                    Account number:           1159
**MARIE T CAMPANELLA**

## Account summary

| | |
|---|---:|
| Beginning balance on November 24, 2016 | $23,201.79 |
| Deposits and other additions | 71,371.96 |
| Withdrawals and other subtractions | -20,237.88 |
| Checks | -60,450.10 |
| Service fees | -0.00 |
| **Ending balance on December 23, 2016** | **$13,885.77** |

*Your account has overdraft protection provided by deposit account number 0040 9020 5922.*



### Thank you for being a Preferred Rewards client

We're offering tips to help you earn and save more during the holidays and in the new year. Get your tips at **bankofamerica.com/getmorerewards** or call 888.888.RWDS (888.888.7937) to speak to a specialist.

Bank of America, N.A. Member FDIC. ©2016 Bank of America Corporation                    SSM-08-16-0096.B | AR6MJK4

**Bank of America**

**Your checking account**

MARIE T CAMPANELLA  |  Account # '159  |  November 24, 2016 to December 23, 2016

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 11/29/16 | Online Banking transfer from SAV 5922 Confirmation# 2444301305 | 42,000.00 |
| 11/30/16 | PILGRIM MEDICAL DES:DIRECT DEP ID:675046360538GH8 INDN:CAMPANELLA,MARIE CO ID:9111111101 PPD | 5,765.86 |
| 11/30/16 | PHOENIX HEALTH M DES:QUICKBOOKS ID:XXXXXXXXX INDN:CAMPANELLA, M.D., NICH CO ID:1722616653 PPD | 950.24 |
| 12/05/16 | BKOFAMERICA MOBILE 12/03 3501630741 DEPOSIT     *MOBILE    NJ | 8,550.00 |
| 12/14/16 | PILGRIM MEDICAL DES:DIRECT DEP ID:935301680013GH8 INDN:CAMPANELLA,MARIE CO ID:9111111101 PPD | 5,765.86 |
| 12/19/16 | BKOFAMERICA MOBILE 12/17 3506125541 DEPOSIT    *MOBILE    NJ | 8,340.00 |
| **Total deposits and other additions** | | **$71,371.96** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 11/29/16 | VERIZON COMMUNICATIONS Bill Payment | -234.04 |
| 11/30/16 | CHASE CREDIT CARDS Bill Payment | -500.00 |
| 11/30/16 | Online scheduled transfer to CHK 2412 Confirmation# 1098532397 | -200.00 |
| 12/01/16 | TFCU/Joseph Alfano Bill Payment | -2,831.02 |
| 12/02/16 | PSE&G     Bill Payment | -170.36 |
| 12/05/16 | Online Banking transfer to CHK 2412 Confirmation# 3480481780 | -20.00 |
| 12/05/16 | Online Banking transfer to CHK 2412 Confirmation# 3394226936 | -60.00 |
| 12/05/16 | Online Banking transfer to CHK 2412 Confirmation# 3296421879 | -5.00 |
| 12/06/16 | PAYPAL       DES:INST XFER ID:TWEENBRANDS INDN:MARIE CAMPANELLA CO ID:PAYPALSI77 WEB | -14.50 |
| 12/07/16 | Online Banking transfer to SAV 5922 Confirmation# 2411153479 | -14,000.00 |
| 12/14/16 | CHASE CREDIT CARDS Bill Payment | -2,000.00 |
| 12/21/16 | VERIZON COMMUNICATIONS Bill Payment | -202.96 |
| **Total withdrawals and other subtractions** | | **-$20,237.88** |

Tell us what you're thinking

Join the **Bank of America® Advisory Panel.** You'll help us learn what we're doing right and what we can do better. And, just for joining, you'll be entered into a drawing for a chance to win a $3,000 Visa® gift card.

To learn more and join, enter code CADD at **bankofamerica.com/advisorypanel.**

No purchase necessary. Sweepstakes ends 02/28/17. Open to all U.S. residents, 18 years of age or older. For official rules and entry go to bankofamerica.com/advisorypanel. Void where prohibited.

SSM-09-16-0091.B  |  ARFPV669

## Account Changes

We want to make sure you stay up-to-date on changes to your accounts.

**Reminder about overdraft policies for your account (this is not a change).**

These are important things you should know about debit card transactions and how your account can become overdrawn. This does not change your debit card, the overdraft policies on your debit card, or the agreements governing your account. Instead this is a reminder intended to help you avoid overdraft fees on recurring debit card transactions.

**Knowing how debit card transactions work is important to help avoid overdrafts and overdraft fees**

**How debit card transactions work**

1. First, you authorize a transaction.

    A transaction is authorized when a merchant with whom you use your card or to whom you previously provided your information asks Bank of America to approve a transaction you want to make. At this time, in order for the transaction to go through, Bank of America must promise the merchant to pay for the purchase upon the merchant's request.

2. Next, we may place a hold on the funds.

    A hold immediately reduces the available funds in your account by the amount of the authorization request. If, while the hold is in place, you do not have enough available funds in your account to cover other transactions you may have conducted (such as a check you previously wrote), those items may overdraw your account or be returned unpaid.

    In most cases, the hold expires when the transaction is paid.

    The amount being held is not applied to the debit card transaction or to any specific transaction. If the hold expires and the transaction has not been paid, the amount being held is returned to your available funds. After the hold expires, we determine whether you have sufficient funds available to pay the debit card transaction. If you do not have sufficient funds, the debit transaction will cause you to overdraw and, if it is a recurring transaction, may incur an overdraft fee. This can occur even if your account did have sufficient available funds when the merchant requested authorization.

3. Finally, we pay the transaction.

    Your transaction is paid when the merchant presents it to Bank of America for payment — that is, when the merchant asks us to transfer the funds from your account to the merchant. It is important to note that authorization and payment of debit card transactions do not occur simultaneously — there can be days between.

    If other account activity has caused the funds available in your account to drop below zero before the debit card transaction is paid, you may no longer have sufficient funds to pay the merchant. If that occurs, the debit card transaction will overdraw your account because we must honor our promise to pay the merchant.

    - Your available funds may change between the time you authorize a transaction and when the transaction is paid. For example, on Monday we authorize a debit card transaction because you have enough available funds at the time. A hold is then placed on your funds until the merchant presents the transaction for payment. On Tuesday we process and post another transaction (such as a check you wrote) that reduces your available funds below zero. If the merchant presents the original debit card transaction for payment on Wednesday, and your available funds are now below the amount needed to pay the transaction, the debit card transaction will overdraw your account and you may incur an overdraft fee.
    - Bank of America does not charge overdraft fees for every type of transaction. If the debit card transaction described in the example is an everyday, non-recurring transaction (such as a one-time purchase of groceries), we will not charge you an overdraft fee. However, if the transaction is recurring, (such as a monthly gym membership) you may incur an overdraft fee. The Personal Schedule of Fees and Deposit Agreement for your account provide more information about Bank of America's overdraft fees.

Continued on next page

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

MARIE T CAMPANELLA
384 SUNSET BLVD
WYCKOFF, NJ 07481-2420

Preferred Rewards

**Customer service information**

1.888.888.RWDS (1.888.888.7937)
TDD/TTY users only: 1.800.288.4408
En Español: 1.800.688.6086
bankofamerica.com
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Rewards Money Market Sav
# Preferred Rewards Platinum Honors

for November 24, 2016 to December 23, 2016

**MARIE T CAMPANELLA**

Account number:    5922

## Account summary

| | |
|---|---:|
| Beginning balance on November 24, 2016 | $129,152.16 |
| Deposits and other additions | 14,355.03 |
| Withdrawals and other subtractions | -42,000.00 |
| Service fees | -0.00 |
| **Ending balance on December 23, 2016** | **$101,507.19** |

*Annual Percentage Yield Earned this statement period: 0.06%.*
*Interest Paid Year To Date: $44.10.*

---

**Bank of America**
Preferred Rewards

## Thank you for being a
## Preferred Rewards client

We're offering tips to help you earn and save more during the holidays and in the new year. Get your tips at **bankofamerica.com/getmorerewards** or call 888.888.RWDS (888.888.7937) to speak to a specialist.

Bank of America, N.A. Member FDIC. ©2016 Bank of America Corporation              SSM-08-16-0096.B | ARJ6MTK4

# Bank of America

**Your savings account**

MARIE T CAMPANELLA | Account # 7922 | November 24, 2016 to December 23, 2016

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 12/05/16 | Online Banking transfer from CHK 2412 Confirmation# 1496424419 | 350.00 |
| 12/07/16 | Online Banking transfer from CHK 1159 Confirmation# 2411153479 | 14,000.00 |
| 12/23/16 | Interest Earned | 5.03 |
| **Total deposits and other additions** | | **$14,355.03** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 11/29/16 | Online Banking transfer to CHK 1159 Confirmation# 2444301305 | -42,000.00 |
| **Total withdrawals and other subtractions** | | **-$42,000.00** |

**Tell us what you're thinking**

Join the **Bank of America® Advisory Panel.** You'll help us learn what we're doing right and what we can do better. And, just for joining, you'll be entered into a drawing for a chance to win a $3,000 Visa® gift card.

To learn more and join, enter code CADD at **bankofamerica.com/advisorypanel.**

No purchase necessary. Sweepstakes ends 02/28/17. Open to all U.S. residents, 18 years of age or older. For official rules and entry go to bankofamerica.com/advisorypanel. Void where prohibited.

SSM-09-16-0091.B | ARFPV669

5:44 PM
06/15/17
Accrual Basis

# Nicholas V. Campanella or Marie Campanella
## Profit & Loss
### November 24 through December 23, 2016

|  | Nov 24 - Dec 23, 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Interest Income | 5.03 |
| Other Income | 17,240.00 |
| Phoenix Medical Director - Fees | 950.24 |
| Salary - Pilgrim Medical Center | 11,531.72 |
| **Total Income** | 29,726.99 |
| **Gross Profit** | 29,726.99 |
| **Expense** | |
| Charitable Contributions | 450.00 |
| Food, Clothing, Hygiene | |
| Clothing | 212.42 |
| Food | 831.01 |
| Hygiene | 234.00 |
| **Total Food, Clothing, Hygiene** | 1,277.43 |
| Interest Expense | |
| LOC | 588.81 |
| **Total Interest Expense** | 588.81 |
| Loan Receivable - Pilgrim Medic | 9,000.00 |
| Meals and Entertainment | 207.94 |
| Medical Expenses | 179.68 |
| Mortgage - M&T Bank | 7,465.79 |
| Personal Gifts | 42,555.52 |
| Rental Expense | 285.00 |
| Travel Expense | 119.20 |
| Utilities | 883.86 |
| **Total Expense** | 63,013.23 |
| **Net Ordinary Income** | -33,286.24 |
| **Net Income** | -33,286.24 |

Page 1

## Payroll Details

| Description | Hours and Earnings | | Taxes | | Deductions | | Employer Liability | |
|---|---|---|---|---|---|---|---|---|
| | Hours/Rate | Amount | Tax | Amount | Deduction | Amount | Liability | Amount |

**Pay Frequency:** Biweekly
**Department:** 800 - Staff
**Employee:** Campanella, Marie    **SSN:** xxx-xx-9008

| Regular | 0.00 | 16,000.00 | FED FIT | 3,294.74 | | | | |
| | 0.00 | 16,000.00 | FED MEDCARE | 232.00 | | | FED MEDCARE-ER | 232.00 |
| | | | NJ SIT | 941.54 | | | | 232.00 |
| | | | | 4,468.28 | | | | |

Check Date: 11/30/2016 / Direct Deposit / Checking / Account No: XXXXXXXXX1159   $5,765.86
Check Date: 12/14/2016 / Direct Deposit / Checking / Account No: XXXXXXXXX1159   $5,765.86

**Department Totals: 800 - Staff**

| Regular | 0.00 | $16,000.00 | FED FIT | $3,294.74 | | | | |
| | 0.00 | $16,000.00 | FED MEDCARE | $232.00 | | | FED MEDCARE-ER | $232.00 |
| | | | NJ SIT | $941.54 | | | | $232.00 |
| | | | | $4,468.28 | | | | |

**Total Employees - 800 - Staff: 1**
**Pay Frequency Totals: Biweekly**

| Regular | 0.00 | $16,000.00 | FED FIT | $3,294.74 | | | | |
| | 0.00 | $16,000.00 | FED MEDCARE | $232.00 | | | FED MEDCARE-ER | $232.00 |
| | | | NJ SIT | $941.54 | | | | $232.00 |
| | | | | $4,468.28 | | | | |

**Total Employees - Biweekly: 1**
**Company Totals:**

| Regular | 0.00 | $16,000.00 | FED FIT | $3,294.74 | | | | |
| | 0.00 | $16,000.00 | FED MEDCARE | $232.00 | | | FED MEDCARE-ER | $232.00 |
| | | | NJ SIT | $941.54 | | | | $232.00 |
| | | | | $4,468.28 | | | | |

**Total Employees - Company: 1**

Company: Pilgrim Medical Group Inc
Check dates from: 11/30/2016 - Payroll 1 to: 12/14/2016 - Payroll 1
Pay Period from: 11/14/2016 to: 12/11/2016

1 of 1

Date Printed: 06/15/2017 17:57
22737851 - RZ/GH8