UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re Nicholas V. Campanella
      Debtor

Case No. 16-21185-VFP
Reporting Period: January, 2017

Social Security # xxx-xx-1243
(last 4 digits only)

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the
month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the
end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | Yes | No |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | Yes | Yes |
| Copies of bank statements | | Yes | Yes |
| Disbursement Journal | MOR-2 (INDV) | Yes | No |
| Balance Sheet | MOR-3 (INDV) | No | No |
| Copies of tax returns filed during reporting period | | No | No |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | Yes | No |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | No | No |
| Debtor Questionnaire | MOR-6 (INDV) | Yes | No |

I declare under penalty of perjury *(28 U.S.C. Section 1746)* that the documents attached to this report are true and
correct to the best of my knowledge and belief.

Signature of Debtor _____   Date _____

Signature of Joint Debtor _____   Date _____

In re Nicholas V. Campanella                    Case No. 16-21185-VFP
_____              _____
        Debtor                           Reporting Period: xxx-xx-1243
                                         _____

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
### (This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | $      115,392.96 | |
| **RECEIPTS** | | |
| Wages (Net) | $      16,193.12 | $88,018.30 |
| **Interest and Dividend Income** | 4.88 | $35.79 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income (attach schedule) | $12,878.58 | $286,383.45 |
| **Total Receipts** | $      29,076.58 | $374,437.54 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS** | | |
| Mortgage Payment(s) | $7,465.79 | $52,120.03 |
| Rental Payment(s) | $200.00 | $1,485.00 |
| **Other Secured Note Payments** | $608.43 | $4,824.28 |
| Utilities | $1,049.94 | $7,172.37 |
| Insurance | | |
| Auto Expense | | $48.00 |
| Lease Payments | | |
| IRA Contributions | $13,000.00 | |
| Repairs and Maintenance | | $146.53 |
| Medical Expenses | $880.00 | $1,164.48 |
| Food, Clothing, Hygiene | $2,042.35 | $11,000.89 |
| Charitable Contributions | | $15.00 |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | $7,876.87 |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | $80,000.00 |
| Travel and Entertainment | $3,071.70 | $6,694.65 |
| Gifts | $237.25 | $55,102.77 |
| Other (attach schedule) | $2,831.02 | $91,671.23 |
| **Total Ordinary Disbursements** | $31,386.48 | $319,322.10 |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | 10,000.00 | $10,000.00 |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| **Total Reorganization Items** | $      10,000.00 | $10,000.00 |
| | | |
| **Total Disbursements** (Ordinary + Reorganization) | $      41,386.48 | $329,322.10 |
| | | |
| **Net Cash Flow** (Total Receipts - Total Disbursements) | (12,309.90) | $55,115.44 |

In re Nicholas V. Campanella      Case No. 16-21185-VFP

| Debtor | Reporting Period: xxx-xx-1243 | |
|---|---|---|
| Cash - End of Month *(Must equal reconciled bank statement)* | $ 103,083.06 | |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Legal order reversal | | $274.28 |
| Legal order reversal | | $125.00 |
| Bank transfer to close previous account | | $350.00 |
| Medical Insurance Refund | | $153.77 |
| Credit Card Activitiy | $12,803.58 | $15,662.36 |
| Rent belonging to MCN Properties - deposited by mistake | | $39,781.09 |
| Phoenix Medical Director Fees for Dr. Campanella | | $47,506.41 |
| Distribution from Montclair Physicians Group, LLC | | $97,050.00 |
| Distribution from Affliates | $75.00 | $85,480.54 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Gina Campanella - reimbursement of expenses | | $150.00 |
| Gina Campanella - reimbursement of expenses | | $320.00 |
| Credit Cards Payable | | $2,309.38 |
| Repairs & Maintenance | | $365.27 |
| Family Contribution to Gina from Marie | | $40,000.00 |
| Charitable Contributions | | $700.00 |
| Capital Contribution to MCN Properties | | $30,000.00 |
| Pilgrim Medical - Loan | | $9,000.00 |
| Family Contribution to Joseph from Marie | $2,831.02 | $8,493.06 |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | $31,206.79 |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |

In re Nicholas V. Campanella                                    Case No. 16-21185-VFP
Debtor                                    Reporting Period: **xxx-xx-1243**

| | |
|---|---|
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $31,206.79 |

In re Nicholas V. Campanella                      Case No. 16-21185-VFP
       Debtor                                     Reporting Period: xxx-xx-1243

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|------|-------|---------|--------|
| 12/29/16 | Verizon | Utilities | $ 234.04 |
| 12/30/16 | Joseph Alfano | Family Contribution | $ 2,831.02 |
| 12/30/16 | Joseph Alfano | Rent | $ 200.00 |
| 1/4/17 | PSE&G | Utilities | $ 405.57 |
| 1/5/17 | Chase Card Services | Chase | $ 2,000.00 |
| 1/19/17 | Verizon | Utilities | $ 145.57 |
| 1/23/17 | Paypal | Entertainment | $ 6.72 |
| 1/25/17 | Ridgewood Water Department | Utilities | $ 264.76 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total Cash Disbursements** | | | $ 6,087.68 |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|------|-------|---------|--------|---------|
| 12/28/16 | Voya Financial | IRA Contribution | $ 6,500.00 | 644 |
| 12/24/16 | Samantha Alfano | Personal Gifts | $ 50.00 | 645 |
| 12/28/16 | Voya Financial | IRA Contribution | $ 6,500.00 | 647 |
| 1/2/17 | Bank of America | LOC | $ 608.43 | 648 |
| 1/3/17 | Lucy Gironda | Entertainment | $ 171.00 | 649 |
| 1/11/17 | M&T Bank | Mortgage | $ 7,465.79 | 650 |
| 1/17/17 | Cash | Travel | $ 1,200.00 | 652 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total Bank Account Disbursements** | | | $ 22,495.22 | |

| **Total Disbursements for the Month** | $ 28,582.90 |
|----------------------------------------|-------------|

Nicholas V. Campanella
_____
Debtor

Case No.    16-21185-VFP
Reporting Period:  xxx-xx-1243

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $0.00 | $3,294.74 | $3,294.74 | | | $0.00 |
| FICA-Employee | $0.00 | $232.00 | $232.00 | | | $0.00 |
| FICA-Employer | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Unemployment | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Income | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Other: | | | | | | |
| Total Federal Taxes | $0.00 | $3,526.74 | $3,526.74 | | | $0.00 |
| **State and Local** | | | | | | |
| Withholding | $0.00 | $941.54 | $941.54 | | | $0.00 |
| Sales | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Excise | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Unemployment | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Real Property | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Personal Property | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Other: | | | | | | |
| Total State and Local | | $941.54 | $941.54 | | | $0.00 |
| **Total Taxes** | $0.00 | $4,468.28 | $4,468.28 | | | $0.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 0 | | | | | 0 |
| Wages Payable | 0 | | | | | 0 |
| Taxes Payable | 0 | | | | | 0 |
| Rent/Leases-Building | 0 | | | | | 0 |
| Rent/Leases-Equipment | 0 | | | | | 0 |
| Secured Debt/Adequate Protection Payments | 0 | | | | | $0.00 |
| Professional Fees | 0 | | | | | 0 |
| Amounts Due to Insiders* | 0 | | | | | 0 |
| Other:    Condo Fees | | | | | | |
| Other:  Mortgage | | | | | | |
| **Total Postpetition Debts** | 0 | | | | | $0.00 |

Explain how and when the Debtor intends to pay any past-due postpetition debts.

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re Nicholas V. Campanella _____      Case No. 16-21185-VFP _____
    Debtor      Reporting Period: December, 2016 _____

## DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item.  Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 Are any post petition State or Federal income taxes past due? | | X |
| 7 Are any post petition real estate taxes past due? | | X |
| 8 Are any other post petition taxes past due? | | X |
| 9 Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 Are any amounts owed to post petition creditors delinquent? | | X |
| 11 Have any post petition loans been been received by the Debtor from any party? | | X |
| 12 Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |



P.O. Box 15284
Wilmington, DE 19850

MARIE T CAMPANELLA
384 SUNSET BLVD
WYCKOFF, NJ 07481-2420

## Preferred Rewards

**Customer service information**

📞 1.888.888.RWDS (1.888.888.7937)

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your BofA Core Checking
# Preferred Rewards Platinum Honors

for December 24, 2016 to January 25, 2017

**MARIE T CAMPANELLA**

Account number:       1159

## Account summary

| | |
|---|---|
| Beginning balance on December 24, 2016 | $13,885.77 |
| Deposits and other additions | 29,268.12 |
| Withdrawals and other subtractions | -6,087.68 |
| Checks | -22,495.22 |
| Service fees | -0.00 |
| **Ending balance on January 25, 2017** | **$14,570.99** |

*Your account has overdraft protection provided by deposit account number
0040 9020 5922.*

---

**Here's a tip**

Don't miss important account notifications — keep your contact information updated.
It's quick and easy to keep your phone number, email and mailing address up to date. Go to **Profile & Settings**
and review your information. You'll help make sure you receive all of your notices and help stay on top of your account.

**Is your contact info up to date? Check now in Online Banking at bankofamerica.com.**

©2016 Bank of America Corporation

SSM-06-16-0154C | ARJLMSYH

# Bank of America

**Your checking account**

MARIE T CAMPANELLA  |  Account #      1159  |  December 24, 2016 to January 25, 2017

## Deposits and other additions

| Date | Description | | Amount |
|------|-------------|---|--------|
| 12/28/16 | Online Banking transfer from SAV 5922 Confirmation# 1396260523 | | 13,000.00 |
| 12/28/16 | PILGRIM MEDICAL DES:DIRECT DEP ID:925701744237GH8 INDN:CAMPANELLA,MARIE ID:9111111101 PPD | CO | 5,765.86 |
| 01/11/17 | PILGRIM MEDICAL DES:DIRECT DEP ID:939801839055GH8 INDN:CAMPANELLA,MARIE ID:9111111101 PPD | CO | 5,213.63 |
| 01/23/17 | BKOFAMERICA MOBILE 01/21 3517714674 DEPOSIT        *MOBILE      NJ | | 75.00 |
| 01/25/17 | PILGRIM MEDICAL  DES:DIRECT DEP ID:563027874262GH8 INDN:CAMPANELLA,MARIE ID:9111111101 PPD | CO | 5,213.63 |

**Total deposits and other additions**                                          **$29,268.12**

## Withdrawals and other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 12/29/16 | VERIZON COMMUNICATIONS Bill Payment | -234.04 |
| 12/30/16 | TFCU/Joseph Alfano Bill Payment | -2,831.02 |
| 12/30/16 | Online scheduled transfer to CHK 2412 Confirmation# 1107870823 | -200.00 |
| 01/04/17 | PSE&G        Bill Payment | -405.57 |
| 01/05/17 | CHASE CREDIT CARDS Bill Payment | -2,000.00 |
| 01/19/17 | VERIZON COMMUNICATIONS Bill Payment | -145.57 |
| 01/23/17 | PAYPAL        DES:INST XFER ID:STUFFYOULOV INDN:MARIE CAMPANELLA      CO ID:PAYPALSI77 WEB | -6.72 |
| 01/25/17 | Ridgewood Water Department, NJ Bill Payment | -264.76 |

**Total withdrawals and other subtractions**                                    **-$6,087.68**

Thank you for choosing Bank of America.

SSM-08-16-0162C  |  ARRNPKDC

MARIE T CAMPANELLA  |  Account #    159  |  December 24, 2016 to January 25, 2017

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 01/09/17 | 644 | -6,500.00 ✓ |
| 01/03/17 | 645 | -50.00 ✓ |
| 01/09/17 | 647* | -6,500.00 |
| 01/09/17 | 648 | -608.43 |

| Date | Check # | Amount |
|------|---------|--------|
| 01/11/17 | 649 | -171.00 |
| 01/12/17 | 650 | -7,465.79 |
| 01/17/17 | 652* | -1,200.00 |

| | | |
|------|---------|--------|
| **Total checks** | | **-$22,495.22** |
| Total # of checks | | 7 |

\*  *There is a gap in sequential check numbers*



P.O. Box 15284
Wilmington, DE 19850

MARIE T CAMPANELLA
384 SUNSET BLVD
WYCKOFF, NJ 07481-2420

Preferred Rewards

**Customer service information**

📱 1.888.888.RWDS (1.888.888.7937)

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Rewards Money Market Sav
# Preferred Rewards Platinum Honors

for December 24, 2016 to January 25, 2017

**MARIE T CAMPANELLA**

Account number:          ) 5922

## Account summary

| | |
|---|---:|
| Beginning balance on December 24, 2016 | $101,507.19 |
| Deposits and other additions | 4.88 |
| Withdrawals and other subtractions | -13,000.00 |
| Service fees | -0.00 |
| **Ending balance on January 25, 2017** | **$88,512.07** |

*Annual Percentage Yield Earned this statement period: 0.06%.
Interest Paid Year To Date: $4.88.*

---

**Here's a tip**

Don't miss important account notifications — keep your contact information updated.

It's quick and easy to keep your phone number, email and mailing address up to date. Go to **Profile & Settings** and review your information. You'll help make sure you receive all of your notices and help stay on top of your account.

**Is your contact info up to date? Check now in Online Banking at bankofamerica.com.**

©2016 Bank of America Corporation                                    SSM-06-16-0154.C | ARJLM5YH



**Bank of America**

**Your savings account**

MARIE T CAMPANELLA  |  Account #        )22  |  December 24, 2016 to January 25, 2017

## Deposits and other additions

| Date | Description | Amount |
|------|-------------|--------|
| 01/25/17 | Interest Earned | 4.88 |
| **Total deposits and other additions** | | **$4.88** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|------|-------------|--------|
| 12/28/16 | Online Banking transfer to CHK 1159 Confirmation# 1396260523 | -13,000.00 |
| **Total withdrawals and other subtractions** | | **-$13,000.00** |

Thank you for choosing Bank of America.

SSM-08-16-0162.C  |  ARRNPKDC

6:09 PM
06/15/17
Accrual Basis

# Nicholas V. Campanella or Marie Campanella
## Profit & Loss
### December 24, 2016 through January 25, 2017

| | Dec 24, '16 - Jan 25, 17 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Interest Income | 4.88 |
| Other Income | 75.00 |
| Salary - Pilgrim Medical Center | 16,193.12 |
| **Total Income** | 16,273.00 |
| **Gross Profit** | 16,273.00 |
| **Expense** | |
| **Food, Clothing, Hygiene** | |
| Food | 1,011.61 |
| Hygiene | 1,030.74 |
| **Total Food, Clothing, Hygiene** | 2,042.35 |
| **Interest Expense** | |
| LOC | 608.43 |
| **Total Interest Expense** | 608.43 |
| **IRA Contribution** | 13,000.00 |
| **Meals and Entertainment** | 126.90 |
| **Medical Expenses** | 880.00 |
| **Mortgage - M&T Bank** | 7,465.79 |
| **Personal Gifts** | 237.25 |
| **Professional Fees** | 10,000.00 |
| **Rental Expense** | 200.00 |
| **Travel Expense** | 2,944.80 |
| **Utilities** | 1,049.94 |
| **Total Expense** | 38,555.46 |
| **Net Ordinary Income** | -22,282.46 |
| **Net Income** | -22,282.46 |

# Payroll Details

**Employee: Campanella, Marie**

**Pay Frequency: Biweekly**
**Department: 800 - Staff**

SSN: xxx-xx-8908

| Description | Hours | Rate | Amount | Type | Taxes Amount | Employer Liability Amount |
|---|---|---|---|---|---|---|
| Regular | 0.00 | 0.00 | 8,000.00 | FED FIT | 1,647.37 | |
| | | | 8,000.00 | FED MEDICARE | 116.00 | FED MEDICARE-ER 116.00 |
| | | | | NJ SIT | 470.77 | |
| | | | | | 2,234.14 | |

Check Date: 12/28/2016 / Direct Deposit / Checking / Account No: XXXXXXXX1159   $5,765.86

Net Pay 5,765.86

**Department Totals: 800 - Staff**

| | | | | | | |
|---|---|---|---|---|---|---|
| Regular | 0.00 | 0.00 | $8,000.00 | FED FIT | $1,647.37 | FED MEDICARE-ER $116.00 |
| | | | $8,000.00 | FED MEDICARE | $116.00 | |
| | | | | NJ SIT | $470.77 | |
| | | | | | $2,234.14 | $5,765.86 |

**Total Employees - 800 - Staff: 1**

**Pay Frequency Totals: Biweekly**

| | | | | | | |
|---|---|---|---|---|---|---|
| Regular | 0.00 | 0.00 | $8,000.00 | FED FIT | $1,647.37 | FED MEDICARE-ER $116.00 |
| | | | $8,000.00 | FED MEDICARE | $116.00 | |
| | | | | NJ SIT | $470.77 | |
| | | | | | $2,234.14 | $5,765.86 |

**Total Employees - Biweekly: 1**

**Company Totals:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Regular | 0.00 | 0.00 | $8,000.00 | FED FIT | $1,647.37 | FED MEDICARE-ER $116.00 |
| | | | $8,000.00 | FED MEDICARE | $116.00 | |
| | | | | NJ SIT | $470.77 | |
| | | | | | $2,234.14 | $116.00 |

**Total Employees - Company: 1**

Company: Pilgrim Medical Group Inc
Check date: 12/28/2016 - Payroll 1
Pay Period: 12/12/2016 to: 12/25/2016

1 of 1

Date Printed: 06/16/2017 11:25
22737851 - RZ/GH8

## Payroll Details

**Pay Frequency: Biweekly**

**Department: 800 - Staff**

**Employee: Campanella, Marie**    SSN: xxx-xx-9008

| Description | Hours | Rate | Amount | Cer | Amount | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | | | | | | |
| Regular | 80.00 | 50.0000 | 8,000.00 | FED FIT | 3,284.80 | 10,427.26 | FED SOCSEC-ER | 992.00 |
| Regular | 80.00 | | 8,000.00 | FED SOCSEC | 992.00 | | FED MEDICARE-ER | 232.00 |
| | | | 16,000.00 | FED | 232.00 | | FED FUTA | 42.00 |
| | | | | MEDICARE | 941.54 | | NJ SUI-ER | 512.00 |
| | | | | NJ SIT | 68.00 | | NJ SDI-ER | 120.00 |
| | | | | NJ SUI | 38.40 | | | 1,898.00 |
| | | | | NJ SDI | 16.00 | | | |
| | | | | NJ FLI | | | | |
| | | | | | 5,572.74 | | | |

Check Date: 01/11/2017 / Direct Deposit / Checking / Account No: XXXXXXX1159  $5,213.63

Check Date: 01/25/2017 / Direct Deposit / Checking / Account No: XXXXXXX1159  $5,213.63

**Department Totals: 800 - Staff**

| Description | Hours | Rate | Amount | Cer | Amount | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|
| Regular | 80.00 | | $16,000.00 | FED FIT | $3,284.80 | $10,427.26 | FED SOCSEC-ER | $992.00 |
| | 80.00 | | $16,000.00 | FED SOCSEC | $992.00 | | FED MEDICARE-ER | $232.00 |
| | | | | FED | $232.00 | | FED FUTA | $42.00 |
| | | | | MEDICARE | $941.54 | | NJ SUI-ER | $512.00 |
| | | | | NJ SIT | $68.00 | | NJ SDI-ER | $120.00 |
| | | | | NJ SUI | $38.40 | | | $1,898.00 |
| | | | | NJ SDI | $16.00 | | | |
| | | | | NJ FLI | | | | |
| | | | | | $5,572.74 | | | |

**Total Employees: 800 - Staff: 1**

**Pay Frequency Totals: Biweekly**

| Description | Hours | Rate | Amount | Cer | Amount | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|
| Regular | 80.00 | | $16,000.00 | FED FIT | $3,284.80 | $10,427.26 | FED SOCSEC-ER | $992.00 |
| | 80.00 | | $16,000.00 | FED SOCSEC | $992.00 | | FED MEDICARE-ER | $232.00 |
| | | | | FED | $232.00 | | FED FUTA | $42.00 |
| | | | | MEDICARE | $941.54 | | NJ SUI-ER | $512.00 |
| | | | | NJ SIT | $68.00 | | NJ SDI-ER | $120.00 |
| | | | | NJ SUI | $38.40 | | | $1,898.00 |
| | | | | NJ SDI | $16.00 | | | |
| | | | | NJ FLI | | | | |
| | | | | | $5,572.74 | | | |

**Total Employees: Biweekly: 1**

**Company Totals**

| Description | Hours | Rate | Amount | Cer | Amount | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|
| Regular | 80.00 | | $16,000.00 | FED FIT | $3,284.80 | $10,427.26 | FED SOCSEC-ER | $992.00 |
| | 80.00 | | $16,000.00 | FED SOCSEC | $992.00 | | FED MEDICARE-ER | $232.00 |
| | | | | FED | $232.00 | | FED FUTA | $42.00 |
| | | | | MEDICARE | $941.54 | | NJ SUI-ER | $512.00 |
| | | | | NJ SIT | $68.00 | | NJ SDI-ER | $120.00 |
| | | | | NJ SUI | $38.40 | | | $1,898.00 |
| | | | | NJ SDI | $16.00 | | | |
| | | | | NJ FLI | | | | |
| | | | | | $5,572.74 | | | |

Company: Pilgrim Medical Group Inc
Check dates from: 1/11/2017 - Payroll 1 to: 1/25/2017 - Payroll 3
Pay Period from: 12/26/2016 to: 01/22/2017

Date Printed: 06/16/2017 11:26
22737851 - RZ/GH8

**Payroll Details**



Company: Pilgrim Medical Group Inc
Check dates from: 1/11/2017 - Payroll 1 to: 1/25/2017 - Payroll 3
Pay Period from: 12/26/2016 to: 01/22/2017

2 of 2

Date Printed: 06/16/2017 11:26
22737851 - RZ/GH8