UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re Nicholas V. Campanella
    Debtor

Case No. 16-21185-VFP
Reporting Period: February, 2017

Social Security # xxx-xx-1243
(last 4 digits only)

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | Yes | No |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | Yes | Yes |
| Copies of bank statements | | Yes | Yes |
| Disbursement Journal | MOR-2 (INDV) | Yes | No |
| Balance Sheet | MOR-3 (INDV) | No | No |
| Copies of tax returns filed during reporting period | | No | No |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | Yes | No |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | No | No |
| Debtor Questionnaire | MOR-6 (INDV) | Yes | No |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _____  Date 6/19/17

Signature of Joint Debtor _____  Date _____

FORM MOR (INDV)
2/2008
PAGE 1 OF 7

In re Nicholas V. Campanella  
Debtor

Case No. 16-21185-VFP  
Reporting Period: xxx-xx-1243

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | $ 103,083.06 |  |
| **RECEIPTS** |  |  |
| Wages (Net) | $ 10,427.26 | $98,445.56 |
| **Interest and Dividend Income** | 4.07 | $39.86 |
| Alimony and Child Support |  |  |
| Social Security and Pension Income |  |  |
| Sale of Assets |  |  |
| Other Income *(attach schedule)* | $10,061.28 | $296,444.73 |
| **Total Receipts** | $ 20,492.61 | $394,930.15 |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | $7,465.79 | $59,585.82 |
| Rental Payment(s) | $200.00 | $1,685.00 |
| **Other Secured Note Payments** | $670.88 | $5,495.16 |
| Utilities | $1,082.36 | $8,209.73 |
| Insurance |  |  |
| Auto Expense |  | $48.00 |
| Lease Payments |  |  |
| IRA Contributions |  |  |
| Repairs and Maintenance |  | $146.53 |
| Medical Expenses | $516.00 | $1,680.48 |
| Food, Clothing, Hygiene | $921.70 | $11,922.59 |
| Charitable Contributions |  | $15.00 |
| Alimony and Child Support Payments |  |  |
| Taxes - Real Estate | $3,895.70 | $11,772.57 |
| Taxes - Personal Property |  |  |
| Taxes - Other *(attach schedule)* |  | $80,000.00 |
| Travel and Entertainment | $499.03 | $7,193.68 |
| Gifts | $15.92 | $55,118.69 |
| Other *(attach schedule)* | $10,578.37 | $102,249.60 |
| **Total Ordinary Disbursements** | $25,845.75 | $345,122.85 |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  | $10,000.00 |
| U. S. Trustee Fees |  |  |
| Other Reorganization Expenses *(attach schedule)* |  |  |
| **Total Reorganization Items** | $ - | $10,000.00 |
|  |  |  |
| **Total Disbursements** *(Ordinary + Reorganization)* | $ 25,845.75 | $355,122.85 |
|  |  |  |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | (5,353.14) | $49,807.30 |

| In re | Nicholas V. Campanella | Case No. 16-21185-VFP |
|---|---|---|
| | Debtor | Reporting Period: xxx-xx-1243 |

| Cash - End of Month *(Must equal reconciled bank statement)* | $ 97,729.92 | |
|---|---|---|

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Legal order reversal | | $274.28 |
| Legal order reversal | | $125.00 |
| Bank transfer to close previous account | | $350.00 |
| Medical Insurance Refund | | $153.77 |
| Credit Card Activitiy | | $15,662.36 |
| Rent belonging to MCN Properties - deposited by mistake | | $39,781.09 |
| Phoenix Medical Director Fees for Dr. Campanella | | $47,506.41 |
| Distribution from Montclair Physicians Group, LLC | | $97,050.00 |
| Distribution from Affliates | $10,061.28 | $95,541.82 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Gina Campanella - reimbursement of expenses | | $150.00 |
| Gina Campanella - reimbursement of expenses | | $320.00 |
| Credit Cards Payable | $8,047.35 | $10,356.73 |
| Repairs & Maintenance | | $365.27 |
| Family Contribution to Gina from Marie | | $40,000.00 |
| Charitable Contributions | | $700.00 |
| Capital Contribution to MCN Properties | | $30,000.00 |
| Pilgrim Medical - Loan | | $9,000.00 |
| Family Contribution to Joseph from Marie | $2,531.02 | $11,024.08 |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**THE FOLLOWING SECTION MUST BE COMPLETED**
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | $25,666.06 |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |

| In re Nicholas V. Campanella | Case No. 16-21185-VFP |
| Debtor | Reporting Period: xxx-xx-1243 |

| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | $25,666.06 |
|---|---|

In re <u>Nicholas V. Campanella</u>        Case No. <u>16-21185-VFP</u>
<u>   Debtor   </u>                          Reporting Period: <u>xxx-xx-1243</u>

# DISBURSEMENT JOURNAL

## CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount | |
|---|---|---|---|---|
| 1/27/17 | Verizon | Utilities | $ | 240.00 |
| 1/30/17 | Joseph Alfano | Rent | $ | 200.00 |
| 1/31/17 | Township of Wyckoff | Real Estate Taxes | $ | 3,895.70 |
| 2/1/17 | Joseph Alfano | Family Contribution | $ | 2,831.02 |
| 2/7/17 | PSE&G | Utilities | $ | 647.31 |
| 2/21/17 | Verizon | Utilities | $ | 195.05 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | Total Cash Disbursements | | $ | 8,009.08 |

## BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | | Check # |
|---|---|---|---|---|---|
| 1/30/17 | Bank of America | LOC interest | $ | 670.88 | 651 |
| 2/13/17 | M&T Bank | Mortgage | $ | 7,465.79 | 653 |
| | | | | | |
| | Total Bank Account Disbursements | | $ | 8,136.67 | |

| Total Disbursements for the Month | $ | 16,145.75 |
|---|---|---|

Nicholas V. Campanella  
Debtor

Case No. 16-21185-VFP  
Reporting Period: xxx-xx-1243

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $0.00 | $3,284.80 | $3,284.80 | | | $0.00 |
| FICA-Employee | $0.00 | $1,224.00 | $1,224.00 | | | $0.00 |
| FICA-Employer | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Unemployment | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Income | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Other: | | | | | | |
| Total Federal Taxes | $0.00 | $4,508.80 | $4,508.80 | | | $0.00 |
| **State and Local** | | | | | | |
| Withholding | $0.00 | $941.54 | $941.54 | | | $0.00 |
| Sales | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Excise | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Unemployment | $0.00 | $68.00 | $68.00 | | | $0.00 |
| Real Property | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Personal Property | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Other:Disability and Family Leave (NJ) | | $54.40 | $54.40 | | | |
| Total State and Local | | $1,063.94 | $1,063.94 | | | |
| **Total Taxes** | $0.00 | $5,572.74 | $5,572.74 | | | $0.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | 0 | | | | | 0 |
| Wages Payable | 0 | | | | | 0 |
| Taxes Payable | 0 | | | | | 0 |
| Rent/Leases-Building | 0 | | | | | 0 |
| Rent/Leases-Equipment | 0 | | | | | 0 |
| Secured Debt/Adequate Protection Payments | 0 | | | | | $0.00 |
| Professional Fees | 0 | | | | | 0 |
| Amounts Due to Insiders* | 0 | | | | | 0 |
| Other:  Condo Fees | | | | | | |
| Other:  Mortgage | | | | | | |
| **Total Postpetition Debts** | 0 | | | | | $0.00 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4  
(04/07)

In re  Nicholas V. Campanella  
     Debtor

Case No. 16-21185-VFP  
Reporting Period: February, 2017

# DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 | Are any post petition State or Federal income taxes past due? | | X |
| 7 | Are any post petition real estate taxes past due? | | X |
| 8 | Are any other post petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

MARIE T CAMPANELLA
384 SUNSET BLVD
WYCKOFF, NJ 07481-2420

Preferred Rewards

**Customer service information**

1.888.888.RWDS (1.888.888.7937)
TDD/TTY users only: 1.800.288.4408
En Español: 1.800.688.6086
bankofamerica.com
Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your BofA Core Checking
# Preferred Rewards Platinum Honors

for January 26, 2017 to February 22, 2017

MARIE T CAMPANELLA

Account number: 1159

## Account summary

| | |
|---|---:|
| Beginning balance on January 26, 2017 | $14,570.99 |
| Deposits and other additions | 10,788.54 |
| Withdrawals and other subtractions | -8,009.08 |
| Checks | -8,136.67 |
| Service fees | -0.00 |
| **Ending balance on February 22, 2017** | **$9,213.78** |

Your account has overdraft protection provided by deposit account number 0040 9020 5922.

**PUT DOWN LIMITS.
PICK UP HOPE.**

Join us in celebrating Special Olympics athletes as they represent the United States at the World Winter Games in Austria March 14 to 25.

Together we can put down limits, #pickuphope and build a more inclusive world. Learn more at bankofamerica.com/supportinginclusion.



Bank of America
Premier Sponsor of Special Olympics USA
SPECIAL OLYMPICS USA

Bank of America, N.A. ©2017 Bank of America Corporation    SSM-11-16-0077.B | ARDCMD36

# Bank of America

**Your checking account**

MARIE T CAMPANELLA | Account # ____ 1159 | January 26, 2017 to February 22, 2017

## Deposits and other additions

| Date | Description | | | Amount |
|---|---|---|---|---|
| 02/06/17 | Online Banking transfer from CHK 2412 Confirmation# 1134526035 | | | 300.00 |
| 02/08/17 | PILGRIM MEDICAL DES:DIRECT DEP ID:938702183616GH8 INDN:CAMPANELLA,MARIE ID:9111111101 PPD | | CO | 5,213.63 |
| 02/09/17 | BKOFAMERICA MOBILE 02/09 3523677703 DEPOSIT | *MOBILE | NJ | 61.28 |
| 02/22/17 | PILGRIM MEDICAL DES:DIRECT DEP ID:697069432050GH8 INDN:CAMPANELLA,MARIE ID:9111111101 PPD | | CO | 5,213.63 |

**Total deposits and other additions** $10,788.54

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 01/27/17 | VERIZON COMMUNICATIONS Bill Payment | -240.00 |
| 01/30/17 | Online scheduled transfer to CHK 2412 Confirmation# 1117565558 | -200.00 |
| 01/31/17 | Township of Wyckoff Bill Payment | -3,895.70 |
| 02/01/17 | TFCU/Joseph Alfano Bill Payment | -2,831.02 |
| 02/07/17 | PSE&G Bill Payment | -647.31 |
| 02/21/17 | VERIZON COMMUNICATIONS Bill Payment | -195.05 |

**Total withdrawals and other subtractions** -$8,009.08

---

Read our article online:

## "How much do I *really* need to save for retirement?"

Find out if you're saving enough at **merrilledge.com/howmuch**



**MERRILL EDGE**
Bank of America Corporation

Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center™ (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of Bank of America Corporation. Merrill Lynch, Merrill Edge, the Merrill Edge logo, and Merrill Edge Advisory Center are trademarks of Bank of America Corporation.

| Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value | ARPGXDQ5 | SSM-11-16-0060.B |

MARIE T CAMPANELLA  |  Account #    159  |  January 26, 2017 to February 22, 2017

## Checks

| Date | Check # | Amount |
|---|---|---|
| 01/30/17 | 651 | -670.88 |
| 02/13/17 | 653* | -7,465.79 |
| **Total checks** | | **-$8,136.67** |
| **Total # of checks** | | **2** |

* *There is a gap in sequential check numbers*

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

MARIE T CAMPANELLA
384 SUNSET BLVD
WYCKOFF, NJ 07481-2420

Preferred Rewards

**Customer service information**

1.888.888.RWDS (1.888.888.7937)
TDD/TTY users only: 1.800.288.4408
En Español: 1.800.688.6086
bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Rewards Money Market Sav
# Preferred Rewards Platinum Honors

for January 26, 2017 to February 22, 2017

MARIE T CAMPANELLA

Account number: ) 5922

## Account summary

| | |
|---|---:|
| Beginning balance on January 26, 2017 | $88,512.07 |
| Deposits and other additions | 4.07 |
| Withdrawals and other subtractions | -0.00 |
| Service fees | -0.00 |
| **Ending balance on February 22, 2017** | **$88,516.14** |

*Annual Percentage Yield Earned this statement period: 0.06%.*
*Interest Paid Year To Date: $8.95.*

**PUT DOWN LIMITS.
PICK UP HOPE.**

Join us in celebrating Special Olympics athletes as they represent the United States at the World Winter Games in Austria March 14 to 25. Together we can put down limits, #pickuphope and build a more inclusive world. Learn more at bankofamerica.com/supportinginclusion.



Bank of America
Premier Sponsor of Special Olympics USA
SPECIAL OLYMPICS USA

Bank of America, N.A. ©2017 Bank of America Corporation    SSM-11-16-0077.B | ARDCMD36



**Bank of America**

MARIE T CAMPANELLA  |  Account #         5922  |  January 26, 2017 to February 22, 2017

**Your savings account**

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 02/22/17 | Interest Earned | 4.07 |
| **Total deposits and other additions** | | **$4.07** |

---

Read our article online:

### "How much do I *really* need to save for retirement?"

Find out if you're saving enough at **merrilledge.com/howmuch**

MERRILL EDGE
Bank of America Corporation

Merrill Edge is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of Bank of America Corporation. Merrill Lynch, Merrill Edge, the Merrill Edge logo, and Merrill Edge Advisory Center are trademarks of Bank of America Corporation.

Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |    ARPGXDQ5 | SSM-11-16-0060.B

12:45 PM  
06/16/17  
Accrual Basis

# Nicholas V. Campanella or Marie Campanella
## Profit & Loss
### January 26 through February 22, 2017

|  | Jan 26 - Feb 22, 17 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Interest Income | 4.07 |
| Other Income | 10,061.28 |
| Salary - Pilgrim Medical Center | 10,427.26 |
| **Total Income** | 20,492.61 |
| **Gross Profit** | 20,492.61 |
| **Expense** | |
| Dues and Subscriptions | 85.00 |
| Food, Clothing, Hygiene | |
|     Clothing | 242.36 |
|     Food | 596.34 |
|     Hygiene | 83.00 |
| **Total Food, Clothing, Hygiene** | 921.70 |
| Interest Expense | |
|     LOC | 670.88 |
| **Total Interest Expense** | 670.88 |
| Meals and Entertainment | 325.83 |
| Medical Expenses | 516.00 |
| Mortgage - M&T Bank | 7,465.79 |
| Personal Gifts | 15.92 |
| Real Estate Taxes | |
|     Wyckoff, NJ | 3,895.70 |
| **Total Real Estate Taxes** | 3,895.70 |
| Rental Expense | 200.00 |
| Travel Expense | 88.20 |
| Utilities | 1,082.36 |
| **Total Expense** | 15,267.38 |
| **Net Ordinary Income** | 5,225.23 |
| **Net Income** | 5,225.23 |

# Payroll Details

**Pay Frequency: Biweekly**
**Department: 800 - Staff**
Employee: Campanella, Marie                    SSN: xxx-xx-9008

| Description | Hours | Rate | Amount | | Taxes | | Deductions | | Employer Liabilities | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | | | FED FIT | 3,284.80 | | | | |
| Regular | 80.00 | 50.0000 | 8,000.00 | | FED SOCSEC | 992.00 | | | 10,427.26 | FED SOCSEC-ER | 992.00 |
|  | 80.00 | | 8,000.00 | | FED MEDCARE | 232.00 | | | | FED MEDCARE-ER | 232.00 |
|  | | | 16,000.00 | | NJ SIT | 941.54 | | | | NJ SUI-ER | 512.00 |
|  | | | | | NJ SUI | 68.00 | | | | NJ SDI-ER | 120.00 |
|  | | | | | NJ SDI | 38.40 | | | | | 1,856.00 |
|  | | | | | NJ FLI | 16.00 | | | | | |
|  | | | | | | 5,572.74 | | | | | |

Check Date: 02/08/2017 / Direct Deposit / Checking / Account No: XXXXXXXXX1159 $5,213.63
Check Date: 02/22/2017 / Direct Deposit / Checking / Account No: XXXXXXXXX1159 $5,213.63

**Department Totals: 800 - Staff**
Regular 80.00 $16,000.00 FED FIT $3,284.80 $10,427.26 FED SOCSEC-ER $992.00
 80.00 $16,000.00 FED SOCSEC $992.00 FED MEDCARE-ER $232.00
   FED MEDCARE $232.00 NJ SUI-ER $512.00
   NJ SIT $941.54 NJ SDI-ER $120.00
   NJ SUI $68.00 $1,856.00
   NJ SDI $38.40
   NJ FLI $16.00
   $5,572.74

**Total Employees - 800 - Staff: 1**
**Pay Frequency Totals: Biweekly**
Regular 80.00 $16,000.00 FED FIT $3,284.80 $10,427.26 FED SOCSEC-ER $992.00
 80.00 $16,000.00 FED SOCSEC $992.00 FED MEDCARE-ER $232.00
   FED MEDCARE $232.00 NJ SUI-ER $512.00
   NJ SIT $941.54 NJ SDI-ER $120.00
   NJ SUI $68.00 $1,856.00
   NJ SDI $38.40
   NJ FLI $16.00
   $5,572.74

**Total Employees - Biweekly: 1**
**Company Totals:**
Regular 80.00 $16,000.00 FED FIT $3,284.80 $10,427.26 FED SOCSEC-ER $992.00
 80.00 $16,000.00 FED SOCSEC $992.00 FED MEDCARE-ER $232.00
   FED MEDCARE $232.00 NJ SUI-ER $512.00
   NJ SIT $941.54 NJ SDI-ER $120.00
   NJ SUI $68.00 $1,856.00
   NJ SDI $38.40
   NJ FLI $16.00

Company: Pilgrim Medical Group Inc                                                          Date Printed: 06/16/2017 11:27
Check dates from: 2/8/2017 - Payroll 1 to: 2/22/2017 - Payroll 1              1 of 2         22737851 - RZ/GH8
Pay Period from: 01/23/2017 to: 02/19/2017

**Payroll Details**



Total Employees - Company: 1    $5,572.74

Company: Pilgrim Medical Group Inc
Check dates from: 2/8/2017 - Payroll 1 to: 2/22/2017 - Payroll 1
Pay Period from: 01/23/2017 to: 02/19/2017

2 of 2

Date Printed: 06/16/2017 11:27
22737851 - RZ/GH8