UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re Nicholas V. Campanella
Debtor

Case No. 16-21185-VFP
Reporting Period: May, 2017

Social Security # xxx-xx-1243
(last 4 digits only)

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | Yes | No |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | Yes | Yes |
| Copies of bank statements |  | Yes | Yes |
| Disbursement Journal | MOR-2 (INDV) | Yes | No |
| Balance Sheet | MOR-3 (INDV) | No | No |
| Copies of tax returns filed during reporting period |  | No | No |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | Yes | No |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | No | No |
| Debtor Questionnaire | MOR-6 (INDV) | Yes | No |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _____    Date 6/19/17

Signature of Joint Debtor _____    Date _____

In re <u>Nicholas V. Campanella</u>  Case No. <u>16-21185-VFP</u>
<u>Debtor</u>  Reporting Period: <u>xxx-xx-1243</u>

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | $ 118,819.69 | |
| **RECEIPTS** | | |
| Wages (Net) | $ 10,549.66 | $130,083.06 |
| **Interest and Dividend Income** | 5.62 | $55.63 |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | $15,949.86 | $345,402.82 |
| **Total Receipts** | $ 26,505.14 | $475,541.51 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | $74,517.40 |
| Rental Payment(s) | $200.00 | $2,285.00 |
| **Other Secured Note Payments** | $708.97 | $7,481.87 |
| Utilities | $856.17 | $11,381.09 |
| Insurance | | |
| Auto Expense | | $48.00 |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | $146.53 |
| Medical Expenses | | $1,680.48 |
| Food, Clothing, Hygiene | $1,512.42 | $16,474.33 |
| Charitable Contributions | | $15.00 |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | $3,895.70 | $15,668.27 |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | $80,000.00 |
| Travel and Entertainment | $150.99 | $8,006.02 |
| Gifts | $554.90 | $55,973.59 |
| Other *(attach schedule)* | $3,262.71 | $115,883.58 |
| **Total Ordinary Disbursements** | $11,141.86 | $389,561.16 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | $10,000.00 |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | $ - | $10,000.00 |
| **Total Disbursements** *(Ordinary + Reorganization)* | $ 11,141.86 | $399,561.16 |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | 15,363.28 | $85,980.35 |

| In re Nicholas V. Campanella | Case No. 16-21185-VFP |
|---|---|
| Debtor | Reporting Period: xxx-xx-1243 |
| Cash - End of Month  (Must equal reconciled bank statement) | $ 134,182.97 |

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Legal order reversal | | $274.28 |
| Legal order reversal | | $125.00 |
| Bank transfer to close previous account | | $350.00 |
| Medical Insurance Refund | | $153.77 |
| Credit Card Activitiy | | $15,662.36 |
| Rent belonging to MCN Properties - deposited by mistake | | $39,781.09 |
| Phoenix Medical Director Fees for Dr. Campanella | | $47,506.41 |
| Distribution from Montclair Physicians Group, LLC | | $97,050.00 |
| Distribution from Affliates | $15,949.86 | $144,499.91 |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Gina Campanella - reimbursement of expenses | | $150.00 |
| Gina Campanella - reimbursement of expenses | | $320.00 |
| Credit Cards Payable | $257.21 | $15,023.17 |
| Repairs & Maintenance | $174.48 | $539.75 |
| Family Contribution to Gina from Marie | | $40,000.00 |
| Charitable Contributions | | $700.00 |
| Capital Contribution to MCN Properties | | $30,000.00 |
| Pilgrim Medical - Loan | | $9,000.00 |
| Family Contribution to Joseph from Marie | $2,831.02 | $19,817.14 |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| TOTAL DISBURSEMENTS | $10,962.17 |
|---|---|
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |

| In re Nicholas V. Campanella | Case No. 16-21185-VFP |
|---|---|
| Debtor | Reporting Period: xxx-xx-1243 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $10,962.17 |

In re <u>Nicholas V. Campanella</u>  Case No. <u>16-21185-VFP</u>
  **Debtor**  Reporting Period: <u>xxx-xx-1243</u>

# DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 4/27/17 | PSE&G | Utilities | $ 307.70 |
| 4/28/17 | Township of Wyckoff | Real Estate Taxes | $ 3,895.70 |
| 4/28/17 | Joseph Alfano | Rent | $ 200.00 |
| 4/28/17 | Ridgewood Water Department | Utilities | $ 119.37 |
| 5/1/17 | Joseph Alfano | Family Contribution | $ 2,831.02 |
| 5/12/17 | Verizon | Utilities | $ 195.19 |
| 5/24/17 | Chase Card Services | Chase | $ 2,000.00 |
| 5/24/17 | Verizon | Utilities | $ 233.91 |
| | **Total Cash Disbursements** | | $ 9,782.89 |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|---|---|---|---|---|
| 5/11/17 | Cash | Travel | $ 150.00 | 641 |
| 5/1/17 | Amy Paskell | Gifts | $ 500.00 | 663 |
| 4/26/17 | Bank of America | LOC | $ 708.97 | 761 |
| | **Total Bank Account Disbursements** | | $ 1,358.97 | |

| | | |
|---|---|---|
| **Total Disbursements for the Month** | $ | 11,141.86 |

Nicholas V. Campanella  
Debtor

Case No. 16-21185-VFP  
Reporting Period: xxx-xx-1243

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $0.00 | $3,284.80 | $3,284.80 | | | $0.00 |
| FICA-Employee | $0.00 | $1,224.00 | $1,224.00 | | | $0.00 |
| FICA-Employer | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Unemployment | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Income | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Other: | | | | | | |
| Total Federal Taxes | $0.00 | $4,508.80 | $4,508.80 | | | $0.00 |
| **State and Local** | | | | | | |
| Withholding | $0.00 | $941.54 | $941.54 | | | $0.00 |
| Sales | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Excise | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Unemployment | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Real Property | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Personal Property | $0.00 | $0.00 | $0.00 | | | $0.00 |
| Other:Disability and Family Leave (NJ) | | $0.00 | $0.00 | | | |
| Total State and Local | | $941.54 | $941.54 | | | |
| **Total Taxes** | $0.00 | $5,450.34 | $5,450.34 | | | $0.00 |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | 0 | | | | | 0 |
| Wages Payable | 0 | | | | | 0 |
| Taxes Payable | 0 | | | | | 0 |
| Rent/Leases-Building | 0 | | | | | 0 |
| Rent/Leases-Equipment | 0 | | | | | 0 |
| Secured Debt/Adequate Protection Payments | 0 | | | | | $0.00 |
| Professional Fees | 0 | | | | | 0 |
| Amounts Due to Insiders* | 0 | | | | | 0 |
| Other:   Condo Fees | | | | | | |
| Other:  Mortgage | | | | | | |
| **Total Postpetition Debts** | 0 | | | | | $0.00 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4  
(04/07)

In re <u>Nicholas V. Campanella</u>                                    Case No. <u>16-21185-VFP</u>
  Debtor                                                                Reporting Period: <u>May, 2017</u>

# DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 | Are any post petition State or Federal income taxes past due? | | X |
| 7 | Are any post petition real estate taxes past due? | | X |
| 8 | Are any other post petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

MARIE T CAMPANELLA
384 SUNSET BLVD
WYCKOFF, NJ 07481-2420

Preferred Rewards

**Customer service information**

1.888.888.RWDS (1.888.888.7937)

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your BofA Core Checking
# Preferred Rewards Platinum Honors

for April 25, 2017 to May 24, 2017
MARIE T CAMPANELLA

Account number: /

## Account summary

| | |
|---|---:|
| Beginning balance on April 25, 2017 | $7,457.62 |
| Deposits and other additions | 21,674.52 |
| Withdrawals and other subtractions | -19,782.89 |
| Checks | -1,358.97 |
| Service fees | -0.00 |
| **Ending balance on May 24, 2017** | **$7,990.28** |

*Your account has overdraft protection provided by deposit account number 0040 9020 5922.*

### Here's a tip

**Sending money is quick and easy**

Use Mobile or Online Banking to send or transfer money:
- Between your Bank of America® bank accounts
- To and from your accounts at other banks
- To someone else

For more information, including step-by-step videos, go to **bankofamerica.com/transfers**.

Fees apply to wires and certain transfers. See the Online Banking Service Agreement at bankofamerica.com/serviceagreement for details. Data connection required for online and mobile transfers. Wireless carrier fees may apply. ©2017 Bank of America Corporation    SSM-11-16-0483.B | AREPRPTP

PULL: B   CYCLE: 16   SPEC: 0   DELIVERY: P   TYPE:   IMAGE: A   BC: NJ

## Bank of America

## Your checking account

MARIE T CAMPANELLA | Account #            ) | April 25, 2017 to May 24, 2017

## Deposits and other additions

| Date | Description | | | Amount |
|---|---|---|---|---|
| 05/01/17 | BKOFAMERICA MOBILE 04/30 3549614767 DEPOSIT | *MOBILE | NJ | 9,100.00 |
| 05/01/17 | Online Banking transfer from SAV 5922 Confirmation# 2368051291 | | | 2,000.00 |
| 05/03/17 | PILGRIM MEDICAL  DES:DIRECT DEP ID:492543332391GH8  INDN:CAMPANELLA,MARIE  ID:9111111101 PPD | | CO | 5,274.83 |
| 05/11/17 | BKOFAMERICA MOBILE 05/11 3553781453 DEPOSIT | *MOBILE | NJ | 24.86 |
| 05/18/17 | PILGRIM MEDICAL  DES:DIRECT DEP ID:559062784944GH8  INDN:CAMPANELLA,MARIE  ID:9111111101 PPD | | CO | 5,274.83 |

**Total deposits and other additions** $21,674.52

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 04/27/17 | PSE&G       Bill Payment | -307.70 |
| 04/28/17 | Township of Wyckoff Bill Payment | -3,895.70 |
| 04/28/17 | Online scheduled transfer to CHK 2412 Confirmation# 1145342683 | -200.00 |
| 04/28/17 | Ridgewood Water Department, NJ Bill Payment | -119.37 |
| 05/01/17 | TFCU/Joseph Alfano Bill Payment | -2,831.02 |
| 05/12/17 | VERIZON COMMUNICATIONS Bill Payment | -195.19 |
| 05/19/17 | Online Banking transfer to SAV 5922 Confirmation# 3319552840 | -10,000.00 |
| 05/24/17 | CHASE CREDIT CARDS Bill Payment | -2,000.00 |
| 05/24/17 | VERIZON COMMUNICATIONS Bill Payment | -233.91 |

**Total withdrawals and other subtractions** -$19,782.89

### Here's a tip

**Sending money is quick and easy**

Use Mobile or Online Banking to send or transfer money:
- Between your Bank of America® bank accounts
- To and from your accounts at other banks
- To someone else

For more information, including step-by-step videos, go to **bankofamerica.com/transfers**.

Fees apply to wires and certain transfers. See the Online Banking Service Agreement at bankofamerica.com/serviceagreement for details. Data connection required for online and mobile transfers. Wireless carrier fees may apply. ©2017 Bank of America Corporation       SSM-11-16-0483.B | ARFPRPTP

MARIE T CAMPANELLA | Account # | April 25, 2017 to May 24, 2017

## Checks

| Date | Check # | Amount |
|---|---|---|
| 05/22/17 | 641 | -150.00 |
| 05/01/17 | 663* | -500.00 |

| Date | Check # | Amount |
|---|---|---|
| 04/28/17 | 761* | -708.97 |

| | |
|---|---|
| Total checks | -$1,358.97 |
| Total # of checks | 3 |

* *There is a gap in sequential check numbers*



P.O. Box 15284
Wilmington, DE 19850

MARIE T CAMPANELLA
384 SUNSET BLVD
WYCKOFF, NJ 07481-2420

Preferred Rewards

**Customer service information**

1.888.888.RWDS (1.888.888.7937)

TDD/TTY users only: 1.800.288.4408

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Rewards Money Market Sav
# Preferred Rewards Platinum Honors

for April 25, 2017 to May 24, 2017

MARIE T CAMPANELLA

Account number:

## Account summary

| | |
|---|---:|
| Beginning balance on April 25, 2017 | $111,362.07 |
| Deposits and other additions | 16,830.62 |
| Withdrawals and other subtractions | -2,000.00 |
| Service fees | -0.00 |
| **Ending balance on May 24, 2017** | **$126,192.69** |

*Annual Percentage Yield Earned this statement period: 0.06%.
Interest Paid Year To Date: $24.72.*

### Here's a tip

**Sending money is quick and easy**

Use Mobile or Online Banking to send or transfer money:
• Between your Bank of America bank accounts
• To and from your accounts at other banks
• To someone else

For more information, including step-by-step videos, go to **bankofamerica.com/transfers**.

Fees apply to wires and certain transfers. See the Online Banking Service Agreement at bankofamerica.com/serviceagreement for details. Data connection required for online and mobile transfers. Wireless carrier fees may apply. ©2017 Bank of America Corporation    SSM-11-16-0483.B.J ARFPRPTP

PULL: B  CYCLE: 16  SPEC: O  DELIVERY: P  TYPE:  IMAGE: A  BC: NJ

Page 1 of 4



**Bank of America**                                                              **Your savings account**

MARIE T CAMPANELLA  |  Account :        |  April 25, 2017 to May 24, 2017

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 05/15/17 | BKOFAMERICA MOBILE 05/14 3554620037 DEPOSIT        *MOBILE    NJ | 6,825.00 |
| 05/19/17 | Online Banking transfer from CHK 1159 Confirmation# 3319552840 | 10,000.00 |
| 05/24/17 | Interest Earned | 5.62 |
| **Total deposits and other additions** | | **$16,830.62** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 05/01/17 | Online Banking transfer to CHK 1159 Confirmation# 2368051291 | -2,000.00 |
| **Total withdrawals and other subtractions** | | **-$2,000.00** |

**Here's a tip**

**Sending money is quick and easy**

Use Mobile or Online Banking to send or transfer money:
• Between your Bank of America® bank accounts
• To and from your accounts at other banks
• To someone else

For more information, including step-by-step videos, go to **bankofamerica.com/transfers**.

Fees apply to wires and certain transfers. See the Online Banking Service Agreement at bankofamerica.com/serviceagreement for details. Data connection required for online and mobile transfers. Wireless carrier fees may apply. ©2017 Bank of America Corporation                    SSM-11-16-0483.B | ARFPRPTP

2:01 PM
06/16/17
Accrual Basis

# Nicholas V. Campanella or Marie Campanella
## Profit & Loss
### April 25 through May 24, 2017

|  | Apr 25 - May 24, 17 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Interest Income | 5.62 |
| Other Income | 15,949.86 |
| Salary - Pilgrim Medical Center | 10,549.66 |
| **Total Income** | 26,505.14 |
| **Gross Profit** | 26,505.14 |
| **Expense** | |
| Food, Clothing, Hygiene | |
| Clothing | 285.52 |
| Food | 973.54 |
| Hygiene | 253.36 |
| **Total Food, Clothing, Hygiene** | 1,512.42 |
| Interest Expense | |
| LOC | 708.97 |
| **Total Interest Expense** | 708.97 |
| Meals and Entertainment | 196.18 |
| Personal Gifts | 554.90 |
| Real Estate Taxes | |
| Wyckoff, NJ | 3,895.70 |
| **Total Real Estate Taxes** | 3,895.70 |
| Rental Expense | 200.00 |
| Repairs and Maintenance | 174.48 |
| Travel Expense | 150.00 |
| Utilities | 660.98 |
| **Total Expense** | 8,053.63 |
| **Net Ordinary Income** | 18,451.51 |
| **Net Income** | 18,451.51 |

## Payroll Details

**Pay Frequency: Biweekly**
**Department: 800 - Staff**
**Employee: Campanella, Marie**

SSN: xxx-xx-9008

| Description | Hours | Rate | Amount | Taxes | | Deductions | | Net | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 0.00 | | 16,000.00 | FED FIT | 3,284.80 | | | 10,549.66 | FED SOCSEC-ER | 992.00 |
| | 0.00 | | 16,000.00 | FED SOCSEC | 992.00 | | | | FED MEDCARE-ER | 232.00 |
| | | | | FED MEDCARE | 232.00 | | | | | 1,224.00 |
| | | | | NJ SIT | 941.54 | | | | | |
| | | | | | 5,450.34 | | | | | |

Check Date: 05/03/2017 / Direct Deposit / Checking / Account No: XXXXXXX1159  $5,274.83
Check Date: 05/17/2017 / Direct Deposit / Checking / Account No: XXXXXXX1159  $5,274.83

**Department Totals: 800 - Staff**

| Regular | 0.00 | | $16,000.00 | FED FIT | $3,284.80 | | | $10,549.66 | FED SOCSEC-ER | $992.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0.00 | | $16,000.00 | FED SOCSEC | $992.00 | | | | FED MEDCARE-ER | $232.00 |
| | | | | FED MEDCARE | $232.00 | | | | | $1,224.00 |
| | | | | NJ SIT | $941.54 | | | | | |
| | | | | | $5,450.34 | | | | | |

**Total Employees - 800 - Staff: 1**
**Pay Frequency Totals: Biweekly**

| Regular | 0.00 | | $16,000.00 | FED FIT | $3,284.80 | | | $10,549.66 | FED SOCSEC-ER | $992.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0.00 | | $16,000.00 | FED SOCSEC | $992.00 | | | | FED MEDCARE-ER | $232.00 |
| | | | | FED MEDCARE | $232.00 | | | | | $1,224.00 |
| | | | | NJ SIT | $941.54 | | | | | |
| | | | | | $5,450.34 | | | | | |

**Total Employees - Biweekly: 1**
**Company Totals:**

| Regular | 0.00 | | $16,000.00 | FED FIT | $3,284.80 | | | $10,549.66 | FED SOCSEC-ER | $992.00 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0.00 | | $16,000.00 | FED SOCSEC | $992.00 | | | | FED MEDCARE-ER | $232.00 |
| | | | | FED MEDCARE | $232.00 | | | | | $1,224.00 |
| | | | | NJ SIT | $941.54 | | | | | |
| | | | | | $5,450.34 | | | | | |

**Total Employees - Company: 1**

Company: Pilgrim Medical Group Inc
Check dates from: 5/3/2017 - Payroll 1 to: 5/19/2017 - Payroll 2
Pay Period from: 04/03/2017 to: 05/14/2017

1 of 1

Date Printed: 06/16/2017 11:34
22737851 - RZ/GH8