B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  Pilgrim Medical Center                                  Case No.  16-15414
           *Debtor*

                                                               Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  November, 2016                         Date filed:  06/19/2017

Line of Business:  Medical Services             NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ Nicholas V. Campanella, MD*
Original Signature of Responsible Party

Nicholas V. Campanella, MD
Printed Name of Responsible Party

| Questionnaire: *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|:---:|:---:|
| 1. IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☒ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☒ | ☐ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐    ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 162,560.26 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 55,863.30 |
| Cash on Hand at End of Month | $ | 2,183.76 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL | $ | 2,183.76 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 162,083.00 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 162,560.26 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 162,083.00 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 477.26 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---:|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 21 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 20 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---:|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 69,375.00 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---:|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 0.00 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 18,880.40 |

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 158,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 157,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 1,000.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

12:20 PM
06/17/17
Cash Basis

# PILGRIM MEDICAL CENTER INC
## Profit & Loss
### November 2016

|  | Nov 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Fee for Service Income | 162,560.26 |
| **Total Income** | 162,560.26 |
| **Gross Profit** | 162,560.26 |
| **Expense** | |
| Building Maint. | 1,062.05 |
| Credit Card Expenses | 309.72 |
| Insurance Expense | 6,566.45 |
| Licenses and Permits | 1,050.00 |
| Management Fees | 2,860.70 |
| Payroll Fees | 171.00 |
| Payroll Taxes | 10,259.03 |
| Petty Cash | 1,500.00 |
| Salaries and Wages | 136,804.05 |
| Security Expenses | 1,500.00 |
| **Total Expense** | 162,083.00 |
| **Net Ordinary Income** | 477.26 |
| **Net Income** | 477.26 |

12:36 PM
06/19/17
Cash Basis

# PILGRIM MEDICAL CENTER INC
## Transactions by Account
### As of November 30, 2016

| Type | Date | Num | Adj | Name | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **TD Bank-9126 Debtor in Possessi** | | | | | | | | 3,218.20 |
| Deposit | 11/07/2016 | | | | Self Pay | 891.00 | | 4,109.20 |
| Deposit | 11/07/2016 | | | | Self Pay | 682.00 | | 4,791.20 |
| Deposit | 11/07/2016 | | | | Self Pay | 607.00 | | 5,398.20 |
| Deposit | 11/14/2016 | | | | Self Pay | 758.00 | | 6,156.20 |
| Deposit | 11/14/2016 | | | | Self Pay | 655.00 | | 6,811.20 |
| Deposit | 11/14/2016 | | | | Self Pay | 332.00 | | 7,143.20 |
| Check | 11/14/2016 | 1037 | | MARIE CAMPANEL... | Draw | | 5,000.00 | 2,143.20 |
| Deposit | 11/17/2016 | | | | Self Pay | 244.00 | | 2,387.20 |
| Deposit | 11/17/2016 | | | | Self Pay | 221.00 | | 2,608.20 |
| Deposit | 11/21/2016 | | | | Self Pay | 1,351.00 | | 3,959.20 |
| Deposit | 11/21/2016 | | | | Self Pay | 609.00 | | 4,568.20 |
| Check | 11/28/2016 | 1036 | | PILGRIM MEDICAL | Exchange | | 4,400.00 | 168.20 |
| Deposit | 11/30/2016 | | | | Self Pay | 722.00 | | 890.20 |
| Total TD Bank-9126 Debtor In Possessi | | | | | | 7,072.00 | 9,400.00 | 890.20 |
| **Valley National Bank** | | | | | | | | 52,645.10 |
| Deposit | 11/01/2016 | | | | Credit Card | 863.20 | | 53,508.30 |
| Deposit | 11/01/2016 | | | | -SPLIT- | 8,034.44 | | 61,542.74 |
| General Journal | 11/02/2016 | | * | PAYROLL | Office Work | | 46,871.81 | 14,670.93 |
| Deposit | 11/02/2016 | | | | Credit Card | 1,664.00 | | 16,334.93 |
| Check | 11/02/2016 | D.M. | | MONTCLAIR SUR... | Loan Receiv-... | | 294.00 | 16,040.93 |
| Deposit | 11/02/2016 | | | | Credit Card | 156.00 | | 16,196.93 |
| Check | 11/02/2016 | 1201 | | New Jersey Depart... | Licenses and ... | | 250.00 | 15,946.93 |
| Deposit | 11/04/2016 | | | | Unisys | 10,128.00 | | 26,074.93 |
| Deposit | 11/04/2016 | | | | Credit Card | 2,184.00 | | 28,258.93 |
| Deposit | 11/05/2016 | | | | Credit Card | 613.60 | | 28,872.53 |
| Check | 11/07/2016 | D.M. | | United Healtcare | Medicare Pre... | | 357.16 | 28,515.37 |
| Check | 11/07/2016 | D.M. | | United Healtcare A... | Medicare Pre... | | 65.80 | 28,449.57 |
| Deposit | 11/09/2016 | | | | Credit Card | 1,996.80 | | 30,446.37 |
| Check | 11/09/2016 | 1200 | | NJ DEPT OF HEAL... | Licenses and ... | | 800.00 | 29,646.37 |
| Deposit | 11/10/2016 | | | | Unisys | 14,856.00 | | 44,502.37 |
| Deposit | 11/10/2016 | | | | Credit Card | 2,069.60 | | 46,571.97 |
| Check | 11/10/2016 | 1194 | | Town of Montclair | Security Expen... | | 300.00 | 46,271.97 |
| Deposit | 11/11/2016 | | | | Credit Card | 1,372.80 | | 47,644.77 |
| Deposit | 11/11/2016 | | | | Credit Card | 312.00 | | 47,956.77 |
| Deposit | 11/12/2016 | | | | Credit Card | 665.60 | | 48,622.37 |
| Deposit | 11/12/2016 | | | | Credit Card | 478.40 | | 49,100.77 |
| Deposit | 11/14/2016 | | | | Advances to P... | 5,000.00 | | 54,100.77 |
| Check | 11/14/2016 | D.M. | | MONTCLAIR PHYS... | Loan Receiv -... | | 263.20 | 53,837.57 |
| Check | 11/14/2016 | D.M. | | ADP Payroll Fees | Payroll Fees | | 121.00 | 53,716.57 |
| Deposit | 11/15/2016 | | | | Credit Card | 769.60 | | 54,486.17 |
| General Journal | 11/16/2016 | | * | PAYROLL | Office Work | | 47,098.28 | 7,387.89 |
| Deposit | 11/16/2016 | | | | Credit Card | 1,030.64 | | 8,418.53 |
| Check | 11/16/2016 | 1193 | | Town of Montclair | Security Expen... | | 300.00 | 8,118.53 |
| General Journal | 11/17/2016 | | * | PAYROLL | -SPLIT- | | 2,058.66 | 6,059.87 |
| Deposit | 11/17/2016 | | | | Insurance Pay... | 2,000.00 | | 8,059.87 |
| Deposit | 11/18/2016 | | | | Insurance Pay... | 1,850.00 | | 9,909.87 |
| Deposit | 11/18/2016 | | | | Unisys | 13,266.00 | | 23,175.87 |
| Deposit | 11/18/2016 | | | | Credit Card | 1,128.40 | | 24,304.27 |
| Check | 11/18/2016 | D.M. | | PHOENIX HEALTH ... | Advances to P... | | 5,000.00 | 19,304.27 |
| Check | 11/18/2016 | D.M. | | Pilgrim Gynecology ... | Insurance Pay... | | 401.54 | 18,902.73 |
| Deposit | 11/18/2016 | | | | Credit Card | 15.60 | | 18,918.33 |
| Deposit | 11/19/2016 | | | | Credit Card | 905.00 | | 19,823.33 |
| Deposit | 11/19/2016 | | | | Credit Card | 72.80 | | 19,896.13 |
| Check | 11/21/2016 | D.M. | | CMS Medicare | Medicare Pre... | | 389.80 | 19,506.33 |
| Check | 11/21/2016 | D.M. | | CMS Medicare | Medicare Pre... | | 462.70 | 19,043.63 |
| Check | 11/21/2016 | 1203 | | PETTY CASH | Petty Cash | | 1,500.00 | 17,543.63 |
| Deposit | 11/22/2016 | | | | Insurance Pay... | 100.94 | | 17,644.57 |
| Deposit | 11/22/2016 | | | | Credit Card | 2,594.80 | | 20,239.37 |
| Deposit | 11/23/2016 | | | | Credit Card | 520.00 | | 20,759.37 |
| Deposit | 11/25/2016 | | | | Unisys | 12,018.00 | | 32,777.37 |
| Check | 11/25/2016 | D.M. | | ADP Payroll Fees | Payroll Fees | | 50.00 | 32,727.37 |
| Deposit | 11/26/2016 | | | | Credit Card | 3,494.60 | | 36,221.97 |
| Check | 11/26/2016 | 1197 | | Town of Montclair | Security Expen... | | 300.00 | 35,921.97 |
| Deposit | 11/28/2016 | | | | Insurance Pay... | 2,000.00 | | 37,921.97 |
| Deposit | 11/28/2016 | | | | Insurance Pay... | 4,550.00 | | 42,471.97 |
| Check | 11/28/2016 | D.M. | | MONTCLAIR PHYS... | Loan Receiv -... | | 284.80 | 42,187.17 |
| Check | 11/28/2016 | D.M. | | MONTCLAIR PHYS... | Loan Receiv -... | | 515.00 | 41,672.17 |
| Check | 11/28/2016 | 1195 | | Town of Montclair | Security Expen... | | 300.00 | 41,372.17 |
| Deposit | 11/28/2016 | | | | Exchange | 4,400.00 | | 45,772.17 |
| Deposit | 11/29/2016 | | | | Insurance Pay... | 572.78 | | 46,344.95 |
| Deposit | 11/29/2016 | | | | Insurance Pay... | 782.00 | | 47,126.95 |
| Deposit | 11/29/2016 | | | | Credit Card | 478.60 | | 47,605.55 |
| Deposit | 11/29/2016 | | | | Loan Receiv -... | 2,000.00 | | 49,605.55 |
| General Journal | 11/30/2016 | | * | PAYROLL | Office Work | | 46,294.27 | 3,311.28 |
| Check | 11/30/2016 | 1196 | | Town of Montclair | Security Expen... | | 300.00 | 3,011.28 |
| Check | 11/30/2016 | D.M. | | MONTCLAIR SUR... | Loan Receiv -... | | 753.60 | 2,257.68 |

Page 1

12:36 PM
06/19/17
Cash Basis

# PILGRIM MEDICAL CENTER INC
## Transactions by Account
### As of November 30, 2016

| Type | Date | Num | Adj | Name | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---:|---:|---:|
| Check | 11/30/2016 | D.M. | | MONTCLAIR PHYS... | Loan Receiv -... | | 2,000.00 | 257.68 |
| Deposit | 11/30/2016 | | | | Unisys | 15,432.00 | | 15,689.68 |
| Check | 11/30/2016 | D.M. | | BANKCARD MTOT ... | Credit Card Ex... | | 309.72 | 15,379.96 |
| Check | 11/30/2016 | D.M. | | PHOENIX HEALTH ... | Advances to P... | | 16,000.00 | -620.04 |
| Deposit | 11/30/2016 | | | | Credit Card | 1,913.60 | | 1,293.56 |
| **Total Valley National Bank** | | | | | | **122,289.80** | **173,641.34** | **1,293.56** |
| **TOTAL** | | | | | | **129,361.80** | **183,041.34** | **2,183.76** |



# TD Bank
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

PILGRIM MEDICAL CENTER INC
DIP CASE 16-15414 DIST NJ
393 BLOOMFIELD AVE
MONTCLAIR NJ  07042-3505

Page:    1 of 2
Statement Period:    Nov 01 2016-Nov 30 2016
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

PILGRIM MEDICAL CENTER INC    Account #
DIP CASE 16-15414 DIST NJ

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 3,218.20 | Average Collected Balance | 3,666.83 |
| Deposits | 6,350.00 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 30 |
| Checks Paid | 9,400.00 | | |
| Ending Balance | 168.20 | | |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/3 | DEPOSIT | 891.00 |
| 11/7 | DEPOSIT | 682.00 |
| 11/7 | DEPOSIT | 607.00 |
| 11/14 | DEPOSIT | 758.00 |
| 11/14 | DEPOSIT | 655.00 |
| 11/14 | DEPOSIT | 332.00 |
| 11/17 | DEPOSIT | 244.00 |
| 11/17 | DEPOSIT | 221.00 |
| 11/21 | DEPOSIT | 1,351.00 |
| 11/21 | DEPOSIT | 609.00 |
| | Subtotal: | 6,350.00 |

**Checks Paid**  No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 11/14 | 1033 | 5,000.00 |
| 11/28 | 1036* | 4,400.00 |
| | Subtotal: | 9,400.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 3,218.20 | 11/17 | 2,608.20 |
| 11/3 | 4,109.20 | 11/21 | 4,568.20 |
| 11/7 | 5,398.20 | 11/28 | 168.20 |
| 11/14 | 2,143.20 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 2

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance    168.20
② Total Deposits    +
③ Sub Total
④ Total Withdrawals    −
⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** ② |  |  |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** ④ |  |  |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number..
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES:Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted, plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



```
PILGRIM MEDICAL CENTER INC
393 BLOOMFIELD AVE                          0              Page:              1
MONTCLAIR NJ 07042-3741                                    Chks Paid:         6
                                                           Statement Date:    11/30/16
                                                           Account Number:
```

```
****************** BusinessCHECKING 300           ***********************
Non-Check Transactions
   Date    Description                                              Amount
   11/01   HORIZON          TDU ACH PT                             2,880.96
           ID: ACH010009975637
   11/01   ADP EEPAY/GARNWC EEPAY/GARN                               318.22-
           ID: 929500994973GH8
   11/01   ADP Tax/401k     Tax/401k                              14,451.30-
           ID: RZGH8 110214A01
   11/01   ADP EEPAY/GARNWC EEPAY/GARN                             32,102.29-
           ID: 929500994972GH8
   11/01   TRANSFER TO CK   XXXXXXXX9705                            1,392.40-
   11/02   BANKCARD         BTOT DEP                                  863.20
           ID: 543469430101030
   11/02   BANKCARD         MTOT DISC                                 373.62-
           ID: 543469430101030
   11/02   TRANSFER TO CK   XXXXXXXX9705                              294.00-
   11/03   BANKCARD         MTOT DEP                                1,820.00
           ID: 543469430101030
   11/04   HORIZON          TDU ACH PT                              1,761.25
           ID: ACH010009990940
   11/04   SNJ-MED.ASST.PAY MD AST.PAY                             10,128.00
           ID: 0175641AG932754
   11/07   UnitedHCMedicare MedInsPymt                                 65.80-
           ID: 0166626911
   11/07   UnitedHealthcare PREMIUM                                   357.16-
           ID: 3184949601
   11/07   BANKCARD         MTOT DEP                                  884.00
           ID: 543469430101030
   11/07   BANKCARD         BTOT DEP                                2,184.00
           ID: 543469430101030
   11/08   HORIZON          TDU ACH PT                                750.00
           ID: ACH010010013574
   11/08   HORIZON          TDU ACH PT                              1,000.00
           ID: ACH010010006015
   11/08   BANKCARD         BTOT DEP                                  270.40-
           ID: 543469430101030
```

Handwritten annotations: "1664+156", "Refund 884.00 <270.40> = 613.60", "A"

(c) Valley National Bank, Member FDIC. Equal Opportunity Lender.



```
PILGRIM MEDICAL CENTER INC            0                Page:           2
393 BLOOMFIELD AVE
MONTCLAIR NJ 07042-3741                       Statement Date:   11/30/16
                                              Account Number:
```

```
******************** BusinessCHECKING 300          1 ***********************
Non-Check Transactions
    Date    Description                                            Amount
    11/10   HORIZON            TDU ACH PT                           900.00
            ID: ACH010010020867
    11/10   SNJ-MED.ASST.PAY   MD AST.PAY                        14,856.00
            ID: 0175641AG937228
    11/10   BANKCARD           BTOT DEP                            1,996.80
            ID: 543469430101030
    11/14   TRANSFER TO CK  XXXXXXXX9713                             263.20-
    11/14   ADP PAYROLL FEES   ADP - FEES                            121.00-
            ID: 2RGH8    5476301
    11/14   BANKCARD           BTOT DEP                              665.60
            ID: 543469430101030
    11/14   BANKCARD           BTOT DEP                            1,372.80
            ID: 543469430101030
    11/14   BANKCARD           BTOT DEP                            2,069.60
            ID: 543469430101030
    11/14   TRNSFER FRM CK  XXXXXXXX9640                           5,000.00
    11/15   HORIZON            TDU ACH PT                          3,623.19
            ID: ACH010010043394
    11/15   BANKCARD           BTOT DEP                              790.40
            ID: 543469430101030
    11/15   ADP EEPAY/GARNWC   EEPAY/GARN                            319.24-
            ID: 719066206833GH8
    11/15   ADP Tax/401k       Tax/401k                          14,686.30-
            ID: RZGH8 111615A01
    11/15   ADP EEPAY/GARNWC   EEPAY/GARN                         32,092.74-
            ID: 719066206832GH8
    11/16   BANKCARD           BTOT DEP                              769.60
            ID: 543469430101030
    11/17   HORIZON            TDU ACH PT                          2,000.00
            ID: ACH010010058150
    11/17   BANKCARD           BTOT DEP                            1,030.64
            ID: 543469430101030
    11/18   HORIZON            TDU ACH PT                          1,850.00
            ID: ACH010010065376
```

Handwritten annotations near 11/14 entries:
+478.40 11/14
+312.00 11/14
790.40
1144—
1684.80
Circled "B" marks on two entries.

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.



```
PILGRIM MEDICAL CENTER INC           0              Page:            3
393 BLOOMFIELD AVE
MONTCLAIR NJ 07042-3741                             Statement Date:  11/30/16
                                                    Account Number:
```

```
******************** BusinessCHECKING 300        ***********************
Non-Check Transactions
  Date    Description                                            Amount
  11/18   SNJ-MED.ASST.PAY  MD AST.PAY                         13,266.00
          ID: 0175641AG941916
  11/18   ADP EEPAY/GARNWC  EEPAY/GARN                              38.19-
          ID: 190046336498GH8
  11/18   ADP Tax/401k      Tax/401k                            2,020.47-
          ID: RZGH8 111708A01
  11/18   TRANSFER TO CK   XXXXXXXX9640                         5,000.00-
  11/18   TRANSFER TO CK   XXXXXXXX9659                           401.54-
  11/21   CMS MEDICARE      PREMIUMS                              389.80-
          ID: 0000
  11/21   CMS MEDICARE      PREMIUMS                              462.70-
          ID: 0000
  11/21   BANKCARD          BTOT DEP                              977.80
          ID: 543469430101030
  11/21   BANKCARD          BTOT DEP                            1,144.00
          ID: 543469430101030
  11/22   HORIZON           TDU ACH PT                             100.94
          ID: ACH010010082848
  11/23   BANKCARD          MTOT DEP                            2,594.80
          ID: 543469430101030
  11/25   SNJ-MED.ASST.PAY  MD AST.PAY                         12,018.00
          ID: 0175641AG946340
  11/25   ADP PAYROLL FEES  ADP - FEES                             50.00-
          ID: 2RGH8  6134725
  11/25   BANKCARD          BTOT DEP                              520.00
          ID: 543469430101030
  11/28   TRANSFER TO CK   XXXXXXXX9713                           284.80-
  11/28   TRANSFER TO CK   XXXXXXXX9713                           515.00-
  11/28   HORIZON           TDU ACH PT                          2,000.00
          ID: ACH010010110481
  11/28   HORIZON           TDU ACH PT                          4,550.00
          ID: ACH010010102793
  11/28   BANKCARD          BTOT DEP                            3,494.60
          ID: 543469430101030
```

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.



```
PILGRIM MEDICAL CENTER INC          0              Page:              4
393 BLOOMFIELD AVE
MONTCLAIR NJ 07042-3741                         Statement Date:   11/30/16
                                                Account Number:
```

```
******************** BusinessCHECKING 300              ***********************
Non-Check Transactions
    Date    Description                                                Amount
    11/28   Deposit                    TRANSFER FROM VB              4,400.00
    11/29   HORIZON            TDU ACH PT                              572.78
            ID: ACH010010118077
    11/29   HORIZON            TDU ACH PT                              782.00
            ID: ACH010010124937
    11/29   ADP EEPAY/GARNWC EEPAY/GARN                                315.72-
            ID: 925501509840GH8
    11/29   ADP EEPAY/GARNWC EEPAY/GARN                             31,679.77-
            ID: 925501509839GH8
    11/29   TRNSFER FRM CK   XXXXXXXX9713                            2,000.00
    11/30   BANKCARD          BTOT DEP                                 478.60
            ID: 543469430101030
    11/30   ADP Tax/401k     Tax/401k                               14,298.78-
            ID: RZGH8 113016A01
```

```
Checks in Order
        Date Number       Amount         Date Number       Amount
        11/16  1193       300.00               *
        11/10  1194       300.00         11/09  1200       800.00
        11/28  1195       300.00               *
        11/30  1196       300.00         11/21  1203     1,500.00
            (*) Check Number Missing or Check Converted to  Electronic
            Transaction and Listed Under Non-Check Transactions

Daily Balance Summary
    Date        Balance      Date       Balance      Date       Balance
    10/31     51,530.16     11/09     23,376.38     11/21     17,793.63
    11/01      6,146.91     11/10     40,829.18     11/22     17,894.57
    11/02      6,342.49     11/14     49,552.98     11/23     20,489.37
    11/03      8,162.49     11/15      6,868.29     11/25     32,977.37
    11/04     20,051.74     11/16      7,337.89     11/28     46,322.17
    11/07     22,696.78     11/17     10,368.53     11/29     17,681.46
    11/08     24,176.38     11/18     18,024.33     11/30      3,561.28
```

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.



```
PILGRIM MEDICAL CENTER INC              0                   Page:           5
393 BLOOMFIELD AVE
MONTCLAIR NJ 07042-3741                             Statement Date:   11/30/16
                                                    Account Number:
```

```
******************** BusinessCHECKING 300           ***********************
Account Summary
Previous Statement Date: 10/31/16
    Beginning                  Interest                  Service          Ending
     Balance    +  Deposits  +  Paid -  Withdrawals -   Charge     =     Balance
    51,530.16    108,095.56       .00    156,064.44        .00          3,561.28

Statement from 11/01/16 Thru 11/30/16
YTD Interest Paid              .00

    Enjoy the next holiday season, with a Holiday Club Savings
    Account. It's a great way to help you budget and keep you on
    track. Open a Holiday Club Savings Account for $20 or higher
    and receive a gift absolutely free! Visit a branch or call
    24/7 at 800-522-4100 for details.
```

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.


Check#:1193, Amount:$300.00, Date:11/16


Check#:1194, Amount:$300.00, Date:11/10


Check#:1195, Amount:$300.00, Date:11/28


Check#:1196, Amount:$300.00, Date:11/30


Check#:1200, Amount:$800.00, Date:11/9


Check#:1203, Amount:$1,500.00, Date:11/21