B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  Pilgrim Medical Center
            *Debtor*

Case No. 16-15414

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: December, 2016

Date filed: 06/19/2017

Line of Business: Medical Services

NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

/s/ Nicholas V. Campanella, MD
Original Signature of Responsible Party

Nicholas V. Campanella, MD
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐    ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL INCOME | $ | 157,276.45 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 2,183.76 |
| Cash on Hand at End of Month | $ | 29,027.41 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL | $ | 29,027.41 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| TOTAL EXPENSES | $ | 157,194.07 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 157,276.45 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 157,194.07 |
| *(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH** | $ | 82.38 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---:|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 21 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 20 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---:|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 6,000.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 65,375.00 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---:|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 14,529.71 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 33,410.11 |

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 195,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 195,000.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 0.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

1:22 PM
06/19/17
Cash Basis

# PILGRIM MEDICAL CENTER INC
## Transactions by Account
### As of December 31, 2016

| Type | Date | Num | Adj | Name | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| **TD Bank-9126 Debtor In Possessi** | | | | | | | | 890.20 |
| Deposit | 12/06/2016 | | | | Self Pay | 895.00 | | 1,785.20 |
| Deposit | 12/06/2016 | | | | Self Pay | 252.47 | | 2,037.67 |
| Deposit | 12/08/2016 | | | | Self Pay | 780.00 | | 2,817.67 |
| Deposit | 12/12/2016 | | | | Self Pay | 2,410.00 | | 5,227.67 |
| Deposit | 12/14/2016 | | | | Self Pay | 1,873.00 | | 7,100.67 |
| Deposit | 12/15/2016 | | | | Self Pay | 623.00 | | 7,723.67 |
| Check | 12/16/2016 | 1040 | | | Ask Dr. Camp... | | 910.75 | 6,812.92 |
| Check | 12/16/2016 | 1041 | | | Ask Dr. Camp... | | 40.31 | 6,772.61 |
| Deposit | 12/19/2016 | | | | Self Pay | 813.00 | | 7,585.61 |
| Deposit | 12/19/2016 | | | | Self Pay | 158.00 | | 7,743.61 |
| Check | 12/19/2016 | 1039 | | | Medical Recor... | | 1,421.93 | 6,321.68 |
| Check | 12/19/2016 | 1042 | | | Medical Recor... | | 62.78 | 6,258.90 |
| Check | 12/19/2016 | 1043 | | | Medical Recor... | | 725.00 | 5,533.90 |
| Check | 12/19/2016 | 1044 | | | Medical Recor... | | 279.05 | 5,254.85 |
| Check | 12/20/2016 | 1038 | | | Medical Recor... | | 595.97 | 4,658.88 |
| Deposit | 12/21/2016 | | | | Self Pay | 1,141.00 | | 5,799.88 |
| Deposit | 12/22/2016 | | | | Self Pay | 174.00 | | 5,973.88 |
| Check | 12/22/2016 | 1046 | | PETTY CASH | Petty Cash | | 1,500.00 | 4,473.88 |
| Check | 12/22/2016 | 1047 | | | Medical Recor... | | 2,000.00 | 2,473.88 |
| Check | 12/23/2016 | 1037 | | | Medical Recor... | | 1,007.61 | 1,466.27 |
| **Total TD Bank-9126 Debtor in Possessi** | | | | | | **9,119.47** | **8,543.40** | **1,466.27** |
| **Valley National Bank** | | | | | | | | 1,293.56 |
| Deposit | 12/02/2016 | | | | Credit Card | 2,589.60 | | 3,883.16 |
| Check | 12/03/2016 | 1198 | | Town of Montclair | Security Expen... | | 300.00 | 3,583.16 |
| Deposit | 12/05/2016 | | | | Insurance Pay... | 1,000.00 | | 4,583.16 |
| Check | 12/05/2016 | | | United Healtcare A... | Medicare Pre... | | 65.80 | 4,517.36 |
| Check | 12/05/2016 | | | United Healtcare | Medicare Pre... | | 357.16 | 4,160.20 |
| Deposit | 12/05/2016 | | | | Patient Income | 1,508.00 | | 5,668.20 |
| Check | 12/05/2016 | | | MONTCLAIR SUR... | Transfer to MSS | | 1,079.60 | 4,588.60 |
| Deposit | 12/06/2016 | | | | Patient Income | 523.16 | | 5,111.76 |
| Check | 12/06/2016 | | | BANKCARD MTOT ... | Credit Card Ex... | | 478.40 | 4,633.36 |
| Deposit | 12/07/2016 | | | | Patient Income | 478.40 | | 5,111.76 |
| Deposit | 12/08/2016 | | | | Insurance Pay... | 150.46 | | 5,262.22 |
| Deposit | 12/08/2016 | | | | Patient Income | 1,196.00 | | 6,458.22 |
| Check | 12/08/2016 | | | MONTCLAIR SUR... | Transfer to MSS | | 404.00 | 6,054.22 |
| Deposit | 12/08/2016 | | | | Patient Income | 172.98 | | 6,227.20 |
| Deposit | 12/09/2016 | | | | Insurance Pay... | 21,705.00 | | 27,932.20 |
| Check | 12/09/2016 | | | ADP Payroll Fees | Payroll Fees | | 15.00 | 27,917.20 |
| Check | 12/12/2016 | | | MONTCLAIR SUR... | Transfer to MSS | | 1,044.80 | 26,872.40 |
| Deposit | 12/12/2016 | | | | Transfer to MSS | 10,000.00 | | 36,872.40 |
| Deposit | 12/12/2016 | | | | Transfer to MPG | 10,000.00 | | 46,872.40 |
| Deposit | 12/12/2016 | | | | Patient Income | 322.40 | | 47,194.80 |
| Deposit | 12/12/2016 | | | | Insurance Pay... | 4,232.80 | | 51,427.60 |
| Check | 12/13/2016 | | | Payroll Taxes | Payroll Taxes | | 315.18 | 51,112.42 |
| Check | 12/13/2016 | | | Payroll Taxes | -SPLIT- | | 14,210.30 | 36,902.12 |
| Check | 12/13/2016 | | | PAYROLL | -SPLIT- | | 31,584.51 | 5,317.61 |
| Deposit | 12/13/2016 | | | | Due To Pilgrim... | 6,000.00 | | 11,317.61 |
| Check | 12/13/2016 | 1204 | | Campanella Law Of... | Legal Fees | | 6,000.00 | 5,317.61 |
| Deposit | 12/14/2016 | | | | Patient Income | 889.20 | | 6,206.81 |
| Check | 12/15/2016 | | D.M. | STATE OF NJ CBT | State Business... | | 375.00 | 5,831.81 |
| Deposit | 12/15/2016 | | | | Patient Income | 436.80 | | 6,268.61 |
| Deposit | 12/16/2016 | | | | Insurance Pay... | 28,464.00 | | 34,732.61 |
| Check | 12/16/2016 | | | Pilgrim Practice Ma... | Due to Pilgrim... | | 3,000.00 | 31,732.61 |
| Check | 12/16/2016 | 1205 | | The Brownstone | Meals and Ent... | | 1,921.17 | 29,811.44 |
| Check | 12/16/2016 | 1206 | | Town of Montclair | Security Expen... | | 300.00 | 29,511.44 |
| Deposit | 12/19/2016 | | | | Patient Income | 873.60 | | 30,385.04 |
| Deposit | 12/19/2016 | | | | Patient Income | 1,560.00 | | 31,945.04 |
| Deposit | 12/19/2016 | | | | Patient Income | 9,000.00 | | 40,945.04 |
| Check | 12/20/2016 | | | CMS Medicare | Medicare Pre... | | 504.80 | 40,440.24 |
| Check | 12/20/2016 | | | CMS Medicare | Medicare Pre... | | 504.80 | 39,935.44 |
| Deposit | 12/21/2016 | | | | Patient Income | 488.80 | | 40,424.24 |
| Check | 12/21/2016 | 1207 | | Ilham Abujarour | Outside Servic... | | 500.00 | 39,924.24 |
| Check | 12/21/2016 | 1208 | | ASTACIA ALTAGR... | Outside Servic... | | 500.00 | 39,424.24 |
| Check | 12/21/2016 | 1209 | | Vanessa Cheatham | Outside Servic... | | 500.00 | 38,924.24 |
| Check | 12/21/2016 | 1210 | | Desire Ferara | Office Expense | | 500.00 | 38,424.24 |
| Check | 12/21/2016 | 1211 | | Maureen R. Haly | Outside Servic... | | 500.00 | 37,924.24 |
| Check | 12/21/2016 | 1212 | | DELPHINE JOHNS... | Outside Servic... | | 750.00 | 37,174.24 |
| Check | 12/21/2016 | 1213 | | Charlie Zoppy | Outside Servic... | | 500.00 | 36,674.24 |
| Check | 12/21/2016 | 1214 | | Sandra Lopez | Outside Servic... | | 1,000.00 | 35,674.24 |
| Check | 12/21/2016 | 1215 | | Jose Camilo | Outside Servic... | | 500.00 | 35,174.24 |
| Check | 12/21/2016 | 1216 | | Zoe Nunez | Outside Servic... | | 500.00 | 34,674.24 |
| Check | 12/21/2016 | 1217 | | Cristie Ocars | Outside Servic... | | 500.00 | 34,174.24 |
| Check | 12/21/2016 | 1218 | | Maureen Olmo | Outside Servic... | | 500.00 | 33,674.24 |
| Check | 12/21/2016 | 1219 | | Doris Purpusa | Outside Servic... | | 500.00 | 33,174.24 |
| Check | 12/21/2016 | 1220 | | Dominick Quispe | Outside Servic... | | 500.00 | 32,674.24 |
| Check | 12/21/2016 | 1221 | | Yohanna Rojas | Outside Servic... | | 750.00 | 31,924.24 |

1:22 PM
06/19/17
Cash Basis

# PILGRIM MEDICAL CENTER INC
## Transactions by Account
### As of December 31, 2016

| Type | Date | Num | Adj | Name | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---:|---:|---:|
| Check | 12/21/2016 | 1223 | | Lauren Telas | Outside Servic... | | 750.00 | 31,174.24 |
| Check | 12/21/2016 | 1224 | | Argades Trejo | Outside Servic... | | 500.00 | 30,674.24 |
| Check | 12/21/2016 | 1222 | | Cassie Stein | Outside Servic... | | 500.00 | 30,174.24 |
| Deposit | 12/22/2016 | | | | Patient Income | 2,090.40 | | 32,264.64 |
| Deposit | 12/23/2016 | | | | Insurance Pay... | 17,670.00 | | 49,934.64 |
| Check | 12/23/2016 | | | ADP Payroll Fees | Payroll Fees | | 15.00 | 49,919.64 |
| Deposit | 12/27/2016 | | | | Patient Income | 1,585.00 | | 51,504.64 |
| Deposit | 12/27/2016 | | | | Patient Income | 1,310.40 | | 52,815.04 |
| Deposit | 12/27/2016 | | | | Insurance Pay... | 3,150.00 | | 55,965.04 |
| Check | 12/27/2016 | | | MONTCLAIR PHYS... | Transfer to MPG | | 91.60 | 55,873.44 |
| Check | 12/28/2016 | | | Payroll Taxes | Payroll Taxes | | 317.84 | 55,555.60 |
| Check | 12/28/2016 | | | PAYROLL CHECKS | -SPLIT- | | 31,759.45 | 23,796.15 |
| Check | 12/28/2016 | | | Payroll Taxes | -SPLIT- | | 14,131.98 | 9,664.17 |
| Deposit | 12/28/2016 | | | | Patient Income | 3,161.60 | | 12,825.77 |
| Deposit | 12/29/2016 | | | | Insurance Pay... | 770.00 | | 13,595.77 |
| Deposit | 12/29/2016 | | | | Patient Income | 1,695.20 | | 15,290.97 |
| Deposit | 12/30/2016 | | | | Insurance Pay... | 800.00 | | 16,090.97 |
| Deposit | 12/30/2016 | | | | Insurance Pay... | 18,477.00 | | 34,567.97 |
| Check | 12/30/2016 | | | Pilgrim Practice Ma... | Due To Pilgrim... | | 5,000.00 | 29,567.97 |
| Check | 12/31/2016 | 1226 | | Ayala Harkesson | Outside Doctors | | 1,856.83 | 27,711.14 |
| Check | 12/31/2016 | 1227 | | Bethany Van Gas | Outside Servic... | | 150.00 | 27,561.14 |
| Total Valley National Bank | | | | | | 152,300.80 | 126,033.22 | 27,561.14 |
| **TOTAL** | | | | | | **161,420.27** | **134,576.62** | **29,027.41** |

1:22 PM
06/19/17
Cash Basis

# PILGRIM MEDICAL CENTER INC
## Profit & Loss
### December 2016

|  | Dec 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Fee for Service Income | 157,600.27 |
| Refunds | -323.82 |
| **Total Income** | 157,276.45 |
| **Gross Profit** | 157,276.45 |
| **Expense** | |
| Accounting | 0.00 |
| Advertising and Promotion | 0.00 |
| Ambulatory Assessment Tax | 0.00 |
| Ask Dr. Campanella | 951.06 |
| Automobile Expense | 131.43 |
| Bank Service Charges | 0.00 |
| Continuing Education | 141.05 |
| Credit Card Expenses | 478.40 |
| Dues and Subscriptions | 344.09 |
| Equip Lease | 0.00 |
| Insurance Expense | 5,491.53 |
| Interest Expense | 11.99 |
| Licenses and Permits | 0.00 |
| Management Fees | 950.00 |
| Meals and Entertainment | 1,992.73 |
| Medical Records and Supplies | 12,721.15 |
| Office Expense | 500.00 |
| Office Supplies | 2,195.86 |
| Outside Doctors | 1,856.83 |
| Outside Services | 9,900.00 |
| Payroll Fees | 30.00 |
| Payroll Taxes | 6,426.42 |
| Petty Cash | 1,500.00 |
| Professional Fees | 20,529.71 |
| Repairs and Maintenance | 251.92 |
| Salaries and Wages | 86,979.60 |
| Security Expenses | 1,584.35 |
| State Business Taxes | 375.00 |
| Supplies | 45.40 |
| Telephone Expense | 716.68 |
| Utilities | 742.19 |
| Waste Removal | 346.68 |
| **Total Expense** | 157,194.07 |
| **Net Ordinary Income** | 82.38 |
| **Net Income** | 82.38 |

# TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

PILGRIM MEDICAL CENTER INC
DIP CASE 16-15414 DIST NJ
393 BLOOMFIELD AVE
MONTCLAIR NJ  07042-3505

Page: 1 of 3
Statement Period: Dec 01 2016-Dec 31 2016
Cust Ref #:
Primary Account #:

## Chapter 11 Checking
PILGRIM MEDICAL CENTER INC
DIP CASE 16-15414 DIST NJ

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 168.20 | Average Collected Balance | 3,140.35 |
| Deposits | 9,841.47 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Checks Paid | 8,543.40 | | |
| Ending Balance | 1,466.27 | | |

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees (NSF) | $0.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/1 | DEPOSIT | 722.00 |
| 12/6 | DEPOSIT | 895.00 |
| 12/6 | DEPOSIT | 252.47 |
| 12/8 | DEPOSIT | 780.00 |
| 12/12 | DEPOSIT | 2,410.00 |
| 12/14 | DEPOSIT | 1,873.00 |
| 12/15 | DEPOSIT | 623.00 |
| 12/19 | DEPOSIT | 813.00 |
| 12/19 | DEPOSIT | 158.00 |
| 12/21 | DEPOSIT | 1,141.00 |
| 12/22 | DEPOSIT | 174.00 |
| | Subtotal: | 9,841.47 |

**Checks Paid**  No. Checks: 10   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 12/23 | 1037 | 1,007.61 | 12/19 | 1042 | 62.78 |
| 12/20 | 1038 | 595.97 | 12/20 | 1043 | 725.00 |
| 12/19 | 1039 | 1,421.93 | 12/19 | 1044 | 279.05 |
| 12/16 | 1040 | 910.75 | 12/22 | 1046* | 1,500.00 |
| 12/16 | 1041 | 40.31 | 12/22 | 1047 | 2,000.00 |
| | | | | Subtotal: | 8,543.40 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 168.20 | 12/8 | 2,817.67 |
| 12/1 | 890.20 | 12/12 | 5,227.67 |
| 12/6 | 2,037.67 | 12/14 | 7,100.67 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

## How to Balance your Account

Page:    2 of 3

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance    1,466.27

❷ Total Deposits    +

❸ Sub Total

❹ Total Withdrawals    −

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** ❷ | | |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** ❹ | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number..
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES:Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

PILGRIM MEDICAL CENTER INC
DIP CASE 16-15414 DIST NJ

Page:                                  3 of 3
Statement Period:    Dec 01 2016-Dec 31 2016
Cust Ref #:
Primary Account #:

| DAILY BALANCE SUMMARY | | | |
|---|---|---|---|
| DATE | BALANCE | DATE | BALANCE |
| 12/15 | 7,723.67 | 12/21 | 5,799.88 |
| 12/16 | 6,772.61 | 12/22 | 2,473.88 |
| 12/19 | 5,979.85 | 12/23 | 1,466.27 |
| 12/20 | 4,658.88 | | |



**STATEMENT OF ACCOUNT**

PILGRIM MEDICAL CENTER INC
393 BLOOMFIELD AVE
MONTCLAIR NJ 07042-3741

0

Page: 1
Chks Paid: 23
Statement Date: 12/30/16
Account Number:

Indicate to the right any changes of address.
Cut at the dotted line and return this form to:
Valley National Bank, Customer Service Department,
1445 Valley Road, Wayne, NJ 07470

Street: _____
City, State, Zip: _____
Signature: _____

```
******************** BusinessCHECKING 300          **********************
Non-Check Transactions
    Date    Description                                           Amount
    12/01   BANKCARD          BTOT DEP                           1,913.60 ✓
            ID: 543469430101030
    12/01   TRANSFER TO CK    XXXXXXXX9705                         753.60- ✓
    12/01   TRANSFER TO CK    XXXXXXXX9713                       2,000.00- ✓
    12/02   SNJ-MED.ASST.PAY  MD AST.PAY                        15,432.00 ✓
            ID: 0175641AG950896
    12/02   BANKCARD          MTOT DISC                            309.72- ✓
            ID: 543469430101030
    12/02   TRANSFER TO CK    XXXXXXXX9640                      16,000.00- ✓
    12/05   HORIZON           TDU ACH PT                          1,000.00
            ID: ACH010010143201
    12/05   UnitedHCMedicare  MedInsPymt                             65.80-
            ID: 0166626911
    12/05   UnitedHealthcare  PREMIUM                               357.16-
            ID: 3184949601
    12/05   BANKCARD          BTOT DEP                           1,508.00
            ID: 543469430101030
    12/05   BANKCARD          MTOT DEP                           2,589.60 ✓
            ID: 543469430101030
    12/05   TRANSFER TO CK    XXXXXXXX9705                       1,079.60-
    12/06   HORIZON           TDU ACH PT                            523.16
            ID: ACH010010160996
    12/06   BANKCARD          BTOT DEP                             478.40-
            ID: 543469430101030
    12/07   BANKCARD          BTOT DEP                             478.40
            ID: 543469430101030
    12/08   HORIZON           TDU ACH PT                            150.46
            ID: ACH010010165560
    12/08   BANKCARD          MTOT DEP                           1,196.00
            ID: 543469430101030
    12/08   TRANSFER TO CK    XXXXXXXX9705                         404.00-
    12/08   Deposit                                                 172.98
    12/09   SNJ-MED.ASST.PAY  MD AST.PAY                        21,705.00
            ID: 0175641AG955181
```

Report lost or stolen Valley Visa® Debit Card to: 888-379-9903

See other side for important information.



800-522-4100
valleynationalbank.com



STATEMENT OF ACCOUNT

PILGRIM MEDICAL CENTER INC
393 BLOOMFIELD AVE
MONTCLAIR NJ 07042-3741

0

Page: 2
Statement Date: 12/30/16
Account Number:

Street:
City, State, Zip:
Signature:

Indicate to the right any changes of address.
Cut at the dotted line and return this form to:
Valley National Bank, Customer Service Department,
1445 Valley Road, Wayne, NJ 07470

******************** BusinessCHECKING 300              ********************
Non-Check Transactions

| Date  | Description | Amount |
|-------|-------------|--------|
| 12/09 | ADP PAYROLL FEES ADP - FEES<br>ID: 2RGH8    7224711 | 15.00- |
| 12/12 | TRANSFER TO CK    XXXXXXXX9705 | 1,044.80- |
| 12/12 | TRNSFER FRM CK    XXXXXXXX9705 | 10,000.00 |
| 12/12 | TRNSFER FRM CK    XXXXXXXX9713 | 10,000.00 |
| 12/12 | BANKCARD         BTOT DEP<br>ID: 543469430101030 | 322.40 |
| 12/12 | BANKCARD         BTOT DEP<br>ID: 543469430101030 | 4,232.80 |
| 12/13 | ADP EEPAY/GARNWC EEPAY/GARN<br>ID: 710046185367GH8 | 315.18- |
| 12/13 | ADP Tax/401k    Tax/401k<br>ID: RZGH8 121417A01 | 14,210.30- |
| 12/13 | ADP EEPAY/GARNWC EEPAY/GARN<br>ID: 710046185366GH8 | 31,584.51- |
| 12/13 | TRNSFER FRM CK    XXXXXXXX6241 | 6,000.00 |
| 12/14 | BANKCARD         BTOT DEP<br>ID: 543469430101030 | 889.20 |
| 12/15 | BANKCARD         MTOT DEP<br>ID: 543469430101030 | 436.80 |
| 12/15 | NJ WEB PMT 02101 NJWEB02101<br>ID: 091000019959527 | 375.00- ✓ |
| 12/16 | SNJ-MED.ASST.PAY MD AST.PAY<br>ID: 0175641AG959849 | 28,464.00 |
| 12/16 | TRANSFER TO CK    XXXXXXXX6241 | 3,000.00- |
| 12/19 | BANKCARD         MTOT DEP<br>ID: 543469430101030 | 873.60 |
| 12/19 | BANKCARD         BTOT DEP<br>ID: 543469430101030 | 1,560.00 |
| 12/19 | Deposit | 9,000.00 |
| 12/20 | CMS MEDICARE    PREMIUMS<br>ID: 0000 | 504.80- |
| 12/20 | CMS MEDICARE    PREMIUMS<br>ID: 0000 | 504.80- |

Report lost or stolen Valley Visa® Debit Card to: 888-379-9903

See other side for important information.



800-522-4100
valleynationalbank.com



**STATEMENT OF ACCOUNT**

PILGRIM MEDICAL CENTER INC
393 BLOOMFIELD AVE
MONTCLAIR NJ 07042-3741

0

Page: 3

Statement Date: 12/30/16
Account Number:

Street: _____
City, State, Zip: _____
Signature: _____

Indicate to the right any changes of address.
Cut at the dotted line and return this form to:
Valley National Bank, Customer Service Department,
1445 Valley Road, Wayne, NJ 07470

******************** BusinessCHECKING 300    **********************
Non-Check Transactions

| Date | Description | Amount |
|---|---|---|
| 12/21 | BANKCARD         BTOT DEP<br>ID: 543469430101030 | 488.80 |
| 12/22 | BANKCARD         BTOT DEP<br>ID: 543469430101030 | 2,090.40 |
| 12/23 | SNJ-MED.ASST.PAY MD AST.PAY<br>ID: 0175641AG964473 | 17,670.00 |
| 12/23 | ADP PAYROLL FEES ADP - FEES<br>ID: 2RGH8  8620728 | 15.00- |
| 12/27 | Deposit | 1,585.00 |
| 12/27 | BANKCARD         BTOT DEP<br>ID: 543469430101030 | 1,310.40 |
| 12/27 | HORIZON          TDU ACH PT<br>ID: ACH010010261116 | 3,150.00 |
| 12/27 | TRANSFER TO CK   XXXXXXXX9713 | 91.60- |
| 12/28 | ADP EEPAY/GARNWC EEPAY/GARN<br>ID: 746041320376GH8 | 317.84- |
| 12/28 | ADP EEPAY/GARNWC EEPAY/GARN<br>ID: 746041320375GH8 | 31,759.45- |
| 12/28 | ADP Tax/401k     Tax/401k<br>ID: RZGH8 122818A01 | 14,131.98- |
| 12/28 | BANKCARD         MTOT DEP<br>ID: 543469430101030 | 3,161.60 |
| 12/29 | HORIZON          TDU ACH PT<br>ID: ACH010010275622 | 770.00 |
| 12/29 | BANKCARD         BTOT DEP<br>ID: 543469430101030 | 1,695.20 |
| 12/30 | AETNA A04        HCCLAIMPMT<br>TRN*1*816362380000122*1066033492 | 800.00 |
| 12/30 | SNJ-MED.ASST.PAY MD AST.PAY<br>ID: 0175641AG969022 | 18,477.00 |
| 12/30 | TRANSFER TO CK   XXXXXXXX6241 | 5,000.00- |

Report lost or stolen Valley Visa® Debit Card to: 888-379-9903          See other side for important information.



800-522-4100
valleynationalbank.com



**STATEMENT OF ACCOUNT**

PILGRIM MEDICAL CENTER INC  0
393 BLOOMFIELD AVE
MONTCLAIR NJ 07042-3741

Page: 4
Statement Date: 12/30/16
Account Number:

Indicate to the right any changes of address.
Cut at the dotted line and return this form to:
Valley National Bank, Customer Service Department,
1445 Valley Road, Wayne, NJ 07470

Street: _____
City, State, Zip: _____
Signature: _____

****************** BusinessCHECKING 300            **********************

### Checks in Order

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| 12/07 | 1197 | 300.00 | 12/21 | 1212 | 750.00 |
| 12/14 | 1198 | 300.00 | 12/21 | 1213 | 500.00 |
| * | | | 12/23 | 1214 | 1,000.00 |
| 12/13 | 1201 | 250.00 | 12/21 | 1215 | 500.00 |
| * | | | 12/21 | 1216 | 500.00 |
| 12/14 | 1204 | 6,000.00 | 12/21 | 1217 | 500.00 |
| 12/20 | 1205 | 1,921.17 | 12/23 | 1218 | 500.00 |
| 12/28 | 1206 | 300.00 | 12/21 | 1219 | 500.00 |
| 12/20 | 1207 | 500.00 | 12/27 | 1220 | 500.00 |
| 12/21 | 1208 | 500.00 | 12/21 | 1221 | 750.00 |
| 12/23 | 1209 | 500.00 | * | | |
| 12/22 | 1210 | 500.00 | 12/21 | 1223 | 750.00 |
| 12/30 | 1211 | 500.00 | 12/23 | 1224 | 500.00 |

(*) Check Number Missing or Check Converted to Electronic Transaction and Listed Under Non-Check Transactions

### Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/30 | 3,561.28 | 12/12 | 51,977.60 | 12/22 | 36,564.64 |
| 12/01 | 2,721.28 | 12/13 | 11,617.61 | 12/23 | 51,719.64 |
| 12/02 | 1,843.56 | 12/14 | 6,206.81 | 12/27 | 57,173.44 |
| 12/05 | 5,438.60 | 12/15 | 6,268.61 | 12/28 | 13,825.77 |
| 12/06 | 5,483.36 | 12/16 | 31,732.61 | 12/29 | 16,290.97 |
| 12/07 | 5,661.76 | 12/19 | 43,166.21 | 12/30 | 30,067.97 |
| 12/08 | 6,777.20 | 12/20 | 39,735.44 | | |
| 12/09 | 28,467.20 | 12/21 | 34,974.24 | | |

### Account Summary
Previous Statement Date: 11/30/16

| Beginning Balance | + Deposits | + Interest Paid | − Withdrawals | − Service Charge | = Ending Balance |
|---|---|---|---|---|---|
| 3,561.28 | 169,646.40 | .00 | 143,139.71 | .00 | 30,067.97 |

Report lost or stolen Valley Visa® Debit Card to: 888-379-9903

See other side for important information.



800-522-4100
valleynationalbank.com

**Valley National Bank**

**STATEMENT OF ACCOUNT**



```
PILGRIM MEDICAL CENTER INC            0                Page:              5
393 BLOOMFIELD AVE
MONTCLAIR NJ 07042-3741                       Statement Date:      12/30/16
                                              Account Number:
```

Indicate to the right any changes of address.         Street: _____
Cut at the dotted line and return this form to:
Valley National Bank, Customer Service Department,    City, State, Zip: _____
1445 Valley Road, Wayne, NJ 07470                     Signature: _____

--------------------------------------------------------------------------------

```
********************* BusinessCHECKING 300              *********************

Statement from 12/01/16 Thru 12/30/16
YTD Interest Paid             .00

        Wishing you peace, joy and happiness this Holiday Season
        And in the New Year!

        The Valley Visa Gift Card, one size fits all!
        Visit a branch or call 24/7 at 800-522-4100 for details.
```

Report lost or stolen Valley Visa® Debit Card to: 888-379-9903      See other side for important information.

**Valley National Bank**

800-522-4100
valleynationalbank.com





Check#:1197, Amount:$300.00, Date:12/7



Check#:1198, Amount:$300.00, Date:12/14



Check#:1201, Amount:$250.00, Date:12/13



Check#:1204, Amount:$6,000.00, Date:12/14



Check#:1205, Amount:$1,921.17, Date:12/20



Check#:1206, Amount:$300.00, Date:12/28





Check#:1213, Amount:$500.00, Date:12/21



Check#:1214, Amount:$1,000.00, Date:12/23



Check#:1215, Amount:$500.00, Date:12/21



Check#:1216, Amount:$500.00, Date:12/21



Check#:1217, Amount:$500.00, Date:12/21



Check#:1218, Amount:$500.00, Date:12/23