B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  Pilgrim Medical Center                          ,        Case No.  16-15414
_____
              *Debtor*

                                              Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:   March, 2017                               Date filed:   06/19/2017

Line of Business:   Medical Services               NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

Nicholas V. Campanella, MD
_____
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

14.  HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?   ☐   ☑

15.  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?   ☐   ☑

16.  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?   ☐   ☑

17.  HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?   ☐   ☑

18.  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?   ☐   ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 160,684.78 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 44,269.20 |
| Cash on Hand at End of Month | $ | 66,514.62 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL | $ | 66,514.62 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 156,007.28 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 160,684.78 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 156,007.28 |
| *(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH** | $ | 4,677.50 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 21 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 20 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 0.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 79,311.40 |

*NON-BANKRUPTCY RELATED:*

| | |
|---|---|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ 5,960.71 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ 57,754.72 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                    $    169,000.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                  $    168,000.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:              $      1,000.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

1:38 PM

06/19/17

Cash Basis

# PILGRIM MEDICAL CENTER INC
## Transactions by Account
### As of March 31, 2017

| Type | Date | Num | Adj | Name | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| TD Bank-9126 Debtor in Possessi | | | | | | | | 1,308.27 |
| Total TD Bank-9126 Debtor in Possessi | | | | | | | | 1,308.27 |
| Valley National Bank | | | | | | | | 42,960.93 |
| Deposit | 03/01/2017 | | | | Credit Card | 837.20 | | 43,798.13 |
| Deposit | 03/01/2017 | | | | Patient Income | 697.00 | | 44,495.13 |
| Deposit | 03/02/2017 | | | | Credit Card | 582.40 | | 45,077.53 |
| Check | 03/02/2017 | | | | Credit Card Ex... | | 341.04 | 44,736.49 |
| Deposit | 03/03/2017 | | | | Insurance Pay... | 750.00 | | 45,486.49 |
| Deposit | 03/03/2017 | | | | Insurance Pay... | 22,953.00 | | 68,439.49 |
| Check | 03/03/2017 | | | ADP Payroll Fees | Payroll Fees | | 25.00 | 68,414.49 |
| Check | 03/03/2017 | | | MONTCLAIR PHYS... | Loan Receiv -... | | 53.40 | 68,361.09 |
| Check | 03/03/2017 | | | Pilgrim Practice Ma... | Due To Pilgrim... | | 10,000.00 | 58,361.09 |
| Deposit | 03/06/2017 | | | | Patient Income | 950.00 | | 59,311.09 |
| Check | 03/06/2017 | | | United Healtcare | Medicare Pre... | | 78.10 | 59,232.99 |
| Check | 03/06/2017 | | | United Healtcare | Medicare Pre... | | 80.20 | 59,152.79 |
| Check | 03/06/2017 | | | United Healtcare | Medicare Pre... | | 364.46 | 58,788.33 |
| Deposit | 03/06/2017 | | | | Credit Card | 15.60 | | 58,803.93 |
| Deposit | 03/06/2017 | | | | Credit Card | 847.60 | | 59,651.53 |
| Deposit | 03/06/2017 | | | | Patient Income | 1,604.00 | | 61,255.53 |
| Deposit | 03/07/2017 | | | | Insurance Pay... | 575.89 | | 61,831.42 |
| Deposit | 03/07/2017 | | | | Insurance Pay... | 2,750.00 | | 64,581.42 |
| Check | 03/07/2017 | | | ADP Payroll Fees | Payroll Fees | | 319.37 | 64,262.05 |
| Check | 03/07/2017 | | | PAYCHEX TAXES | Payroll Taxes | | 16,701.75 | 47,560.30 |
| Check | 03/07/2017 | | | PAYROLL CHECKS | -SPLIT- | | 31,441.62 | 16,118.68 |
| Deposit | 03/08/2017 | | | | Credit Card | 2,319.20 | | 18,437.88 |
| Deposit | 03/09/2017 | | | | Credit Card | 2,620.80 | | 21,058.68 |
| Check | 03/09/2017 | | | MONTCLAIR SUR... | Loan Receiv-... | | 795.00 | 20,263.68 |
| Deposit | 03/09/2017 | | | | Patient Income | 192.97 | | 20,456.65 |
| Deposit | 03/10/2017 | | | | Insurance Pay... | 1,000.00 | | 21,456.65 |
| Deposit | 03/10/2017 | | | | Insurance Pay... | 18,408.00 | | 39,864.65 |
| Deposit | 03/13/2017 | | | MONTCLAIR SUR... | Loan Receiv-... | 470.40 | | 40,335.05 |
| Deposit | 03/13/2017 | | | | Patient Income | 628.02 | | 40,963.07 |
| Check | 03/13/2017 | | | MONTCLAIR PHYS... | Loan Receiv -... | | 634.97 | 40,328.10 |
| Deposit | 03/13/2017 | | | | Credit Card | 936.00 | | 41,264.10 |
| Deposit | 03/13/2017 | | | | Credit Card | 5,990.40 | | 47,254.50 |
| Deposit | 03/14/2017 | | | | Insurance Pay... | 787.50 | | 48,042.00 |
| Check | 03/14/2017 | | | | Credit Card Ex... | | 660.48 | 47,381.52 |
| Deposit | 03/16/2017 | | | | Credit Card | 4,711.20 | | 52,092.72 |
| Deposit | 03/17/2017 | | | | Insurance Pay... | 3,074.90 | | 55,167.62 |
| Deposit | 03/17/2017 | | | | Insurance Pay... | 16,077.00 | | 71,244.62 |
| Check | 03/17/2017 | | | ADP Payroll Fees | Payroll Fees | | 15.00 | 71,229.62 |
| Check | 03/17/2017 | | | MONTCLAIR PHYS... | Loan Receiv -... | | 886.16 | 70,343.46 |
| Check | 03/17/2017 | | | MONTCLAIR SUR... | Loan Receiv-... | | 1,359.24 | 68,984.22 |
| Check | 03/17/2017 | | | Pilgrim Practice Ma... | Due To Pilgrim... | | 10,000.00 | 58,984.22 |
| Check | 03/20/2017 | | | CMS Medicare | Medicare Pre... | | 504.80 | 58,479.42 |
| Check | 03/20/2017 | | | CMS Medicare | Medicare Pre... | | 504.80 | 57,974.62 |
| Deposit | 03/20/2017 | | | | Credit Card | 936.00 | | 58,910.62 |
| Deposit | 03/20/2017 | | | | Credit Card | 2,880.80 | | 61,791.42 |
| Deposit | 03/20/2017 | | | | Patient Income | 1,164.00 | | 62,955.42 |
| Deposit | 03/20/2017 | | | | Patient Income | 953.00 | | 63,908.42 |
| Deposit | 03/21/2017 | | | | Insurance Pay... | 900.00 | | 64,808.42 |
| Check | 03/21/2017 | | | ADP Payroll Fees | Payroll Fees | | 332.00 | 64,476.42 |
| Check | 03/21/2017 | | | PAYCHEX TAXES | Payroll Taxes | | 17,521.01 | 46,955.41 |
| Check | 03/21/2017 | | | PAYROLL | -SPLIT- | | 32,630.62 | 14,324.79 |
| Deposit | 03/22/2017 | | | | Credit Card | 2,834.00 | | 17,158.79 |
| Deposit | 03/22/2017 | | | | Patient Income | 1,549.00 | | 18,707.79 |
| Deposit | 03/23/2017 | | | | Credit Card | 1,944.80 | | 20,652.59 |
| Deposit | 03/23/2017 | | | | Patient Income | 545.00 | | 21,197.59 |
| Deposit | 03/24/2017 | | | | Insurance Pay... | 2,850.00 | | 24,047.59 |
| Deposit | 03/24/2017 | | | | Insurance Pay... | 17,715.00 | | 41,762.59 |
| Check | 03/27/2017 | | | Pilgrim Practice Ma... | Due To Pilgrim... | | 10,000.00 | 31,762.59 |
| Check | 03/27/2017 | | | MONTCLAIR SUR... | Loan Receiv-... | | 2,130.00 | 29,632.59 |
| Check | 03/27/2017 | | | MONTCLAIR PHYS... | Loan Receiv -... | | 65.00 | 29,567.59 |
| Check | 03/27/2017 | | | MONTCLAIR PHYS... | Loan Receiv -... | | 993.20 | 28,574.39 |
| Deposit | 03/27/2017 | | | | Credit Card | 3,900.00 | | 32,474.39 |
| Deposit | 03/27/2017 | | | | Credit Card | 5,174.00 | | 37,648.39 |
| Deposit | 03/28/2017 | | | | Insurance Pay... | 850.00 | | 38,498.39 |
| Deposit | 03/29/2017 | | | | Credit Card | 2,776.80 | | 41,275.19 |
| Deposit | 03/29/2017 | | | | Patient Income | 317.00 | | 41,592.19 |
| Deposit | 03/30/2017 | | | | Insurance Pay... | 1,146.96 | | 42,739.15 |
| Deposit | 03/30/2017 | | | | Credit Card | 2,880.80 | | 45,619.95 |
| Check | 03/30/2017 | | | MONTCLAIR SUR... | Loan Receiv-... | | 208.16 | 45,411.79 |
| Check | 03/30/2017 | | | MONTCLAIR PHYS... | Loan Receiv -... | | 905.44 | 44,506.35 |
| Deposit | 03/31/2017 | | | | Insurance Pay... | 20,715.00 | | 65,221.35 |
| Check | 03/31/2017 | | | ADP Payroll Fees | Payroll Fees | | 15.00 | 65,206.35 |
| Total Valley National Bank | | | | | | 161,811.24 | 139,565.82 | 65,206.35 |

Page 1

1:38 PM

06/19/17

Cash Basis

## PILGRIM MEDICAL CENTER INC
## Transactions by Account
As of March 31, 2017

| Type | Date | Num | Adj | Name | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|-------|-------|--------|---------|
| TOTAL | | | | | | 161,811.24 | 139,565.82 | 66,514.62 |

1:38 PM

06/19/17

Cash Basis

# PILGRIM MEDICAL CENTER INC
## Profit & Loss
### March 2017

|  | Mar 17 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| Fee for Service Income | 161,340.84 |
| Refunds | -656.06 |
| **Total Income** | 160,684.78 |
| **Gross Profit** | 160,684.78 |
| **Expense** | |
| Accounting | 0.00 |
| Advertising and Promotion | 0.00 |
| Ambulatory Assessment Tax | 0.00 |
| Automobile Expense | 3,163.61 |
| Bank Service Charges | 0.00 |
| Continuing Education | 0.00 |
| Credit Card Expenses | 1,001.52 |
| Dues and Subscriptions | 98.40 |
| Equip Lease | 0.00 |
| Insurance Expense | 8,298.36 |
| Interest Expense | 41.62 |
| Licenses and Permits | 141.92 |
| Meals and Entertainment | 134.66 |
| Medical Records and Supplies | 12,174.76 |
| Office Supplies | 2,362.20 |
| Outside Services | 10,770.09 |
| Payroll Fees | 706.37 |
| Payroll Taxes | 9,833.78 |
| Professional Fees | 5,960.71 |
| Repairs and Maintenance | 7,928.79 |
| Salaries and Wages | 89,393.71 |
| Security Expenses | 1,127.73 |
| Supplies | 65.89 |
| Telephone Expense | 803.26 |
| Utilities | 918.63 |
| Waste Removal | 1,081.27 |
| **Total Expense** | 156,007.28 |
| **Net Ordinary Income** | 4,677.50 |
| **Net Income** | 4,677.50 |

 **Bank**

America's Most Convenient Bank®               T        STATEMENT OF ACCOUNT

PILGRIM MEDICAL CENTER INC
DIP CASE 16-15414 DIST NJ
393 BLOOMFIELD AVE
MONTCLAIR NJ 07042-3505

Page:                                1 of 2
Statement Period:    Mar 01 2017-Mar 31 2017
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

PILGRIM MEDICAL CENTER INC
DIP CASE 16-15414 DIST NJ

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,308.27 | Average Collected Balance | 1,308.27 |
| | | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 1,308.27 | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page:        2 of 2

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

Ending Balance        1,308.27

Total Deposits        +

Sub Total

Total Withdrawals

Adjusted Balance

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Deposits |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Withdrawals |  |  |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



PILGRIM MEDICAL CENTER INC
393 BLOOMFIELD AVE
MONTCLAIR NJ 07042-3741

0

Page:                1

Statement Date:    03/31/17
Account Number:

```
******************* BusinessCHECKING 300          **********************
Non-Check Transactions
        Date   Description                                      Amount
        03/01  BANKCARD         BTOT DEP                         837.20
               ID: 543469430101030
        03/01  Deposit                                          697.00
        03/02  BANKCARD         BTOT DEP                         582.40
               ID: 543469430101030
        03/02  BANKCARD         MTOT DISC                        341.04-
               ID: 543469430101030
        03/03  HORIZON          TDU ACH PT                       750.00
               ID: ACH010010604440
        03/03  SNJ-MED.ASST.PAY MD AST.PAY                    22,953.00
               ID: 0175641AG010793
        03/03  ADP PAYROLL FEES ADP - FEES                       25.00-
               ID: 2RGH8    1460829
        03/03  TRANSFER TO CK   XXXXXXXX9713                      53.40-
        03/03  TRANSFER TO CK   XXXXXXXX6241                  10,000.00-
        03/06  Deposit                                          950.00
        03/06  UnitedHCMedicare MedInsPymt                       78.10-
               ID: 0166626911
        03/06  UnitedHCMedicare MedInsPymt                       80.20-
               ID: 0167665151
        03/06  UnitedHealthcare PREMIUM                         364.46-
               ID: 3184949601
        03/06  BANKCARD         BTOT DEP                          15.60
               ID: 543469430101030
        03/06  BANKCARD         MTOT DEP                         847.60
               ID: 543469430101030
        03/06  Deposit                                        1,604.00
        03/07  HORIZON          TDU ACH PT                       575.89
               ID: ACH010010618998
        03/07  HORIZON          TDU ACH PT                     2,750.00
               ID: ACH010010626664
        03/07  ADP PAY-BY-PAY   PAY-BY-PAY                       319.37-
               ID: 934902526170GH8
```

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.



PILGRIM MEDICAL CENTER INC              0              Page:              2
393 BLOOMFIELD AVE
MONTCLAIR NJ 07042-3741                        Statement Date:    03/31/17
                                               Account Number:

****************** BusinessCHECKING 300              *********************
Non-Check Transactions

| Date | Description | | Amount |
|------|-------------|--|--------|
| 03/07 | ADP Tax          ADP Tax | | 16,701.75- |
| | ID: RZGH8 030805A01 | | |
| 03/07 | ADP WAGE PAY     WAGE PAY | | 31,441.62- |
| | ID: 934902526169GH8 | | |
| 03/08 | BANKCARD          BTOT DEP | | 2,319.20 |
| | ID: 543469430101030 | | |
| 03/09 | BANKCARD          BTOT DEP | | 2,620.80 |
| | ID: 543469430101030 | | |
| 03/09 | TRANSFER TO CK   XXXXXXXX9705 | | 795.00- |
| 03/09 | Deposit | | 192.97 |
| 03/10 | HORIZON           TDU ACH PT | | 1,000.00 |
| | ID: ACH010010641298 | | |
| 03/10 | SNJ-MED.ASST.PAY MD AST.PAY | | 18,408.00 |
| | ID: 0175641AG015551 | | |
| 03/13 | TRNSFER FRM CK   XXXXXXXX9705 | | 470.40 |
| 03/13 | Deposit | | 628.02 |
| 03/13 | TRANSFER TO CK   XXXXXXXX9713 | | 634.97- |
| 03/13 | BANKCARD          BTOT DEP | | 936.00 |
| | ID: 543469430101030 | | |
| 03/13 | BANKCARD          MTOT DEP | | 5,990.40 |
| | ID: 543469430101030 | | |
| 03/14 | HORIZON           TDU ACH PT | | 787.50 |
| | ID: ACH010010663340 | | |
| 03/14 | BANKCARD          BTOT DEP | | 660.48- |
| | ID: 543469430101030 | | |
| 03/16 | BANKCARD          BTOT DEP | | 4,711.20 |
| | ID: 543469430101030 | | |
| 03/17 | HORIZON           TDU ACH PT | | 3,074.90 |
| | ID: ACH010010678767 | | |
| 03/17 | SNJ-MED.ASST.PAY MD AST.PAY | | 16,077.00 |
| | ID: 0175641AG020550 | | |
| 03/17 | ADP PAYROLL FEES ADP - FEES | | 15.00- |
| | ID: 2RGH8    3304849 | | |
| 03/17 | TRANSFER TO CK   XXXXXXXX9713 | | 886.16- |

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.



PILGRIM MEDICAL CENTER INC                    0              Page:              3
393 BLOOMFIELD AVE
MONTCLAIR NJ 07042-3741                              Statement Date:    03/31/17
                                                     Account Number:

******************** BusinessCHECKING 300            ***********************
Non-Check Transactions

| Date | Description | | Amount |
|------|-------------|---|--------|
| 03/17 | TRANSFER TO CK | XXXXXXXX9705 | 1,359.24- |
| 03/17 | TRANSFER TO CK | XXXXXXXX6241 | 10,000.00- |
| 03/20 | CMS MEDICARE | PREMIUMS | 504.80- |
| | ID: 0000 | | |
| 03/20 | CMS MEDICARE | PREMIUMS | 504.80- |
| | ID: 0000 | | |
| 03/20 | BANKCARD | MTOT DEP | 936.00 |
| | ID: 543469430101030 | | |
| 03/20 | BANKCARD | MTOT DEP | 2,880.80 |
| | ID: 543469430101030 | | |
| 03/20 | Deposit | | 1,164.00 |
| 03/20 | Deposit | | 953.00 |
| 03/21 | HORIZON | TDU ACH PT | 900.00 |
| | ID: ACH010010699897 | | |
| 03/21 | ADP PAY-BY-PAY | PAY-BY-PAY | 332.00- |
| | ID: 678048789404GH8 | | |
| 03/21 | ADP Tax | ADP Tax | 17,521.01- |
| | ID: RZGH8 032206A01 | | |
| 03/21 | ADP WAGE PAY | WAGE PAY | 32,630.62- |
| | ID: 678048789403GH8 | | |
| 03/22 | BANKCARD | MTOT DEP | 2,834.00 |
| | ID: 543469430101030 | | |
| 03/22 | Deposit | | 1,549.00 |
| 03/23 | BANKCARD | MTOT DEP | 1,944.80 |
| | ID: 543469430101030 | | |
| 03/23 | Deposit | | 545.00 |
| 03/24 | HORIZON | TDU ACH PT | 2,850.00 |
| | ID: ACH010010714220 | | |
| 03/24 | SNJ-MED.ASST.PAY MD AST.PAY | | 17,715.00 |
| | ID: 0175641AG025385 | | |
| 03/27 | TRANSFER TO CK | XXXXXXXX6241 | 10,000.00- |
| 03/27 | TRANSFER TO CK | XXXXXXXX9705 | 2,130.00- |
| 03/27 | TRANSFER TO CK | XXXXXXXX9713 | 65.00- |
| 03/27 | TRANSFER TO CK | XXXXXXXX9713 | 993.20- |

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.



```
PILGRIM MEDICAL CENTER INC              0              Page:           4
393 BLOOMFIELD AVE
MONTCLAIR NJ 07042-3741                        Statement Date:    03/31/17
                                               Account Number:
```

```
******************** BusinessCHECKING 300          ********************
Non-Check Transactions
      Date   Description                                           Amount
      03/27  BANKCARD.        MTOT DEP                            3,900.00
             ID: 543469430101030
      03/27  BANKCARD         MTOT DEP                            5,174.00
             ID: 543469430101030
      03/28  HORIZON          TDU ACH PT                            850.00
             ID: ACH010010728695
      03/29  BANKCARD         MTOT DEP                            2,776.80
             ID: 543469430101030
      03/29  Deposit                                               317.00
      03/30  HORIZON          TDU ACH PT                          1,146.96
             ID: ACH010010741322
      03/30  BANKCARD         MTOT DEP                            2,880.80
             ID: 543469430101030
      03/30  TRANSFER TO CK   XXXXXXXXX9705                         208.16-
      03/30  TRANSFER TO CK   XXXXXXXXX9713                         905.44-
      03/31  SNJ-MED.ASST.PAY MD AST.PAY                         20,715.00
             ID: 0175641AG030126
      03/31  ADP PAYROLL FEES ADP - FEES                            15.00-
             ID: 2RGH8   4912964
```

```
Daily Balance Summary
      Date          Balance   Date          Balance   Date          Balance
      02/28       42,960.93   03/10       39,864.65   03/23       21,197.59
      03/01       44,495.13   03/13       47,254.50   03/24       41,762.59
      03/02       44,736.49   03/14       47,381.52   03/27       37,648.39
      03/03       58,361.09   03/16       52,092.72   03/28       38,498.39
      03/06       61,255.53   03/17       58,984.22   03/29       41,592.19
      03/07       16,118.68   03/20       63,908.42   03/30       44,506.35
      03/08       18,437.88   03/21       14,324.79   03/31       65,206.35
      03/09       20,456.65   03/22       18,707.79
```

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.



PILGRIM MEDICAL CENTER INC                    0                    Page:              5
393 BLOOMFIELD AVE
MONTCLAIR NJ 07042-3741                              Statement Date:    03/31/17
                                                    Account Number:

******************** BusinessCHECKING 300            ***********************
Account Summary
Previous Statement Date: 02/28/17
        Beginning                    Interest                    Service          Ending
        Balance    +    Deposits    +   Paid -  Withdrawals - Charge    =    Balance
        42,960.93        161,811.24        .00    139,565.82      .00      65,206.35

Statement from 03/01/17 Thru 03/31/17
YTD Interest Paid            .00

        COMMUNICATING WITH YOU IS IMPORTANT TO US!
        Don't miss weather-related closures or special offer emails.
        Take a moment and call our 24/7 Customer Service Team at
        800-522-4100 or 973-305-8800 and provide or update
        your email address.

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.