B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  Pilgrim Medical Center            ,        Case No.  16-15414
           *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  May, 2017                         Date filed:  06/19/2017

Line of Business:  Medical Services        NAISC Code:

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[signature]_
Original Signature of Responsible Party

Nicholas V. Campanella, MD
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

|     |                                                                                                                       | Yes | No |
|-----|-----------------------------------------------------------------------------------------------------------------------|-----|----|
| 1.  | IS THE BUSINESS STILL OPERATING?                                                                                      | ☒   | ☐  |
| 2.  | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH?                                                                      | ☒   | ☐  |
| 3.  | DID YOU PAY YOUR EMPLOYEES ON TIME?                                                                                   | ☒   | ☐  |
| 4.  | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH?                                | ☐   | ☒  |
| 5.  | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH                                          | ☒   | ☐  |
| 6.  | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS?                                                          | ☒   | ☐  |
| 7.  | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH?                                                              | ☒   | ☐  |
| 8.  | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH?                                                           | ☒   | ☐  |
| 9.  | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE?                                                    | ☒   | ☐  |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH?                                            | ☒   | ☐  |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH?                                            | ☐   | ☒  |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐   | ☒  |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT?                                                        | ☒   | ☐  |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME    $    225,163.15

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $    47,787.73
Cash on Hand at End of Month    $    22,961.09

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL    $    22,961.09

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES    $    224,422.82

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $    225,163.15
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $    224,422.82

*(Subtract Line C from Line B)*    **CASH PROFIT FOR THE MONTH**    $    740.33

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ _____

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---:|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 21 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 20 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

| | | |
|---|---|---:|
| PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 2,975.00 |
| TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 87,247.07 |

*NON-BANKRUPTCY RELATED:*

| | | |
|---|---|---:|
| PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? | $ | 13,746.98 |
| TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? | $ | 81,266.14 |

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

| | |
|---|---|
| TOTAL PROJECTED INCOME FOR THE NEXT MONTH: | $ 143,000.00 |
| TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: | $ 141,500.00 |
| TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: | $ 1,500.00 |

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

1:46 PM
06/19/17
Cash Basis

# PILGRIM MEDICAL CENTER INC
## Transactions by Account
### As of May 31, 2017

| Type | Date | Num | Name | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **TD Bank-9126 Debtor in Possess!** | | | | | | | 1,308.27 |
| Total TD Bank-9126 Debtor in Possess! | | | | | | | 1,308.27 |
| **Valley National Bank** | | | | | | | 46,479.46 |
| Check | 05/01/2017 | | MONTCLAIR PHYSI... | Loan Receiv -M... | | 184.20 | 46,295.26 |
| Deposit | 05/01/2017 | | | Horizon | 675.00 | | 46,970.26 |
| Deposit | 05/01/2017 | | | Credit Card | 2,298.40 | | 49,268.66 |
| Deposit | 05/01/2017 | | | Credit Card | 2,880.80 | | 52,149.46 |
| Deposit | 05/01/2017 | | | Patient Income | 681.00 | | 52,830.46 |
| Deposit | 05/01/2017 | | MCN Properties LLC | loan Payable-M... | 5,000.00 | | 57,830.46 |
| Deposit | 05/02/2017 | | | Horizon | 925.00 | | 58,755.46 |
| Deposit | 05/02/2017 | | | Horizon | 2,316.14 | | 61,071.60 |
| Check | 05/03/2017 | | PAYCHEX PAYROLL | -SPLIT- | | 34,781.89 | 26,289.71 |
| Check | 05/03/2017 | | PAYCHEX TAXES | Payroll Taxes | | 19,016.89 | 7,272.82 |
| Transfer | 05/03/2017 | | | Garnish Payable | | 276.82 | 6,996.00 |
| Check | 05/03/2017 | | ADP Payroll Fees | Payroll Fees | | 346.87 | 6,649.13 |
| Deposit | 05/03/2017 | | | Credit Card | 1,986.40 | | 8,635.53 |
| Deposit | 05/03/2017 | | | Patient Income | 587.00 | | 9,222.53 |
| Check | 05/03/2017 | | | Credit Card Ex... | | 350.08 | 8,872.45 |
| Deposit | 05/04/2017 | | | Horizon | 1,000.00 | | 9,872.45 |
| Deposit | 05/04/2017 | | | Credit Card | 936.00 | | 10,808.45 |
| Deposit | 05/05/2017 | | | Horizon | 2,575.00 | | 13,383.45 |
| Deposit | 05/05/2017 | | | SNJ | 35,709.00 | | 49,092.45 |
| Check | 05/05/2017 | | United Healtcare | Medicare Premi... | | 78.10 | 49,014.35 |
| Check | 05/05/2017 | | United Healtcare | Medicare Premi... | | 80.20 | 48,934.15 |
| Check | 05/05/2017 | | United Healtcare | Medicare Premi... | | 364.46 | 48,569.69 |
| Check | 05/08/2017 | | Pilgrim Practice Man... | Due To Pilgrim ... | | 15,000.00 | 33,569.69 |
| Check | 05/08/2017 | | KEANE INSURANC... | Malpractice Ins... | | 3,003.90 | 30,565.79 |
| Deposit | 05/08/2017 | | | Credit Card | 1,112.80 | | 31,678.59 |
| Deposit | 05/08/2017 | | | Credit Card | 2,470.00 | | 34,148.59 |
| Deposit | 05/08/2017 | | | Patient Income | 2,790.00 | | 36,938.59 |
| Deposit | 05/08/2017 | | | Credit Card | 1,441.00 | | 38,379.59 |
| Deposit | 05/09/2017 | | | Horizon | 1,970.31 | | 40,349.90 |
| Deposit | 05/10/2017 | | | Credit Card | 728.00 | | 41,077.90 |
| Deposit | 05/10/2017 | | | Patient Income | 480.00 | | 41,557.90 |
| Check | 05/11/2017 | | MONTCLAIR PHYSI... | Loan Receiv -M... | | 405.68 | 41,152.22 |
| Check | 05/11/2017 | | MONTCLAIR SURGI... | Loan Receiv-M... | | 1,553.52 | 39,598.70 |
| Deposit | 05/11/2017 | | | Credit Card | 3,463.20 | | 43,061.90 |
| Deposit | 05/12/2017 | | | Horizon | 1,402.50 | | 44,464.40 |
| Deposit | 05/12/2017 | | | SNJ | 19,470.00 | | 63,934.40 |
| Check | 05/12/2017 | | ADP Payroll Fees | Payroll Fees | | 15.00 | 63,919.40 |
| Check | 05/15/2017 | | Pilgrim Practice Man... | Due To Pilgrim ... | | 10,000.00 | 53,919.40 |
| Deposit | 05/15/2017 | | | Patient Income | 786.00 | | 54,705.40 |
| Deposit | 05/15/2017 | | | Horizon | 3,150.01 | | 57,855.41 |
| Check | 05/15/2017 | | PAYCHEX TAXES | Payroll Taxes | | 0.01 | 57,855.40 |
| Deposit | 05/15/2017 | | | Credit Card | 1,060.80 | | 58,916.20 |
| Deposit | 05/15/2017 | | | Credit Card | 1,593.28 | | 60,509.48 |
| Deposit | 05/15/2017 | | | Patient Income | 393.00 | | 60,902.48 |
| Deposit | 05/17/2017 | | | Credit Card | 936.00 | | 61,838.48 |
| Deposit | 05/17/2017 | | | Patient Income | 1,177.00 | | 63,015.48 |
| Check | 05/17/2017 | | PAYCHEX PAYROLL | -SPLIT- | | 33,268.62 | 29,746.86 |
| Check | 05/17/2017 | | PAYCHEX TAXES | Payroll Taxes | | 17,897.50 | 11,849.36 |
| Transfer | 05/17/2017 | | | Garnish Payable | | 166.09 | 11,683.27 |
| Check | 05/17/2017 | | ADP Payroll Fees | Payroll Fees | | 349.46 | 11,333.81 |
| Deposit | 05/18/2017 | | | Credit Card | 624.00 | | 11,957.81 |
| Deposit | 05/18/2017 | | | Patient Income | 991.00 | | 12,948.81 |
| Deposit | 05/19/2017 | | | Horizon | 1,000.00 | | 13,948.81 |
| Deposit | 05/19/2017 | | | SNJ | 17,094.00 | | 31,042.81 |
| Deposit | 05/22/2017 | | | Patient Income | 140.00 | | 31,182.81 |
| Check | 05/22/2017 | | MONTCLAIR PHYSI... | Loan Receiv -M... | | 1,219.68 | 29,963.13 |
| Check | 05/22/2017 | | MONTCLAIR SURGI... | Loan Receiv-M... | | 269.52 | 29,693.61 |
| Deposit | 05/22/2017 | | | Horizon | 4,300.00 | | 33,993.61 |
| Check | 05/22/2017 | | CMS Medicare | Medicare Premi... | | 504.80 | 33,488.81 |
| Check | 05/22/2017 | | CMS Medicare | Medicare Premi... | | 504.80 | 32,984.01 |
| Deposit | 05/22/2017 | | | Credit Card | 1,632.80 | | 34,616.81 |
| Deposit | 05/22/2017 | | | Credit Card | 3,650.40 | | 38,267.21 |
| Deposit | 05/24/2017 | | | Credit Card | 2,475.20 | | 40,742.41 |
| Deposit | 05/24/2017 | | MONTCLAIR SURGI... | Loan Receiv-M... | 552.96 | | 41,295.37 |
| Deposit | 05/25/2017 | | MONTCLAIR SURGI... | Loan Receiv-M... | 197.52 | | 41,492.89 |
| Deposit | 05/25/2017 | | | Credit Card | 2,204.40 | | 43,697.29 |
| Deposit | 05/25/2017 | | | Credit Card | 532.00 | | 44,229.29 |
| Deposit | 05/25/2017 | | | Credit Card | 318.00 | | 44,547.29 |
| Deposit | 05/26/2017 | | | SNJ | 16,032.00 | | 60,579.29 |
| Check | 05/26/2017 | | ADP Payroll Fees | Payroll Fees | | 123.08 | 60,456.21 |
| Deposit | 05/30/2017 | | | Patient Income | 160.00 | | 60,616.21 |
| Check | 05/30/2017 | | MONTCLAIR PHYSI... | Loan Receiv -M... | | 142.96 | 60,473.25 |
| Deposit | 05/30/2017 | | | Horizon | 3,000.00 | | 63,473.25 |
| Deposit | 05/30/2017 | | | Credit Card | 2,672.96 | | 66,146.21 |

1:48 PM
06/19/17
Cash Basis

# PILGRIM MEDICAL CENTER INC
## Transactions by Account
### As of May 31, 2017

| Type | Date | Num | Name | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| Deposit | 05/30/2017 | | | Credit Card | 3,742.75 | | 69,888.96 |
| Deposit | 05/31/2017 | | | Horizon | 850.00 | | 70,738.96 |
| Deposit | 05/31/2017 | | | Credit Card | 1,750.00 | | 72,488.96 |
| Check | 05/31/2017 | | PAYCHEX PAYROLL | -SPLIT- | | 32,577.07 | 39,911.89 |
| Check | 05/31/2017 | | PAYCHEX TAXES | Payroll Taxes | | 17,607.75 | 22,304.14 |
| Transfer | 05/31/2017 | | | Garnish Payable | | 316.82 | 21,987.32 |
| Check | 05/31/2017 | | ADP Payroll Fees | Payroll Fees | | 334.50 | 21,652.82 |
| **Total Valley National Bank** | | | | | **165,913.63** | **190,740.27** | **21,652.82** |
| **TOTAL** | | | | | **165,913.63** | **190,740.27** | **22,961.09** |

1:46 PM
06/19/17
Cash Basis

# PILGRIM MEDICAL CENTER INC
# Profit & Loss
## May 2017

|  | May 17 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Fee for Service Income | 225,163.15 |
| Refunds | 0.00 |
| **Total Income** | 225,163.15 |
| **Gross Profit** | 225,163.15 |
| **Expense** | |
| Accounting | 579.00 |
| Advertising and Promotion | 4,265.56 |
| Ambulatory Assessment Tax | 0.00 |
| Automobile Expense | 213.21 |
| Bank Service Charges | 0.00 |
| Continuing Education | 2,781.99 |
| Credit Card Expenses | 350.08 |
| Dues and Subscriptions | 492.18 |
| Equip Lease | 0.00 |
| Insurance Expense | 12,277.68 |
| Interest Expense | 0.00 |
| Licenses and Permits | 271.87 |
| Meals and Entertainment | 240.99 |
| Medical Records and Supplies | 7,810.95 |
| MISCELLANEOUS EXPENSES | -150.00 |
| Office Supplies | 2,495.11 |
| Outside Services | 10,147.34 |
| Payroll Fees | 1,168.91 |
| Payroll Taxes | 15,343.12 |
| Professional Fees | 16,721.98 |
| Repairs and Maintenance | 3,148.90 |
| Salaries and Wages | 142,094.84 |
| Security Expenses | 452.81 |
| Supplies | 852.52 |
| Telephone Expense | 1,410.11 |
| Utilities | 926.86 |
| Waste Removal | 526.81 |
| **Total Expense** | 224,422.82 |
| **Net Ordinary Income** | 740.33 |
| **Net Income** | 740.33 |

Page 1


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

PILGRIM MEDICAL CENTER INC
DIP CASE 16-15414 DIST NJ
393 BLOOMFIELD AVE
MONTCLAIR NJ  07042-3505

Page:                               1 of 2
Statement Period:   May 01 2017-May 31 2017
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

PILGRIM MEDICAL CENTER INC
DIP CASE 16-15414 DIST NJ

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,308.27 | Average Collected Balance | 1,308.27 |
| | | Interest Earned This Period | 0.00 |
| Ending Balance | 1,308.27 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY

No Transactions this Statement Period

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 2

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance         1,308.27
❷ Total Deposits     +
❸ Sub Total
❹ Total Withdrawals  -
❺ Adjusted Balance

❷
| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Deposits |  |  |

❹
| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Total Withdrawals |  |  |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



PILGRIM MEDICAL CENTER INC
393 BLOOMFIELD AVE
MONTCLAIR NJ 07042-3741

0                    Page:            1

Statement Date:   05/31/17
Account Number:

******************* BusinessCHECKING 300              *********************
Non-Check Transactions

| Date | Description | Amount |
|---|---|---|
| 05/01 | TRANSFER TO CK    XXXXXXXX9713 | 184.20- |
| 05/01 | HORIZON           TDU ACH PT<br>ID: ACH010010901814 | 675.00 |
| 05/01 | BANKCARD          MTOT DEP<br>ID: 543469430101030 | 2,298.40 |
| 05/01 | BANKCARD          MTOT DEP<br>ID: 543469430101030 | 2,880.80 |
| 05/01 | TRNSFER FRM CK    XXXXXXXX9608 | 5,000.00 |
| 05/01 | Deposit | 681.00 |
| 05/02 | HORIZON           TDU ACH PT<br>ID: ACH010010916869 | 925.00 |
| 05/02 | HORIZON           TDU ACH PT<br>ID: ACH010010909293 | 2,316.14 |
| 05/02 | ADP WAGE GARN     WAGE GARN<br>ID: 764064558216GH8 | 276.82- |
| 05/02 | ADP PAY-BY-PAY    PAY-BY-PAY<br>ID: 764064558217GH8 | 346.87- |
| 05/02 | ADP WAGE PAY      WAGE PAY<br>ID: 764064558215GH8 | 34,781.89- |
| 05/03 | BANKCARD          BTOT DEP<br>ID: 543469430101030 | 1,986.40 |
| 05/03 | BANKCARD          MTOT DISC<br>ID: 543469430101030 | 350.08- |
| 05/03 | ADP Tax           ADP Tax<br>ID: RZGH8 1420274VV | 19,016.89- |
| 05/03 | Deposit | 587.00 |
| 05/04 | HORIZON           TDU ACH PT<br>ID: ACH010010924118 | 1,000.00 |
| 05/04 | BANKCARD          MTOT DEP<br>ID: 543469430101030 | 936.00 |
| 05/05 | HORIZON           TDU ACH PT<br>ID: ACH010010931534 | 2,575.00 |
| 05/05 | SNJ-MED.ASST.PAY MD AST.PAY<br>ID: 0175641AG054239 | 35,709.00 |

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.



```
PILGRIM MEDICAL CENTER INC          0              Page:            2
393 BLOOMFIELD AVE
MONTCLAIR NJ 07042-3741                            Statement Date:  05/31/17
                                                   Account Number:
```

******************* BusinessCHECKING 300                   ***********************
Non-Check Transactions

| Date | Description | Amount |
|---|---|---:|
| 05/05 | UnitedHCMedicare MedInsPymt ID: 0166626911 | 78.10- |
| 05/05 | UnitedHCMedicare MedInsPymt ID: 0167665151 | 80.20- |
| 05/05 | UnitedHealthcare PREMIUM ID: 3184949601 | 364.46- |
| 05/08 | TRANSFER TO CK  XXXXXXXX6241 | 15,000.00- |
| 05/08 | KEANE INSURANCE  Downpaymen ID: Campanella MD | 3,003.90- |
| 05/08 | BANKCARD      MTOT DEP ID: 543469430101030 | 1,112.80 |
| 05/08 | BANKCARD      MTOT DEP ID: 543469430101030 | 2,470.00 |
| 05/08 | Deposit | 2,790.00 |
| 05/08 | Deposit | 1,441.00 |
| 05/09 | HORIZON       TDU ACH PT ID: ACH010010946335 | 1,970.31 |
| 05/10 | BANKCARD      BTOT DEP ID: 543469430101030 | 728.00 |
| 05/10 | Deposit | 480.00 |
| 05/11 | TRANSFER TO CK  XXXXXXXX9713 | 405.68- |
| 05/11 | TRANSFER TO CK  XXXXXXXX9705 | 1,553.52- |
| 05/11 | BANKCARD      MTOT DEP ID: 543469430101030 | 3,463.20 |
| 05/12 | HORIZON       TDU ACH PT ID: ACH010010968536 | 1,402.50 |
| 05/12 | SNJ-MED.ASST.PAY MD AST.PAY ID: 0175641AG059001 | 19,470.00 |
| 05/12 | ADP PAYROLL FEES ADP - FEES ID: 2RGH8  3522388 | 15.00- |
| 05/15 | TRANSFER TO CK  XXXXXXXX6241 | 10,000.00- |
| 05/15 | Deposit | 786.00 |
| 05/15 | HORIZON       TDU ACH PT ID: ACH010010976054 | 3,150.01 |

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.



PILGRIM MEDICAL CENTER INC　　　　　　0　　　　　　Page:　　　3
393 BLOOMFIELD AVE
MONTCLAIR NJ 07042-3741　　　　　　　　　　　　Statement Date:　05/31/17
　　　　　　　　　　　　　　　　　　　　　　　Account Number:

****************** BusinessCHECKING 300　　　　　**********************
Non-Check Transactions

| Date | Description | Amount |
|---|---|---|
| 05/15 | ADP Tax        ADP Tax          ID: RZGH8 1474633VV | .01- |
| 05/15 | BANKCARD       MTOT DEP         ID: 543469430101030 | 1,060.80 |
| 05/15 | BANKCARD       MTOT DEP         ID: 543469430101030 | 1,593.28 |
| 05/15 | Deposit | 393.00 |
| 05/17 | BANKCARD       MTOT DEP         ID: 543469430101030 | 936.00 |
| 05/17 | Deposit | 1,177.00 |
| 05/18 | ADP WAGE GARN  WAGE GARN        ID: 120053936596GH8 | 166.09- |
| 05/18 | ADP PAY-BY-PAY PAY-BY-PAY       ID: 120053936597GH8 | 349.46- |
| 05/18 | ADP Tax        ADP Tax          ID: RZGH8 051710A01 | 17,897.50- |
| 05/18 | ADP WAGE PAY   WAGE PAY         ID: 120053936595GH8 | 33,268.62- |
| 05/18 | BANKCARD       MTOT DEP         ID: 543469430101030 | 624.00 |
| 05/18 | Deposit | 991.00 |
| 05/19 | HORIZON        TDU ACH PT       ID: ACH010011005646 | 1,000.00 |
| 05/19 | SNJ-MED.ASST.PAY MD AST.PAY      ID: 0175641AG063960 | 17,094.00 |
| 05/22 | Deposit | 140.00 |
| 05/22 | TRANSFER TO CK  XXXXXXXX9713 | 1,219.68- |
| 05/22 | TRANSFER TO CK  XXXXXXXX9705 | 269.52- |
| 05/22 | HORIZON        TDU ACH PT       ID: ACH010011012083 | 4,300.00 |
| 05/22 | CMS MEDICARE   PREMIUMS         ID: 0000 | 504.80- |
| 05/22 | CMS MEDICARE   PREMIUMS         ID: 0000 | 504.80- |

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.



PILGRIM MEDICAL CENTER INC         0            Page:              4
393 BLOOMFIELD AVE
MONTCLAIR NJ 07042-3741                         Statement Date:   05/31/17
                                                Account Number:

```
******************* BusinessCHECKING 300        **********************
Non-Check Transactions
    Date   Description                                         Amount
    05/22  BANKCARD         MTOT DEP                         1,632.80
           ID: 543469430101030
    05/22  BANKCARD         MTOT DEP                         3,650.40
           ID: 543469430101030
    05/24  BANKCARD         MTOT DEP                         2,475.20
           ID: 543469430101030
    05/24  TRNSFER FRM CK   XXXXXXXX9705                       552.96
    05/25  TRNSFER FRM CK   XXXXXXXX9705                       197.52
    05/25  BANKCARD         BTOT DEP                         2,204.40
           ID: 543469430101030
    05/25  Deposit                                             532.00
    05/25  Deposit                                             318.00
    05/26  SNJ-MED.ASST.PAY MD AST.PAY                       16,032.00
           ID: 0175641AG068727
    05/26  ADP PAYROLL FEES ADP - FEES                         123.08-
           ID: 2RGH8    5063205
    05/30  Deposit                                             160.00
    05/30  TRANSFER TO CK   XXXXXXXX9713                       142.96-
    05/30  HORIZON          TDU ACH PT                       3,000.00
           ID: ACH010011048939
    05/30  BANKCARD         MTOT DEP                         2,672.96
           ID: 543469430101030
    05/30  BANKCARD         MTOT DEP                         3,742.75
           ID: 543469430101030
    05/31  HORIZON          TDU ACH PT                         850.00
           ID: ACH010011064127
    05/31  HORIZON          TDU ACH PT                       1,750.00
           ID: ACH010011056672
    05/31  ADP WAGE GARN    WAGE GARN                           316.82-
           ID: 935003428016GH8
    05/31  ADP PAY-BY-PAY   PAY-BY-PAY                          334.50-
           ID: 935003428017GH8
    05/31  ADP WAGE PAY     WAGE PAY                         32,577.07-
           ID: 935003428015GH8
```

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.



PILGRIM MEDICAL CENTER INC            0                    Page:            5
393 BLOOMFIELD AVE
MONTCLAIR NJ 07042-3741                            Statement Date:    05/31/17
                                                   Account Number:

******************** BusinessCHECKING 300            **********************
Non-Check Transactions
    Date    Description                                              Amount
    05/31   ADP Tax         ADP Tax                               17,607.75-
            ID: RZGH8 053111A01

Daily Balance Summary
    Date        Balance     Date       Balance    Date        Balance
    04/28     46,479.46    05/09     40,349.90    05/19     31,042.81
    05/01     57,830.46    05/10     41,557.90    05/22     38,267.21
    05/02     25,666.02    05/11     43,061.90    05/24     41,295.37
    05/03      8,872.45    05/12     63,919.40    05/25     44,547.29
    05/04     10,808.45    05/15     60,902.48    05/26     60,456.21
    05/05     48,569.69    05/17     63,015.48    05/30     69,888.96
    05/08     38,379.59    05/18     12,948.81    05/31     21,652.82

Account Summary
Previous Statement Date: 04/28/17
    Beginning                     Interest                 Service            Ending
    Balance    +   Deposits   +   Paid   -   Withdrawals - Charge    =       Balance
    46,479.46      165,913.63       .00      190,740.27     .00             21,652.82

Statement from 04/29/17 Thru 05/31/17
YTD Interest Paid             .00

        COMMUNICATING WITH YOU IS IMPORTANT TO US!
        Don't miss weather-related closures or special offer emails.
        Take a moment and call our 24/7 Customer Service Team at
        800-522-4100 or 973-305-8800 and provide or update
        your email address.

(c) Valley National Bank. Member FDIC. Equal Opportunity Lender.