UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Jerome M. Douglas, LLC
Jerome M. Douglas (Attorney Id 042921995)
1600 Route 208 North
P.O. Box 670
Hawthorne, New Jersey 07507
973-238-8638 ph
973-238-8639 fax
Counsel for Debtor

**Order Filed on July 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re:<br><br>Nicholas V. Campanella,<br><br>Debtor. | Case No.: 16-15414 (Jointly Administered)<br><br>Chapter: 11<br><br>Judge: VFP |

## ORDER AUTHORIZING RETENTION OF

Pamela Farmer

The relief set forth on the following page is **ORDERED**.

**DATED: July 13, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain _____Pamela Farmer_____

as _____Broker/Realtor_____, it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

The professional's address is:    1122 Third Avenue_____

Spring Lake, New Jersey 07762_____

_____

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.      The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2