| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Pilgrim Medical Center, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **16-15414** |

■ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

■   **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 18, 2017**      X **/s/ Nicholas V. Campanella**
Signature of individual signing on behalf of debtor

**Nicholas V. Campanella**
Printed name

**Shareholder**
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Pilgrim Medical Center, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **16-15414** |

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals         12/15

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................................  $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................................  $ **65,861.47**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................................  $ **65,861.47**

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................  $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................  $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$ **0.00**

4. **Total liabilities** ........................................................................................................................................  $ **0.00**
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: **Pilgrim Medical Center, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known): **16-15414**

■ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Pilgrim Medical Center, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **16-15414** |

■ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**A&E AmerTel**<br>**88 W. Newell Ave**<br>**PO Box 292**<br>**Rutherford, NJ 07070**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Credit Card**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Artic Falls**<br>**58 Sand Park Road**<br>**Cedar Grove, NJ 07009**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**AT&T**<br>**PO Box 2969**<br>**Omaha, NE 68103**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |

| Debtor | **Pilgrim Medical Center, Inc.** | Case number (if known) | **16-15414** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Biomed Technologies, Inc.**<br>**11 Howard Bldv - Ste. 100B**<br>**Mount Arlington, NJ 07856**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade Debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**BioReference Laboratories**<br>**481 Edward H. Ross Drive**<br>**Elmwood Park, NJ 07407**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Bowco Laboratories, Inc.**<br>**75 Freeman St.**<br>**PO Box 1219**<br>**Woodbridge, NJ 07095**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Burgess Chemist #2**<br>**559 N. Franklin Ave.**<br>**Nutley, NJ 07110**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Chase Bank N.A.**<br>**270 Park Ave.**<br>**Attn: Bankruptcy**<br>**New York, NY 10017**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Day to Day Essentials**<br>**472 US Highway Rt. 46**<br>**Fairfield, NJ 07004**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade debt**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Deutsch Atkins, P.C.**<br>**25 Main St. - Ste. 104**<br>**Court Plaza North**<br>**Hackensack, NJ 07601**<br><br>**Date(s) debt was incurred 12/4/2015**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Attorneys' fees - Jaqueline Jalil, Luisa Rojas & Tania Mena (Docket No. L-7913-13)**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |

| Debtor | **Pilgrim Medical Center, Inc.** | Case number (if known) | **16-15414** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Diagnostic Technology, Inc.**<br>**240 Vanderbilt Motor Parkway**<br>**Hauppauge, NY 11788**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**DirecTv**<br>**PO Box 60036**<br>**Los Angeles, CA 90060**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Services Rendered**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Electronic Unlimited, Inc.**<br>**152 English Street**<br>**Fort Lee, NJ 07024**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**First Insurance Funding Corp.**<br>**PO Box 66468**<br>**Chicago, IL 60666**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Henry Schein**<br>**PO Box 371952**<br>**Pittsburgh, PA 15250**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Home Depot**<br>**PO Box 653000**<br>**Dallas, TX 75265-3000**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Horizon Blue Cross & Blue Shield**<br>**PO Box 10130**<br>**Newark, NJ 07101**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

Debtor **Pilgrim Medical Center, Inc.**     Case number (if known) **16-15414**
Name

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Hospira Worldwide, Inc.**<br>**75 Remittance Drive Ste. 6136**<br>**Chicago, IL 60675**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**HPSRX Enterprises, Inc.**<br>**1640 Roanoke Blvd**<br>**Salem, VA 24153**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**IDM Medical Gas Co.**<br>**620 Braen Ave.**<br>**Wyckoff, NJ 07481**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Immucor, Inc.**<br>**PO Box 102118**<br>**Atlanta, GA 30368**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Information Distruction Systems**<br>**101 7th St.**<br>**Passaic, NJ 07055**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Interstate Waste of New Jersey**<br>**PO Box 554046**<br>**Detroit, MI 48255**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Jacqueline Jalil**<br>**c/o Deutsch Atkins, P.C.**<br>**25 Main St., Ste. 104**<br>**Court Plaza North**<br>**Hackensack, NJ 07601**<br><br>**Date(s) debt was incurred** **2/2/2016**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Jalil, Luisa Rojas, Tania Mena v. Pilgrim Medical Center et als. (Docket No. L-7913-13 - J-021645-16)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor **Pilgrim Medical Center, Inc.**     Case number (if known) **16-15414**
    Name

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Lowes**<br>**PO Box 530914**<br>**Atlanta, GA 30353**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __**Trade debt**__<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Luisa Rojas**<br>**c/o Deutsch Atkins, P.C.**<br>**25 Main St., Ste. 104**<br>**Court Plaza North**<br>**Hackensack, NJ 07601**<br><br>Date(s) debt was incurred **2/2/2016**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Jaqueline Jalil, Luisa Rojas & Tania Mena v. Pilgrim Medical Center (Docket No. L-7913-13 - J-021645-16)**<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**McKesson Medical Surgical**<br>**PO Box 634404**<br>**Cincinnati, OH 45263**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __**Trade debt**__<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**MCN Properties**<br>**393 Bloomfield Ave.**<br>**Montclair, NJ 07042**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __**Trade debt**__<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**MedGyn**<br>**PO Box 3126**<br>**Hinsdale, IL 60522**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __**Trade debt**__<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Medline Industries, Inc.**<br>**PO Box 382075**<br>**Pittsburgh, PA 15251**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __**Trade debt**__<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Metro Fire & Safety**<br>**509 Washington Ave.**<br>**Carlstadt, NJ 07072**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __**Trade debt**__<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| Debtor | **Pilgrim Medical Center, Inc.** | Case number (if known) | **16-15414** |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address**<br>**New Jersey Dept. of Health**<br>**Attn: Cindy Smith**<br>**369 S. Warren St. - 7th Fl.**<br>**PO Box 360**<br>**Trenton, NJ 08625**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Ofis Lab**<br>**44 Engle Street**<br>**Englewood, NJ 07631**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Otis Elevator**<br>**One Farm Springs**<br>**Farmington, CT 06032**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Peaceful Corporation**<br>**One Alpha Ave. #20**<br>**Voorhees, NJ 08043**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**PSE&G**<br>**P.O. Box 14444**<br>**New Brunswick, NJ 08906-4444**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**RC Service**<br>**PO Box 248**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**RX Value Canada**<br>**Accounting Dept.**<br>**5624 Blossom Montreal**<br>**Quebec H4W 2T1, Canada**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

Case 16-15414-VFP    Doc 199    Filed 07/18/17    Entered 07/18/17 13:23:19    Desc Main
Document    Page 10 of 13

| Debtor | **Pilgrim Medical Center, Inc.** | Case number (if known) | **16-15414** |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** **Sears Credit Cards** **PO Box 688957** **Des Moines, IA 50368** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** **Signius Communications** **7 Elk St. - Lower Level** **New York, NY 10007** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** **Stericycle, Inc.** **PO Box 6582** **Carol Stream, IL 60197** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** **Studio 42** **423 Bloomfield Ave.** **Montclair, NJ 07042** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** **Tania Mena** **c/o Deutsch Atkins, P.C.** **25 Main St., Ste. 104** **Court Plaza North** **Hackensack, NJ 07601** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred **2/2/2016** | **Basis for the claim:** **Jaqueline Jalil, Luisa Rojas, Tania Mena v. Pilgrim Medical Center et als. (Docket No. L-7913-13 - J-021645-16)** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** **The Hartford Insurance Co.** **PO Box 660916** **Dallas, TX 75266** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** **The Ruhof Corporation** **393 Sagamore Ave.** **Mineola, NY 11501** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 7 of 8
Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Pilgrim Medical Center, Inc.**  Case number (if known) **16-15414**
Name

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Ultimate Security Systems, Inc.**<br>**3 Royal Ave.**<br>**PO Box 2086**<br>**Livingston, NJ 07039** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Verizon**<br>**PO Box 4833**<br>**Trenton, NJ 08650** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Women's Health Management**<br>**44 Engle St.**<br>**Englewood, NJ 07631** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 0.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Pilgrim Medical Center, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **16-15414** |

■ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **ISTAT Lab Equipment Lease** | |
| | State the term remaining | | **Choice Helalth**<br>1310 Madrid St. - Ste. 101<br>Marshall, MN 56258 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Digital Ultrasound, Multi Parameter Monitor, Table Procedure Power Base Leases** | |
| | State the term remaining | | **De Lage Landen Financial Services**<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Copy Machine Lease** | |
| | State the term remaining | | **Document Solutions**<br>PO Box 911608<br>Denver, CO 80291 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Business Equipment - Printer Lease** | |
| | State the term remaining | | **Everbank Commercial Finance, Inc.**<br>10 Waterview Boulevard<br>Parsippany, NJ 07054 |
| | List the contract number of any government contract | | |

| Debtor 1 | Pilgrim Medical Center, Inc. | | Case number *(if known)* | 16-15414 |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| | **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Office Furniture and other Office Equipment** | |
| | State the term remaining | | **Marie T. Campanella**<br>**384 Sunset Blvd.**<br>**Wyckoff, NJ 07481** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Lease Agreement** | |
| | State the term remaining | **10 years** | **MCN Properties, LLC**<br>**384 Sunset Blvd**<br>**Wyckoff, NJ 07481** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Ultrasound Machine Lease** | |
| | State the term remaining | | **Pro Health Capital**<br>**PO Box 41602**<br>**Philadelphia, PA 19101** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Business Equipment Lease** | |
| | State the term remaining | | **U.S. Bank, N.A.**<br>**1310 Madrid Street**<br>**Marshall, MN 56258** |
| | List the contract number of any government contract | | |