**LAW OFFICES OF JEROME M. DOUGLAS, LLC**
Jerome M. Douglas, Esq. (042921995)
1600 Route 208 North
P.O. Box 670
Hawthorne, New Jersey 07507
Phone: (973) 238-8638
Attorney for Debtor, Nicholas V. Campanella

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:* | Case No. 16-15414 (VFP) (Jointly Administered) |
| **PILGRIM MEDICAL CENTER, INC., AND NICHOLAS V. CAMPANELLA,** Debtor. | Chapter 11 |
| | Hon. Judge: Vincent F. Papalia |
| | Hearing Date: 08/08/2017 @ 10:00 am |
| | *Oral Argument Not Requested Unless Timely Obj. Made* |

**NOTICE OF MOTION ENTRY OF ORDERS (A) AUTHORIZING THE SALE OF REAL PROPERTY LOCATED AT 101 BEACON BOULEVARD, SEA GIRT, NEW JERSEY FREE AND CLEAR OF INTERESTS, CLAIMS, LIENS AND ENCUMBRANCES; (B) AUTHORIZING COMPENSATION TO RETAINED PROFESSIONALS FOR APPROVED FEES AND COSTS FROM SALE PROCEEDS; AND (C) WAIVING THE FOURTEEN-DAY STAY**

**PLEASE TAKE NOTICE** that the Debtor will move before the Honorable Vincent F. Papalia, United States Bankruptcy Judge, on August 8, 2017 at 10:00 a.m. at the United States Bankruptcy Court, 50 Walnut Street, Newark New Jersey 07102, for Entry of Orders (a) authorizing the sale of real property located at 101 Beacon Boulevard, Sea Girt, New Jersey (the "Property") free and clear of interests, claims, liens and encumbrances SUBJECT TO HIGHER OR BETTER OFFERS (the "Sale"); (b) authorizing compensation to retained professionals for approved fees and costs from sale proceeds; and (c) waiving the fourteen-day stay provided for in Federal Rules of Bankruptcy Procedure 6004(h); and

**PLEASE TAKE FURTHER NOTICE** that in support of the motion, the undersigned will rely on the certification of Nicholas V. Campanella and Pamela Farmer submitted herein; and

**PLEASE TAKE FURTHER NOTICE** that any answering papers or objections to the Debtor's motion must be filed and served at least seven (7) days before the return date of this motion.  If you wish to object to this motion, you must file responding papers stating with particularity the basis of your objection to the motion.  All such responsive papers must be filed with the Clerk of the Bankruptcy Court for the District of New Jersey, located at 50 Walnut Street, Newark, New Jersey, and served simultaneously upon,

>Jerome M. Douglas, Esq.
>1600 Route 208 North
>P.O. Box 670
>Hawthorne, New Jersey 07507

**PLEASE TAKE FURTHER NOTICE** that oral argument is only requested if the motion is contested or so directed by the Court; and

**PLEASE TAKE FURTHER NOTICE** that this matter does not involve complicated issues of law or fact and therefore no brief is necessary.

>**LAW OFFICES OF JEROME M. DOUGLAS, LLC**
> Counsel to the Debtor
>
>By: /s/ Jerome M. Douglas
>Jerome M. Douglas

Dated: July 14, 2017