UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____          _____
                                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| | | |
|---|---|---|
| **A&E AmerTel**<br>88 W. Newell Ave<br>PO Box 292<br>Rutherford, NJ 07070<br>**Attn. President, CEO, Reg. Agent** | **American Express**<br>PO Box 1270<br>Newark, NJ 07101<br>**Attn. President, CEO, Reg. Agent** | **Artic Falls**<br>58 Sand Park Road<br>Cedar Grove, NJ 07009<br>**Attn. President, CEO, Reg. Agent** |
| **AT&T**<br>PO Box 2969<br>Omaha, NE 68103<br>**Attn. President, CEO, Reg. Agent** | **Biomed Technologies, Inc.**<br>11 Howard Bldv - Ste. 100B<br>Mount Arlington, NJ 07856<br>**Attn. President, CEO, Reg. Agent** | **BioReference Laboratories**<br>481 Edward H. Ross Drive<br>Elmwood Park, NJ 07407<br>**Attn. President, CEO, Reg. Agent** |
| **Bowco Laboratories, Inc.**<br>75 Freeman St.<br>PO Box 1219<br>Woodbridge, NJ 07095<br>**Attn. President, CEO, Reg. Agent** | **Burgess Chemist #2**<br>559 N. Franklin Ave.<br>Nutley, NJ 07110<br>**Attn. President, CEO, Reg. Agent** | **Chase Bank N.A.**<br>270 Park Ave.<br>Attn: Bankruptcy<br>New York, NY 10017<br>**Attn. President, CEO, Reg. Agent** |
| **Day to Day Essentials**<br>472 US Highway Rt. 46<br>Fairfield, NJ 07004<br>**Attn. President, CEO, Reg. Agent** | **Deutsch Atkins, P.C.**<br>25 Main St. - Ste. 104<br>Court Plaza North<br>Hackensack, NJ 07601<br>**Attn. President, CEO, Reg. Agent** | **Diagnostic Technology, Inc.**<br>240 Vanderbilt Motor Parkway<br>Hauppauge, NY 11788<br>**Attn. President, CEO, Reg. Agent** |
| **DirecTv**<br>PO Box 60036<br>Los Angeles, CA 90060<br>**Attn. President, CEO, Reg. Agent** | **Electronic Unlimited, Inc.**<br>152 English Street<br>Fort Lee, NJ 07024<br>**Attn. President, CEO, Reg. Agent** | **First Insurance Funding Corp.**<br>PO Box 66468<br>Chicago, IL 60666<br>**Attn. President, CEO, Reg. Agent** |
| **Henry Schein**<br>PO Box 371952<br>Pittsburgh, PA 15250<br>**Attn. President, CEO, Reg. Agent** | **Home Depot**<br>PO Box 653000<br>Dallas, TX 75265-3000<br>**Attn. President, CEO, Reg. Agent** | **Horizon Blue Cross & Blue Shield**<br>PO Box 10130<br>Newark, NJ 07101<br>**Attn. President, CEO, Reg. Agent** |
| **Hospira Worldwide, Inc.**<br>75 Remittance Drive Ste. 6136<br>Chicago, IL 60675<br>**Attn. President, CEO, Reg. Agent** | **HPSRX Enterprises, Inc.**<br>1640 Roanoke Blvd<br>Salem, VA 24153<br>**Attn. President, CEO, Reg. Agent** | **IDM Medical Gas Co.**<br>620 Braen Ave.<br>Wyckoff, NJ 07481<br>**Attn. President, CEO, Reg. Agent** |
| **Immucor, Inc.**<br>PO Box 102118<br>Atlanta, GA 30368<br>**Attn. President, CEO, Reg. Agent** | **Information Distruction Systems**<br>101 7th St.<br>Passaic, NJ 07055<br>**Attn. President, CEO, Reg. Agent** | **Interstate Waste of New Jersey**<br>PO Box 554046<br>Detroit, MI 48255<br>**Attn. President, CEO, Reg. Agent** |
| **Deutsch Atkins, P.C.**<br>25 Main St., Ste. 104<br>Court Plaza North<br>Hackensack, NJ 07601<br>**Attn. President, CEO, Reg. Agent** | **Lowes**<br>PO Box 530914<br>Atlanta, GA 30353<br>**Attn. President, CEO, Reg. Agent** | **McKesson Medical Surgical**<br>PO Box 634404<br>Cincinnati, OH 45263<br>**Attn. President, CEO, Reg. Agent** |
| **MCN Properties**<br>393 Bloomfield Ave.<br>Montclair, NJ 07042<br>**Attn. President, CEO, Reg. Agent** | **MedGyn**<br>PO Box 3126<br>Hinsdale, IL 60522<br>**Attn. President, CEO, Reg. Agent** | **Medline Industries, Inc.**<br>PO Box 382075<br>Pittsburgh, PA 15251<br>**Attn. President, CEO, Reg. Agent** |

| | | |
|---|---|---|
| **Metro Fire & Safety**<br>509 Washington Ave.<br>Carlstadt, NJ 07072<br>**Attn. President, CEO, Reg. Agent** | **New Jersey Dept. of Health**<br>Attn: Cindy Smith<br>369 S. Warren St. - 7th Fl.<br>PO Box 360<br>Trenton, NJ 08625 | **Ofis Lab**<br>44 Engle Street<br>Englewood, NJ 07631<br>**Attn. President, CEO, Reg. Agent** |
| **Otis Elevator**<br>One Farm Springs<br>Farmington, CT 06032<br>**Attn. President, CEO, Reg. Agent** | **Peaceful Corporation**<br>One Alpha Ave. #20<br>Voorhees, NJ 08043<br>**Attn. President, CEO, Reg. Agent** | **PSE&G**<br>P.O. Box 14444<br>New Brunswick, NJ 08906-4444<br>**Attn. President, CEO, Reg. Agent** |
| **RX Value Canada**<br>Accounting Dept.<br>5624 Blossom Montreal<br>Quebec H4W 2T1, Canada<br>**Attn. President, CEO, Reg. Agent** | **Sears Credit Cards**<br>PO Box 688957<br>Des Moines, IA 50368<br>**Attn. President, CEO, Reg. Agent** | **Signius Communications**<br>7 Elk St. - Lower Level<br>New York, NY 10007<br>**Attn. President, CEO, Reg. Agent** |
| **Stericycle, Inc.**<br>PO Box 6582<br>Carol Stream, IL 60197<br>**Attn. President, CEO, Reg. Agent** | **Studio 42**<br>423 Bloomfield Ave.<br>Montclair, NJ 07042<br>**Attn. President, CEO, Reg. Agent** | **The Hartford Insurance Co.**<br>PO Box 660916<br>Dallas, TX 75266<br>**Attn. President, CEO, Reg. Agent** |
| **The Ruhof Corporation**<br>393 Sagamore Ave.<br>Mineola, NY 11501<br>**Attn. President, CEO, Reg. Agent** | **Ultimate Security Systems, Inc.**<br>3 Royal Ave.<br>PO Box 2086<br>Livingston, NJ 07039<br>**Attn. President, CEO, Reg. Agent** | **Verizon**<br>PO Box 4833<br>Trenton, NJ 08650<br>**Attn. President, CEO, Reg. Agent** |
| **Women's Health Management**<br>44 Engle St.<br>Englewood, NJ 07631<br>**Attn. President, CEO, Reg. Agent** | **Comenity Capital/BJSCLB**<br>P.O. Box 182120<br>Columbus, OH 43218<br>**Attn. President, CEO, Reg. Agent** | **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>**Attn. President, CEO, Reg. Agent** |
| **Jadoo & Zalenski**<br>100 South Van Brunt Street<br>Englewood, NJ<br>**Attn. Michael Zalenski, Esq.** | **Sa-Vit Collection Agency**<br>46 West Ferris Street<br>East Brunswick, NJ 08816<br>**Attn. President, CEO, Reg. Agent** | **Sears/cbna**<br>P.O. Box 6497<br>Sioux Falls, SD 57117<br>**Attn. President, CEO, Reg. Agent** |
| **State of NJ Federal Offset Program**<br>P.O. Box 283<br>Trenton, NJ 08695<br>**Attn. President, CEO, Reg. Agent** | **SYNCB/Lowes**<br>4125 Windward Plaza<br>Alpharetta, GA 30005<br>**Attn. President, CEO, Reg. Agent** | **THD/CBNA**<br>P.O. Box 6497<br>Sioux Falls, SD 57117<br>**Attn. President, CEO, Reg. Agent** |
| **United States Attorney**<br>Peter Rodino Federal Building<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | **United States Atttorney General**<br>Ben Franklin Station<br>P.O. Box 683<br>Washington, DC 20044 | |