UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens, & Cammarota, LLP.
1599 Hamburg Turnpike
Wayne, NJ 07470
Tel: 973-696-8391
David L. Stevens (Attorney ID 034422007)
Attorneys for Pilgrim Medical Center, Inc.

Order Filed on July 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Pilgrim Medical Center, Inc.,
and Nicholas V. Campanella
                                    Debtor.

Case No.:        16-15414

Chapter:         11 (Small Business)

Judge:           VFP

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING TIME
FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, AND FIXING THE
TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO THE
CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF
THE HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT
AND THE HEARING ON CONFIRMATION OF THE PLAN**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 21, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

This matter having been opened to the Court by _____Pilgrim Medical Center, Inc._____, Plan Proponent, through counsel, _____David L. Stevens_____, upon the filing of a Small Business Plan and Small Business Disclosure Statement dated _____July 19, 2017_____ under Chapter 11 of the United States Bankruptcy Code; it is

**ORDERED**, and notice is hereby given, that:

A.  The Disclosure Statement dated _____July 19, 2017_____ and filed by the Debtor is conditionally approved.

B.  Within two (2) days after the entry of this Order, the Plan, the Disclosure Statement and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee.

C.  _____August 17, 2017_____ is fixed as the last day for filing and serving written objections to the Disclosure Statement and confirmation of the Plan.

D.  _____August 17, 2017_____ is fixed as the last day for filing written acceptances or rejections of the Plan under D.N.J. LBR 3018-1.

E.  A hearing shall be held on _____August 24, 2017_____ at __11:00 am__ (a date within 45 days of the filing of the Plan) for final approval of the Disclosure Statement (if a written objection has been timely filed) and for confirmation of the Plan before the Honorable _____Vincent F. Papalia_____, United States Bankruptcy Court, District of New Jersey, 50 Walnut Street, Newark, NJ 07102, in Courtroom ____3B____.

*rev.10/1/15*