

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br><br>Pilgrim Medical Center, Inc. | Case No.:  16-15414<br><br>Chapter:  11<br><br>Judge:  Papalia |

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, F, G, H
## OR LIST OF CREDITORS

The relief set forth on the following page is **ORDERED**.

Date: 7/19/17                                       /s/ Honorable Vincent F. Papalia
                                                    Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule __D, E/F, G__ or to the List of Creditors on ___7/18/17___, and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 14 days after the date of this Order, the following:

1. A copy of the applicable *Notice of Chapter* __11__ *Bankruptcy Case,* and

2. In a Chapter 11 case:
   a) a copy of the last modified plan and disclosure statement, if any, and
   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
   a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.11/17/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Pilgrim Medical Center, Inc.  
    Debtor

Case No. 16-15414-VFP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 19, 2017  
                Form ID: pdf903    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2017.
```
db             +Pilgrim Medical Center, Inc.,    393 Bloomfiled Ave.,     Montclair, NJ 07042-3741
aty            +Gina Campanella,     44 Engle Street, 2nd Floor,     Englewood, NJ 07631-2905
aty            +Piekarsky & Associates, LLC,    191 Godwin Avenue - Suite 9,     Wyckoff, NJ 07481-2052
aty            +Scura, Mealey, Wigfield & Heyer,    1599 Hamburg Turnpike,    Wayne, NJ 07470-4093
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2017 at the address(es) listed below:
```
          A. Crew   Schielke    on behalf of Debtor    Pilgrim Medical Center, Inc. crew@crewschielke.com
          Connie J Delisser     on behalf of Creditor     BANK OF AMERICA, N.A. cdelisser@mlg-defaultlaw.com,
           BKECF@mlg-defaultlaw.com
          David   Edelberg    on behalf of Creditor Committee    Official Comittee of Unsecured Creditors
           dedelberg@cullenanddykman.com
          David   Edelberg    on behalf of Creditor Tania  Mena dedelberg@cullenanddykman.com
          David   Edelberg    on behalf of Creditor Jacqueline  Jalil dedelberg@cullenanddykman.com
          David   Edelberg    on behalf of Creditor Luisa  Rojas dedelberg@cullenanddykman.com
          David   Edelberg    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
           dedelberg@cullenanddykman.com
          David L. Stevens    on behalf of Creditor Nicholas V Campanella dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          David L. Stevens    on behalf of Debtor    Pilgrim Medical Center, Inc. dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          David L. Stevens    on behalf of Interested Party    Pilgrim Medical Center, Inc.
           dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          Jerome M Douglas    on behalf of Creditor Nicholas V Campanella jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          Jerome M Douglas    on behalf of Debtor Nicholas V Campanella jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          Jerome M Douglas    on behalf of Debtor    Pilgrim Medical Center, Inc. jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          Jerome M Douglas    on behalf of Interested Party Nicholas K Campanella jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          John F. Murano    on behalf of Creditor Jacqueline  Jalil john@muranoroth.com,
           vicky@muranoroth.com
          John F. Murano    on behalf of Creditor Tania  Mena john@muranoroth.com,  vicky@muranoroth.com
          John F. Murano    on behalf of Creditor Luisa  Rojas john@muranoroth.com,  vicky@muranoroth.com
          John J. Scura, III    on behalf of Debtor    Pilgrim Medical Center, Inc. jscura@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
           y.com
          Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 20
```