Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16–15414–VFP
Chapter:  11
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Pilgrim Medical Center, Inc.
  393 Bloomfiled Ave.
  Montclair, NJ 07042

Social Security No.:

Employer's Tax I.D. No.:
  22–2981240

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on July 21, 2017, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 204 – 202
Order to Shorten Time (related document:202 Motion to Sell Property Free and Clear of Liens under Section 363(f).Property for sale: 101 Beacon Blvd, Sea Girt, NJ.. Fee Amount $181. filed by Interested Party Nicholas K Campanella) Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/21/2017. Hearing scheduled for 7/27/2017 at 11:00 AM at VFP – Courtroom 3B, Newark. (mcp)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 21, 2017
JAN: mcp

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-15414-VFP
Pilgrim Medical Center, Inc.                                    Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Jul 21, 2017
                             Form ID: orderntc     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2017.
db             +Pilgrim Medical Center, Inc.,   393 Bloomfiled Ave.,   Montclair, NJ 07042-3741
aty            +Gina Campanella,   44 Engle Street, 2nd Floor,   Englewood, NJ 07631-2905
aty            +Piekarsky & Associates, LLC,   191 Godwin Avenue - Suite 9,   Wyckoff, NJ 07481-2052
aty            +Scura, Mealey, Wigfield & Heyer,   1599 Hamburg Turnpike,   Wayne, NJ 07470-4093
acc            +Anthony Van Anzelmo,   552 High Mountain Road,   Suite 2,   North Haledon, NJ 07508-2689
cr             +Jacqueline Jalil,   Murano & Roth, LLC,   800 Kinderkamack Road,   Oradell, NJ 07649-1546
cr             +Luisa Rojas,   Murano & Roth, LLC,   800 Kinderkamack Road,   Oradell, NJ 07649-1546
intp           +Nicholas K Campanella,   384 Sunset Blvd,   Wyckoff, NJ 07481-2420
cr             +Nicholas V Campanella,   384 Sunset Blvd,   Wyckoff, NJ 07481-2420
crcm           +Official Comittee of Unsecured Creditors,   c/o David Edelberg, Esq.,   Cullen and Dykman LLP,
                 433 Hackensack Avenue,   Hackensack, NJ 07601-6319
r              +Pamela Farmer,   1122 Third Avenue,   Spring Lake, NJ 07762-1329
op             +Phoenix Healthment Manage,   Phoenix Healthment Manage,   44 Engle Street,   2nd Floor,
                 Englewood, NJ 07631-2905
cr             +Tania Mena,   Murano & Roth, LLC,   800 Kinderkamack Road,   Oradell, NJ 07649-1546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
          A. Crew Schielke   on behalf of Debtor   Pilgrim Medical Center, Inc. crew@crewschielke.com
          Connie J Delisser   on behalf of Creditor   BANK OF AMERICA, N.A. cdelisser@mlg-defaultlaw.com,
           BKECF@mlg-defaultlaw.com
          David Edelberg   on behalf of Creditor Committee   Official Comittee of Unsecured Creditors
           dedelberg@cullenanddykman.com
          David Edelberg   on behalf of Creditor Tania  Mena dedelberg@cullenanddykman.com
          David Edelberg   on behalf of Creditor Jacqueline  Jalil dedelberg@cullenanddykman.com
          David Edelberg   on behalf of Creditor Luisa  Rojas dedelberg@cullenanddykman.com
          David Edelberg   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
           dedelberg@cullenanddykman.com
          David L. Stevens   on behalf of Debtor   Pilgrim Medical Center, Inc. dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          David L. Stevens   on behalf of Interested Party   Pilgrim Medical Center, Inc.
           dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          David L. Stevens   on behalf of Creditor Nicholas V Campanella dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          Jerome M Douglas   on behalf of Interested Party Nicholas K Campanella jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          Jerome M Douglas   on behalf of Creditor Nicholas V Campanella jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          Jerome M Douglas   on behalf of Debtor Nicholas V Campanella jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          Jerome M Douglas   on behalf of Debtor   Pilgrim Medical Center, Inc. jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          John F. Murano   on behalf of Creditor Luisa  Rojas john@muranoroth.com,  vicky@muranoroth.com

District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 21, 2017
                             Form ID: orderntc         Total Noticed: 13


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          John F. Murano    on behalf of Creditor Jacqueline  Jalil john@muranoroth.com,
           vicky@muranoroth.com
          John F. Murano    on behalf of Creditor Tania  Mena john@muranoroth.com,  vicky@muranoroth.com
          John J. Scura, III    on behalf of Debtor    Pilgrim Medical Center, Inc. jscura@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
           y.com
          Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 20