UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF JEROME M. DOUGLAS
Jerome M. Douglas, Esq. (042921995)
1600 Route 208 North
P.O. Box 670
Hawthorne, New Jersey 07507
Phone: (973) 238-8638
Fax: (973) 238-8639
Proposed Attorney for Nicholas V. Campanella

Order Filed on July 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PILGRIM MEDICAL CENTER, INC., AND
NICHOLAS V. CAMPANELLA,

Case No.:     16-15414 (Jt Admin)

Chapter:     11

Judge:     Vincent F. Papalia


**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: July 21, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

After review of the application of _____Nicholas V. Campanella_____ for the reduction of time for a hearing on  sale of real property free and clear of interests, claims, liens and encumbrances   authorizing compensation to professionals from sale proceeds   under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____July 27, 2017_____ at 11:00 a.m. in the United States Bankruptcy Court, _____50 Walnut Street, Newark New Jersey_____, Courtroom No. __3B__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Office of the U.S. Trustee for District of NJ, secured creditors, federal and state taxing authorities, all entities known to the Debtor to have expressed a bona fide interest in acquiring the Property.
by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All unsecured creditors, all parties who have filed and served a Notice of Appearance

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ☒ regular mail, ☒ email, ☒ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  US Trustee

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail.
.

☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-15414-VFP
Pilgrim Medical Center, Inc.                                              Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1            Date Rcvd: Jul 21, 2017
                               Form ID: pdf903          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2017.
db         +Pilgrim Medical Center, Inc.,    393 Bloomfiled Ave.,    Montclair, NJ 07042-3741
aty        +Gina Campanella,    44 Engle Street, 2nd Floor,    Englewood, NJ 07631-2905
aty        +Piekarsky & Associates, LLC,    191 Godwin Avenue - Suite 9,    Wyckoff, NJ 07481-2052
aty        +Scura, Mealey, Wigfield & Heyer,    1599 Hamburg Turnpike,    Wayne, NJ 07470-4093

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
              A. Crew   Schielke    on behalf of Debtor    Pilgrim Medical Center, Inc. crew@crewschielke.com
              Connie J Delisser    on behalf of Creditor    BANK OF AMERICA, N.A. cdelisser@mlg-defaultlaw.com,
               BKECF@mlg-defaultlaw.com
              David   Edelberg    on behalf of Creditor Committee    Official Comittee of Unsecured Creditors
               dedelberg@cullenanddykman.com
              David   Edelberg    on behalf of Creditor Tania   Mena dedelberg@cullenanddykman.com
              David   Edelberg    on behalf of Creditor Jacqueline   Jalil dedelberg@cullenanddykman.com
              David   Edelberg    on behalf of Creditor Luisa   Rojas dedelberg@cullenanddykman.com
              David   Edelberg    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               dedelberg@cullenanddykman.com
              David L. Stevens    on behalf of Creditor Nicholas V Campanella dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              David L. Stevens    on behalf of Debtor    Pilgrim Medical Center, Inc. dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              David L. Stevens    on behalf of Interested Party    Pilgrim Medical Center, Inc.
               dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              Jerome M Douglas    on behalf of Creditor Nicholas V Campanella jdouglasatty@gmail.com,
               mmalta@debtorcounsel.com
              Jerome M Douglas    on behalf of Debtor Nicholas V Campanella jdouglasatty@gmail.com,
               mmalta@debtorcounsel.com
              Jerome M Douglas    on behalf of Debtor    Pilgrim Medical Center, Inc. jdouglasatty@gmail.com,
               mmalta@debtorcounsel.com
              Jerome M Douglas    on behalf of Interested Party Nicholas K Campanella jdouglasatty@gmail.com,
               mmalta@debtorcounsel.com
              John F. Murano    on behalf of Creditor Jacqueline   Jalil john@muranoroth.com,
               vicky@muranoroth.com
              John F. Murano    on behalf of Creditor Tania   Mena john@muranoroth.com,   vicky@muranoroth.com
              John F. Murano    on behalf of Creditor Luisa   Rojas john@muranoroth.com,   vicky@muranoroth.com
              John J. Scura, III    on behalf of Debtor    Pilgrim Medical Center, Inc. jscura@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
               y.com
              Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 20