UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens, & Cammarota, LLP.
1599 Hamburg Turnpike
Wayne, NJ 07470
Tel: 973-696-8391
David L. Stevens (Attorney ID 034422007)
Attorneys for Pilgrim Medical Center, Inc.

**Order Filed on July 21, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Pilgrim Medical Center, Inc.,
and Nicholas V. Campanella
                        Debtor.

Case No.:           16-15414

Chapter:           11 (Small Business)

Judge:                VFP

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING TIME
FOR FILING ACCEPTANCES OR REJECTIONS OF THE PLAN, AND FIXING THE
TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO THE
CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF
THE HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT
AND THE HEARING ON CONFIRMATION OF THE PLAN**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 21, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

This matter having been opened to the Court by __Pilgrim Medical Center, Inc.__, Plan Proponent, through counsel, __David L. Stevens__, upon the filing of a Small Business Plan and Small Business Disclosure Statement dated __July 19, 2017__ under Chapter 11 of the United States Bankruptcy Code; it is

**ORDERED**, and notice is hereby given, that:

A. The Disclosure Statement dated __July 19, 2017__ and filed by the Debtor is conditionally approved.

B. Within two (2) days after the entry of this Order, the Plan, the Disclosure Statement and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee.

C. __August 17, 2017__ is fixed as the last day for filing and serving written objections to the Disclosure Statement and confirmation of the Plan.

D. __August 17, 2017__ is fixed as the last day for filing written acceptances or rejections of the Plan under D.N.J. LBR 3018-1.

E. A hearing shall be held on __August 24, 2017__ at __11:00 am__ (a date within 45 days of the filing of the Plan) for final approval of the Disclosure Statement (if a written objection has been timely filed) and for confirmation of the Plan before the Honorable __Vincent F. Papalia__, United States Bankruptcy Court, District of New Jersey, __50 Walnut Street, Newark, NJ 07102__, in Courtroom __3B__.

*rev.10/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-15414-VFP
Pilgrim Medical Center, Inc.                                            Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2         Date Rcvd: Jul 24, 2017
                            Form ID: pdf900         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2017.
```
db          +Pilgrim Medical Center, Inc.,   393 Bloomfiled Ave.,   Montclair, NJ 07042-3741
aty         +Gina Campanella,   44 Engle Street, 2nd Floor,   Englewood, NJ 07631-2905
aty         +Piekarsky & Associates, LLC,   191 Godwin Avenue - Suite 9,   Wyckoff, NJ 07481-2052
aty         +Scura, Mealey, Wigfield & Heyer,   1599 Hamburg Turnpike,   Wayne, NJ 07470-4093
acc         +Anthony Van Anzelmo,   552 High Mountain Road,   Suite 2,   North Haledon, NJ 07508-2689
cr          +Jacqueline Jalil,   Murano & Roth, LLC,   800 Kinderkamack Road,   Oradell, NJ 07649-1546
cr          +Luisa Rojas,   Murano & Roth, LLC,   800 Kinderkamack Road,   Oradell, NJ 07649-1546
intp        +Nicholas K Campanella,   384 Sunset Blvd,   Wyckoff, NJ 07481-2420
cr          +Nicholas V Campanella,   384 Sunset Blvd,   Wyckoff, NJ 07481-2420
crcm        +Official Comittee of Unsecured Creditors,   c/o David Edelberg, Esq.,   Cullen and Dykman LLP,
              433 Hackensack Avenue,   Hackensack, NJ 07601-6319
r           +Pamela Farmer,   1122 Third Avenue,   Spring Lake, NJ 07762-1329
op          +Phoenix Healthment Manage,   Phoenix Healthment Manage,   44 Engle Street,   2nd Floor,
              Englewood, NJ 07631-2905
cr          +Tania Mena,   Murano & Roth, LLC,   800 Kinderkamack Road,   Oradell, NJ 07649-1546
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2017 at the address(es) listed below:
```
          A. Crew Schielke    on behalf of Debtor   Pilgrim Medical Center, Inc. crew@crewschielke.com
          Connie J Delisser    on behalf of Creditor   BANK OF AMERICA, N.A. cdelisser@mlg-defaultlaw.com,
           BKECF@mlg-defaultlaw.com
          David Edelberg    on behalf of Creditor Committee    Official Comittee of Unsecured Creditors
           dedelberg@cullenanddykman.com
          David Edelberg    on behalf of Creditor Tania  Mena dedelberg@cullenanddykman.com
          David Edelberg    on behalf of Creditor Jacqueline  Jalil dedelberg@cullenanddykman.com
          David Edelberg    on behalf of Creditor Luisa  Rojas dedelberg@cullenanddykman.com
          David Edelberg    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
           dedelberg@cullenanddykman.com
          David L. Stevens    on behalf of Debtor   Pilgrim Medical Center, Inc. dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          David L. Stevens    on behalf of Interested Party   Pilgrim Medical Center, Inc.
           dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          David L. Stevens    on behalf of Creditor Nicholas V Campanella dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com
          Jerome M Douglas    on behalf of Interested Party Nicholas K Campanella jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          Jerome M Douglas    on behalf of Creditor Nicholas V Campanella jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          Jerome M Douglas    on behalf of Debtor Nicholas V Campanella jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
          Jerome M Douglas    on behalf of Debtor   Pilgrim Medical Center, Inc. jdouglasatty@gmail.com,
           mmalta@debtorcounsel.com
```

```
District/off: 0312-2           User: admin               Page 2 of 2                  Date Rcvd: Jul 24, 2017
                               Form ID: pdf900           Total Noticed: 13


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              John F. Murano    on behalf of Creditor Luisa  Rojas john@muranoroth.com,  vicky@muranoroth.com
              John F. Murano    on behalf of Creditor Jacqueline  Jalil john@muranoroth.com,
               vicky@muranoroth.com
              John F. Murano    on behalf of Creditor Tania  Mena john@muranoroth.com,  vicky@muranoroth.com
              John J. Scura, III    on behalf of Debtor   Pilgrim Medical Center, Inc. jscura@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scuramealey.com
              Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 20
```