| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|

Order Filed on July 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

PILGRIM MEDICAL CENTER, INC., AND
NICHOLAS V. CAMPANELLA,

Debtors.

Case No.:   16-15414 VFP

(Jointly Administered)

Chapter   11

# ORDER ON FEE APPLICATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 26, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor:     Pilgrim Medical Center, et al
Case No.    16-15414 (VFP)
Caption:    Order on Fee Application

---

This matter having been opened to the Court on application for approval of fees and expenses incurred by Cullen and Dykman, LLP ("C&D"), as attorneys for the Committee of Unsecured Creditors in these cases; and the Court having considered the objections of the Debtors' and due notice having been given, and the parties having requested that the Court decide this matter on the papers; and for the reasons set forth in the accompanying Opinion of this Court dated July 25, 2017; it is hereby

**ORDERED** that the fees and expenses of C&D are allowed as follows:

| Applicant | Fees | Expenses |
|---|---|---|
| Cullen & Dykman, LLP | $50,504.00 | $253.33 |