|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on July 26, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br>PILGRIM MEDICAL CENTER, INC., AND<br>NICHOLAS V. CAMPANELLA,<br><br>                                  Debtors. | Case No.:   16-15414 VFP<br><br>(Jointly Administered)<br><br><br>Chapter   11 |

### ORDER ON FEE APPLICATION

The relief set forth on the following page is hereby **ORDERED**.

DATED: July 26, 2017

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor:     Pilgrim Medical Center, et al
Case No.    16-15414 (VFP)
Caption:    Order on Fee Application

_____

This matter having been opened to the Court on application for approval of fees and expenses incurred by Cullen and Dykman, LLP ("C&D"), as attorneys for the Committee of Unsecured Creditors in these cases; and the Court having considered the objections of the Debtors' and due notice having been given, and the parties having requested that the Court decide this matter on the papers; and for the reasons set forth in the accompanying Opinion of this Court dated July 25, 2017; it is hereby

**ORDERED** that the fees and expenses of C&D are allowed as follows:

| Applicant | Fees | Expenses |
|---|---|---|
| Cullen & Dykman, LLP | $50,504.00 | $253.33 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-15414-VFP
Pilgrim Medical Center, Inc.                                            Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Jul 27, 2017
                               Form ID: pdf903          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.
db           +Pilgrim Medical Center, Inc.,   393 Bloomfiled Ave.,   Montclair, NJ 07042-3741
aty          +Gina Campanella,   44 Engle Street, 2nd Floor,   Englewood, NJ 07631-2905
aty          +Piekarsky & Associates, LLC,   191 Godwin Avenue - Suite 9,   Wyckoff, NJ 07481-2052
aty          +Scura, Mealey, Wigfield & Heyer,   1599 Hamburg Turnpike,   Wayne, NJ 07470-4093

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2017 at the address(es) listed below:
              A. Crew   Schielke    on behalf of Debtor    Pilgrim Medical Center, Inc. crew@crewschielke.com
              Connie J Delisser    on behalf of Creditor    BANK OF AMERICA, N.A. cdelisser@mlg-defaultlaw.com,
               BKECF@mlg-defaultlaw.com
              David   Edelberg    on behalf of Creditor Committee    Official Comittee of Unsecured Creditors
               dedelberg@cullenanddykman.com
              David   Edelberg    on behalf of Creditor Tania   Mena dedelberg@cullenanddykman.com
              David   Edelberg    on behalf of Creditor Jacqueline   Jalil dedelberg@cullenanddykman.com
              David   Edelberg    on behalf of Creditor Luisa   Rojas dedelberg@cullenanddykman.com
              David   Edelberg    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               dedelberg@cullenanddykman.com
              David L. Stevens    on behalf of Creditor Nicholas V Campanella dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              David L. Stevens    on behalf of Debtor    Pilgrim Medical Center, Inc. dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              David L. Stevens    on behalf of Interested Party    Pilgrim Medical Center, Inc.
               dstevens@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
               y.com
              Jerome M Douglas    on behalf of Creditor Nicholas V Campanella jdouglasatty@gmail.com,
               mmalta@debtorcounsel.com
              Jerome M Douglas    on behalf of Debtor Nicholas V Campanella jdouglasatty@gmail.com,
               mmalta@debtorcounsel.com
              Jerome M Douglas    on behalf of Debtor    Pilgrim Medical Center, Inc. jdouglasatty@gmail.com,
               mmalta@debtorcounsel.com
              Jerome M Douglas    on behalf of Interested Party Nicholas K Campanella jdouglasatty@gmail.com,
               mmalta@debtorcounsel.com
              John F. Murano    on behalf of Creditor Jacqueline   Jalil john@muranoroth.com,
               vicky@muranoroth.com
              John F. Murano    on behalf of Creditor Tania   Mena john@muranoroth.com,   vicky@muranoroth.com
              John F. Murano    on behalf of Creditor Luisa   Rojas john@muranoroth.com,   vicky@muranoroth.com
              John J. Scura, III    on behalf of Debtor    Pilgrim Medical Center, Inc. jscura@scuramealey.com,
               cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;ascolavino@scuramealey.com;dsklar@scurameale
               y.com
              Michael Frederick Dingerdissen    on behalf of Creditor    BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 20