UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer, Stevens & Cammarota, LLP
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: 973-696-8391
David L. Stevens, Esq. (Attorney ID 034422007)

Order Filed on September 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Pilgrim Medical Center, Inc.,

    Debtor.

| | |
|---|---|
| Case No.: | 16-15414 |
| Hearing Date: | 8/29/2017 at 2 p.m. |
| Judge: | VFP |
| Chapter: | 11 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 27, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Scura, Wigfield, Heyer Stevens & Cammarota, LLP | $75,320.00 | $3,598.61 |

*rev.8/1/15*